UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON, individually and on behalf of a class of similarly-situated female employees,<br><br>                    Plaintiffs,<br><br>          v.<br><br>PUBLICIS GROUPE SA and MSLGROUP,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF<br><br>UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), FOR VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d)<br><br><br>Civ. No. 11-cv-01279(RJS) |

## FIRST NOTICE OF FILING OF CONSENT TO JOIN FORMS

Consent to Join Forms for the following individuals are attached hereto. These individuals choose to participate in this Equal Pay Act civil action as a collective action.

Exhibit A:    Monique da Silva Moore

Exhibit B:    MaryEllen O'Donohue

Exhibit C:    Laurie Mayers

Exhibit D:    Heather Pierce

Exhibit E:    Katherine Wilkinson

Respectfully submitted on this 14th day of April 2011

CLASS REPRESENTATIVES AND PLAINTIFFS,
Monique da Silva Moore, MaryEllen O'Donohue,
Laurie Mayers, Heather Pierce, and Katherine
Wilkinson

By:

Jeremy Heisler (JH-0145)
Steven L. Wittels (SLW-8110)
Deepika Bains (DB-4935)
SANFORD WITTELS, & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@swhlegal.com

Janette Wipper (CA Bar No. 275264)
SANFORD WITTELS, & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 391-6900
Facsimile: (415) 421-4784
jwipper@swhlegal.com


*Counsel for Plaintiffs Monique da Silva Moore,
MaryEllen O'Donohue, Laurie Mayers, Heather
Pierce, and Katherine Wilkinson*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON, individually and on behalf of a class of similarly-situated female employees, | ) ) ) ) ) ) ) | CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), FOR |
| Plaintiffs, | ) ) | VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d) |
| v. | ) ) | |
| PUBLICIS GROUPE SA and MSLGROUP, | ) ) ) | Civ. No. 11-cv-01279 (RJS) |
| Defendants. | ) ) | |

1. I, MONIQUE DA SILVA MOORE, agree to opt-in and become a plaintiff in this collective action, which alleges that my former employers Publicis Groupe SA and MSLGroup ("Publicis") violated the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d).

2. I was employed by Publicis during some or all of the time period from three years prior to the date of this consent form. During my employment, I believe Publicis paid me less than men who performed similar work.

3. I hereby designate Sanford Wittels & Heisler, LLP to represent me in this action.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: _April 8, 2011_

_Monique da Silva Moore_

NO RETALIATION PERMITTED. Federal law prohibits Publicis from taking any action against you because you elect to join this collective action or otherwise exercise your rights for violations of the EPA, 29 U.S.C. § 206(d).

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON, individually and on behalf of a class of similarly-situated female employees, | ) ) ) ) ) ) ) | CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), FOR |
| Plaintiffs, | ) ) | VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d) |
| v. | ) ) | |
| PUBLICIS GROUPE SA and MSLGROUP, | ) ) ) | Civ. No. 11-cv-01279(RJS) |
| Defendants. | ) ) | |

1. I, MARYELLEN O'DONOHUE, agree to opt-in and become a plaintiff in this collective action, which alleges that my former employers Publicis Groupe SA and MSLGroup ("Publicis") violated the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d).

2. I was employed by Publicis during some or all of the time period from three years prior to the date of this consent form. During my employment, I believe Publicis paid me less than men who performed similar work.

3. I hereby designate Sanford Wittels & Heisler, LLP to represent me in this action.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: _April 13, 2011_

_MaryEllen O'Donohue_
MaryEllen O'Donohue

NO RETALIATION PERMITTED.  Federal law prohibits Publicis from taking any action against you because you elect to join this collective action or otherwise exercise your rights for violations of the EPA, 29 U.S.C. § 206(d).

# Exhibit C

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON, individually and on behalf of a class of similarly-situated female employees, | ) ) ) ) ) ) ) | **CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF** |
| Plaintiffs, | ) ) ) | **UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), FOR VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d)** |
| v. | ) ) | |
| PUBLICIS GROUPE SA and MSLGROUP, | ) ) ) | **Civ. No. 11-cv-01279 (RJS)** |
| Defendants. | ) ) | |

1. I, LAURIE MAYERS, agree to opt-in and become a plaintiff in this collective action, which alleges that my former employers Publicis Groupe SA and MSLGroup ("Publicis") violated the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d).

2. I was employed by Publicis during some or all of the time period from three years prior to the date of this consent form. During my employment, I believe Publicis paid me less than men who performed similar work.

3. I hereby designate Sanford Wittels & Heisler, LLP to represent me in this action.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 4/11/11

Laurie Mayers

NO RETALIATION PERMITTED. Federal law prohibits Publicis from taking any action against you because you elect to join this collective action or otherwise exercise your rights for violations of the EPA, 29 U.S.C. § 206(d).

# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON, individually and on behalf of a class of similarly-situated female employees, | ) ) ) ) ) ) ) | CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), FOR VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| PUBLICIS GROUPE SA and MSLGROUP, | ) ) ) | Civ. No. 11-cv-01279(RJS) |
| Defendants. | ) ) | |

1. I, HEATHER PIERCE, agree to opt-in and become a plaintiff in this collective action, which alleges that my former employers Publicis Groupe SA and MSLGroup ("Publicis") violated the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d).

2. I was employed by Publicis during some or all of the time period from three years prior to the date of this consent form. During my employment, I believe Publicis paid me less than men who performed similar work.

3. I hereby designate Sanford Wittels & Heisler, LLP to represent me in this action.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 4/11/11

Heather Pierce

NO RETALIATION PERMITTED. Federal law prohibits Publicis from taking any action against you because you elect to join this collective action or otherwise exercise your rights for violations of the EPA, 29 U.S.C. § 206(d).

# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON, individually and on behalf of a class of similarly-situated female employees,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLICIS GROUPE SA and MSLGROUP,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF<br><br>UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), FOR VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d)<br><br>Civ. No. 11-cv-01279 (RJS) |

1. I, KATHERINE WILKINSON, agree to opt-in and become a plaintiff in this collective action, which alleges that my former employers Publicis Groupe SA and MSLGroup ("Publicis") violated the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d).

2. I was employed by Publicis during some or all of the time period from three years prior to the date of this consent form. During my employment, I believe Publicis paid me less than men who performed similar work.

3. I hereby designate Sanford Wittels & Heisler, LLP to represent me in this action.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 4/6/11

Kate Wilkinson

NO RETALIATION PERMITTED. Federal law prohibits Publicis from taking any action against you because you elect to join this collective action or otherwise exercise your rights for violations of the EPA, 29 U.S.C. § 206(d).