# MEMO ENDORSED

**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
(646) 723-2947
Fax: (646) 723-2948
E-Mail: swittels@swhlegal.com
www.swhlegal.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-11
```

| | | |
|---|---|---|
| 555 Montgomery Street<br>Suite 1206<br>San Francisco, CA 94111<br>(415) 391-6900<br>Fax: (415) 391-6901 | 1666 Connecticut Avenue<br>Suite 310<br>Washington, D.C. 20009<br>Direct Dial: (202) 742-7780<br>Fax: (202) 742-7776 | 440 West Street<br>Fort Lee, NJ 07024<br>(201) 585-5288<br>Fax: (201) 779-5233 |

April 21, 2010

**VIA ELECTRONIC MAIL**
Honorable Richard J. Sullivan
United States District Judge
U.S.D.C. – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007
sullivannysdchambers@nysd.uscourts.gov

      Re:   *da Silva Moore, et al. v. Publicis Groupe SA, et al.*
            Civ. No. 11-CV-1279

Dear Judge Sullivan,

      Because lead counsel for Plaintiffs is not available to attend next week's conference and MSLGroup requires additional time to review the joint proposed case management plan and scheduling order, Plaintiffs and Defendant MSLGroup (the "Parties") jointly request that the Case Management Conference scheduled for April 28, 2011 be adjourned to May 10, 2011, or to a later date convenient for the Court. The Parties also respectfully request that the date upon which the Parties must submit their joint letter and proposed case management plan and scheduling order be adjourned from April 21, 2011 at 4 p.m. to May 3, 2011 at 4 p.m., 7 days in advance of the adjourned conference. Defendant Publicis Groupe SA has not entered an appearance in this case and therefore is not a party to this letter.

Hon. Richard J. Sullivan 2

We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Janette Wipper
Janette Wipper

cc: Victoria Chavey, Esq. and Paul Siegel, Esq. (via electronic mail)
Counsel for Defendant MSLGroup

Publicis Groupe SA (via Overnight Mail)
c/o Publicis, Inc.
950 6th Avenue
New York, NY 10001

```
The request to adjourn the due date of the parties' joint letter and proposed
case management plan violates Rule 1.D of my Individual Practices, which requires
any extension request be made at least 48 hours in advance of the scheduled
deadline.  Nevertheless, the Court will adjourn the scheduled April 28, 2011
conference to May 12, 2011 at 10:00 a.m.  The parties shall submit their joint
letter and proposed case management plan no later than May 5, 2011 at 4:00 p.m.
```

SO ORDERED
Dated: 4/21/11
RICHARD J. SULLIVAN
U.S.D.J.