UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT MSLGroup*
58 South Service Rd., Ste. 410
Melville, New York  11747
(631) 247-0404
      ATTORNEYS OF RECORD:
         VICTORIA WOODIN CHAVEY, ESQ.
         JEFFREY W. BRECHER, ESQ.

--------------------------------------------------------------X

MONIQUE DA SILVA MOORE,
MARYELLEN O'DONOHUE, LAURIE
MAYERS, HEATHER PIERCE, and
KATHERINE WILKINSON, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

vs.

PUBLICIS GROUPE SA and
MSLGROUP,

                Defendants.

--------------------------------------------------------------X

Case No. 11-cv-1279

**DECLARATION OF JEFFREY W. BRECHER, ESQ. IN OPPOSITION TO PLAINTIFFS' RULE 72(A) OBJECTION TO MAGISTRATE JUDGE PECK'S RULINGS**

    I am an attorney admitted to practice law before the Courts of the State of New York, including the United States District Court for the Southern District of New York.  I submit this Declaration in response to Plaintiffs' Rule 72(a) Objection To Magistrate Judge Peck's Rulings.

    1.    Attached hereto as Exhibit 1 is the Specific Objections and Responses to Interrogatory No. 3 of Defendant MSLGroup's First Set of Interrogatories served by Plaintiff da Silva Moore.

2.Attached hereto as Exhibit 2 is Plaintiff Monique da Silva Moore's Specific Objection and Response to Defendant MSLGroup's First Set of Requests for Production, pertaining to Requests No. 7 and 8.

3.Attached hereto as Exhibit 3 is MSLGroup's letter to Plaintiffs' counsel dated October 24, 2011, regarding Plaintiffs' discovery deficiencies.

4.Attached hereto as Exhibit 4 is a letter from Plaintiffs' counsel dated October 28, 2011, in response to MSLGroup's October 24, 2011 letter.

I declare under the penalties of perjury the foregoing is true and correct.

Dated:  Melville, New York
January, 2012

s/
JEFFREY W. BRECHER

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 3, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Janette Wipper, Esq.
Sanford Wittels & Heisler LLP
555 Montgomery Street,
Suite 820
San Francisco, CA  94111


George Stohner, Esq.
Paul C. Evans, Esq.
Morgan Lewis Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

                s/
               JEFFREY W. BRECHER

4829-8220-1614, v.  1