```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
```
Monique Da Silva Moore (*on behalf of herself and all others similarly situated*); Maryellen O'Donohue (*on behalf of herself and all others similarly situated*); Laurie Mayers (*on behalf of herself and all others similarly situated*); Heather Pierce (*on behalf of herself and all others similarly situated*); and Katherine Wilkinson (*on behalf of herself and all others similarly situated*),

        Plaintiffs,

11 Civ. 1279 (ALC) (AJP)

      - against -

<u>Notice of Court Conference</u>

Publicis Groupe and MSL Group,

        Defendants.
```
------------------------------------X
```

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiffs and Defendant MSL Group's proposed stipulations and directs the parties to continue working on the stipulation. The parties should submit the proposed stipulation(s), in MS Word format, to ALCarterNYSDChambers@nysd.uscourts.gov, no later than 7:00 p.m. on Tuesday, January 17. There will be a telephone conference on Wednesday, January 18, 2012 at 3:30 p.m. Plaintiffs' counsel is ordered to initiate the call by dialing (212) 805-7943 with all participants on the line.

Dated: New York, New York
January 13, 2012

SO ORDERED.

                                        _/s/ Andrew L. Carter, Jr._
                                        Andrew L. Carter, Jr.
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-12