UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>PUBLICIS GROUPE SA and MSLGROUP,<br><br>DEFENDANTS. | Civ No. 11-CV-1279 (RJS) (AJP) |

**DECLARATION OF SIHAM NURHUSSEIN IN SUPPORT OF PLAINTIFFS' RULE 72(a) OBJECTION TO MAGISTRATE JUDGE PECK'S <u>JANUARY 4, 2012 DISCOVERY RULINGS</u>**

SIHAM NURHUSSEIN, an attorney duly admitted to practice law in the State of New York, in the Southern District of New York, states as follows:

1. My firm represents the Plaintiffs in the above-referenced action.

2. Annexed to this declaration as "Exhibit A" is a true and correct copy of Plaintiffs' Request for Pre-Motion Conference Regarding Plaintiffs' Proposed Motion to Compel Discovery, dated December 27, 2011.

3. Annexed to this declaration as "Exhibit B" is a true and correct copy of Plaintiffs' Request for Pre-Motion Conference Regarding Plaintiffs' Proposed Motion for Sanctions, dated December 29, 2011.

4. Annexed to this declaration as "Exhibit C" is a true and correct copy of the transcript of the January 4, 2012 conferences before Judge Peck.

2

5. Annexed to this declaration as "Exhibit D" is a true and correct copy of an organizational chart produced by Defendant MSLGroup, Bates Stamp MSL000821.

I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated:  January 18, 2012

    New York, New York

                                         /s/ Siham Nurhussein

                                         Siham Nurhussein