# EXHIBIT D

# We Have a Leadership Team – Committed and Passionate



**Olivier Fleurot**
CEO, MS&L Group

**Jim Tsokanos**
President of the Americas

- **Maury Shapiro** — NA CFO
- **Rita Masini** — Chief Talent Officer
- **Renee Wilson** — President, NE Region
  - **North-East** — Renee Wilson
  - **Mid-West** — Joel Curran
  - **Los Angeles** — Vickie Fite
  - **Latin America** — Paul Andreoli
  - **Mid-Atl/DC** — Dan McGinn / Neil Dhillon
  - **San Francisco** — Matt Gardner
  - **Winner & Assoc.** — Ethan Winner
  - **PCPR USA** — Steve Bryant
  - **Canada** — Gayla Brock-Woodland
  - **South** — Kyle Farnham
  - **PBJS** — Bob Bejan
- **Karlenne Trimble** — Client Engagement Officer
- **Allyson Hugley** — SVP, Insights Creation
- **Bob Bejan** — CEO, PBJS

©2010

CONFIDENTIAL   MSL000821