# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTLAND, OR
ALBUQUERQUE, NM | GREENVILLE, SC | MINNEAPOLIS, MN | PORTSMOUTH, NH
ATLANTA, GA | HARTFORD, CT | MORRISTOWN, NJ | PROVIDENCE, RI
BALTIMORE, MD | HOUSTON, TX | NEW ORLEANS, LA | RALEIGH-DURHAM, NC
BIRMINGHAM, AL | INDIANAPOLIS, IN | NEW YORK, NY | RICHMOND, VA
BOSTON, MA | JACKSONVILLE, FL | NORFOLK, VA | SACRAMENTO, CA
CHICAGO, IL | LAS VEGAS, NV | OMAHA, NE | SAN DIEGO, CA
CINCINNATI, OH | LONG ISLAND, NY | ORANGE COUNTY, CA | SAN FRANCISCO, CA
CLEVELAND, OH | LOS ANGELES, CA | ORLANDO, FL | SEATTLE, WA
DALLAS, TX | MEMPHIS, TN | PHILADELPHIA, PA | STAMFORD, CT
DENVER, CO | MIAMI, FL | PHOENIX, AZ | WASHINGTON, DC REGION
| | PITTSBURGH, PA | WHITE PLAINS, NY

MY DIRECT DIAL IS: (631) 247-4652
MY EMAIL ADDRESS IS: BRECHERI@JACKSONLEWIS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/24/12

January 23, 2012

**MEMO ENDORSED**

As argued, 1/27/12.
SO ORDERED.

Hon. Andrew Jay Peck
United States Magistrate Judge

contempt/ful conduct
July Corter

RECEIVED
JAN 23 2012
CHAMBERS OF
ANDREW J. PECK

**VIA FACSIMILE**

Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *da Silva Moore, et al. v. Publicis Grope SA, et al.*
Case No. 11-CV-1279

Dear Judge Peck:

We represent the Defendant, MSLGroup Americas, Inc. ("MSL"). We are writing to request a two week extension to produce a sample of "Personnel Action Notices" ("PANs") and "Promotion Recommendation Forms" discussed at the Court conference held on January 4, 2012. Plaintiffs consent to this request.

By way of background, Plaintiffs contend the electronic data previously produced from MSL's human resources database might contain errors and want to review the PANS to verify whether the data is accurate. These forms, however, are not kept electronically and need to be manually pulled from a paper file for each employee. Additionally, files for terminated employees are stored off-site and must be located, delivered, reviewed, and copied. The Promotion Recommendation Forms, if they exist, must also be pulled from each file manually. Plaintiffs provided their proposed sample size for PANS on Friday January 20, 2012 and we are still waiting for confirmation from Plaintiffs regarding their proposed sample for the Promotion Recommendation Forms. As a result, Defendant will be unable to copy the PANS and produce the Promotion Recommendation Forms by January 25, 2012.

This is the first request for an extension of these deadlines. Thank you for your consideration of this matter.



Attorneys at Law

Hon. Andrew J. Peck
United States Magistrate Judge
January 23, 2012
Page 2

Very truly yours,

JACKSON LEWIS LLP

Jeffrey W. Brecher

JWB/mf

Enclosures

cc: All counsel of record (via email)

4828-2577-7166, v. 1

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:   January 24, 2012                           Total Number of Pages:   3

## TRANSCRIPTION OF MEMO ENDORSED ORDER

On consent, approved.

Copies by ECF to:   All Counsel
                    Judge Andrew L. Carter, Jr.