```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
MONIQUE DA SILVA MOORE, et al.,          :
                                         :
                        Plaintiffs,      :       11 Civ. 1279 (ALC) (AJP)
                                         :
            -against-                    :            **ORDER**
                                         :
PUBLICIS GROUPE & MSL GROUP,             :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/26/12

**ANDREW J. PECK, United States Magistrate Judge:**

Both sides shall have their ESI consultants attend the February 2, 2012 conference.

SO ORDERED.

Dated:      New York, New York
            January 26, 2012

                                            _____
                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                        Judge Andrew L. Carter, Jr.