# SANFORD WITTELS & HEISLER, LLP

555 Montgomery Street, Suite 1206
San Francisco, CA 94111
(415) 391-6900
Fax: (415) 391-6901
Email: jwipper@swhlegal.com
www.swhlegal.com

RECEIVED JAN 27 2012 CHAMBERS OF ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/27/12

| 1666 Connecticut Ave. NW | 440 West Street | 1350 Avenue of the Americas |
| Suite 300 | Fort Lee, NJ 07024 | 31st Floor |
| Washington D.C. 20009 | Fax: (201) 585-5233 | New York, NY 10019 |
| Fax: (202) 742-7776 | | Fax: (646) 723-2948 |

January 27, 2012



**MEMO ENDORSED** 1/27/12
APPROVED.
SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

VIA FACSIMILE
Honorable Andrew J. Peck
U.S.D.C. – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007
Fax No. 212 805 7933

BY ECF

Re: *da Silva Moore, et al. v. Publicis Groupe SA, et al.*, Civ. No. 11 CV 1279

Dear Judge Peck,

I write regarding the ESI conference scheduled in the above referenced case for February 2 at 9:30 a.m. Because I work in California, attending the conference in person would be difficult due to the travel and other case commitments. Accordingly, I respectfully request permission to appear telephonically at the conference. My colleague in SWH's New York office, Deepika Bains, and Plaintiffs' ESI consultants, DOAR Litigation Consulting, plan to attend the conference in person.

Please let me know as soon as possible whether you can accommodate my request. I thank you for your time and consideration.

Respectfully submitted,

/s/ Janette Wipper

Janette Wipper

Cc: All counsel of record