Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/1/12

# Morgan Lewis
COUNSELORS AT LAW

Paul C. Evans
Partner
215.963.5431
pevans@morganlewis.com

MEMO ENDORSED 2/1/12

Conf adjourned at
∆'s request to 2/8 at 3PM.

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy faxed to [counsel]

RECEIVED JAN 31 2012 CHAMBERS OF ANDREW J. PECK

BY ECF
BY FAX

**VIA HAND DELIVERY**

January 31, 2012

Hon. Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *da Silva Moore v. Publicis Groupe and MSLGROUP*
      Case No. 11-CIV-1279

Dear Magistrate Judge Peck:

We represent Defendant Publicis Groupe S.A. ("Publicis") in the above-referenced matter. Pursuant to Your Honor's Individual Practices, I write to request that the February 2, 2012 status conference be adjourned. I am currently out of the country, and my colleague George Stohner was intending to appear at the status conference on Publicis' behalf. Mr. Stohner has fallen ill and is currently hospitalized on the West Coast. He will remain in the hospital through at least Wednesday and is, therefore, unable to participate in the conference. Accordingly, Publicis respectfully requests that the status conference set for February 2, 2012 be adjourned and reset for the week of February 6, 2012. If the Court's schedule permits, all parties are available on the afternoon of February 6. This is Publicis' first request for an adjournment of the status conference. Publicis has conferred with Plaintiffs and MLSGroup, and they do not oppose the requested adjournment.

Thank you for your courtesy and consideration.

Sincerely,

s/Paul C. Evans

Paul C. Evans

Hon. Andrew J. Peck
January 31, 2012
Page 2

**Morgan Lewis**
COUNSELORS AT LAW

cc:   Jeremy Heisler, Esq.
      David Sanford, Esq.
      Janette Wipper, Esq.
      Steven L. Wittels, Esq.
      Deepika Bains, Esq.
      Siham Nurhussein, Esq.
      Victoria Woodin Chavey, Esq.
      Jeffrey W. Brecher, Esq.

DB2/ 22935828.1

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:   February 1, 2012**                      **Total Number of Pages:  3**

| TO | FAX NUMBER |
|---|---|
| Jeremy Heisler, Esq., Steven L. Wittels, Esq., Deepika Bains, Esq., Siham Nurhussein, Esq. | 646-723-2948 |
| David W. Sanford, Esq. | 202-742-7776 |
| Janette Lynn Wipper, Esq. | 415-421-5784 |
| Melissa R. Kelly, Esq. | 212-309-6001 |
| Paul C. Evans, Esq. | 215-963-5001 |
| Jeffrey W. Brecher, Esq., Noel P. Tripp, Esq., Paul J. Siegel, Esq. | 631-247-0425 |
| Victoria Woodin Chavey, Esq. | 860-247-1330 |
|  |  |

**MEMO ENDORSED 2/1/12**

Conf. adjourned at defendants' request to **2/8 at 3 PM**.

**Copies by ECF to: All Counsel**
                    **Judge Andrew L. Carter, Jr.**