UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT MSLGroup*
58 South Service Rd., Ste. 410
Melville, New York 11747
(631) 247-0404
    ATTORNEYS OF RECORD:
        VICTORIA WOODIN CHAVEY, ESQ.
        JEFFREY W. BRECHER, ESQ.

---------------------------------------------------------------X

MONIQUE DA SILVA MOORE,
MARYELLEN O'DONOHUE, LAURIE
MAYERS, HEATHER PIERCE, and
KATHERINE WILKINSON, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

vs.

PUBLICIS GROUPE SA and
MSLGROUP,

        Defendants.

---------------------------------------------------------------X

Case No. 11-cv-1279 (ALC) (AJP)

**AFFIRMATION OF JEFFREY W. BRECHER IN SUPPORT OF
DEFENDANT MSLGROUP'S OPPOSITION TO
PLAINTIFFS' RULE 72(A) OBJECTION TO
MAGISTRATE JUDGE PECK'S JANUARY 4, 2012 RULINGS**

    I am an attorney admitted to practice law before the Courts of the State of New York, including the United States District Court for the Southern District of New York. I submit this Affirmation in support of Defendant MSLGroup's Opposition to Plaintiffs' Rule 72(A) Objection To Magistrate Judge Peck's January 4, 2012 Rulings.

    1.    Attached hereto as Exhibit 1 is a report from Bloomberg Businessweek accessed on January 26, 2012;

       2. Attached hereto as Exhibit 2 is a print-out from the PBJS website, entitled "Who We Are," accessed on January 31, 2012.

Affirmed this 6th day of
February, 2012.

                                                      _____
                                                      JEFFREY W. BRECHER

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Janette Wipper, Esq.
Sanford Wittels & Heisler LLP
555 Montgomery Street,
Suite 1206
San Francisco, CA 94111


George Stohner, Esq.
Paul C. Evans, Esq.
Morgan Lewis Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921


_____
JEFFREY W. BRECHER

4839-0889-6526, v. 1