# Exhibit 1

# Bloomberg Businessweek

Get our new FREE iPad app now



SPECIAL ONLINE OFFER!
SUBSCRIBE AND SAVE 85%

Report content errors on this page

MEDIA
**PBJS Inc.**

January 26, 2012 11:17 AM ET

| Snapshot | People |

## COMPANY OVERVIEW

PBJS Inc., a marketing agency, provides strategic and multi-channeled communication solutions. It offers event production services, such as video, content development, staging, and event marketing. The company was founded in 2003 and is based in Seattle, Washington. As of September 3, 2008, PBJS, Inc. operates as a subsidiary of Publicis Groupe SA.

2226 3rd Avenue  
Seattle, WA 98121  
United States  
Founded in **2003**

Phone: 206-464-8392  
www.pbjs.com

## KEY EXECUTIVES

**Mr. Bob Bejan**  
Co-Founder and Chief Executive Officer

**Ms. Jenny Pigott**  
Co-Founder and Chief Operations Officer

**Mr. Ian G. Saunders**  
Co-Founder and Chief Creative Officer

**Jeff Bernstein**  
Co-Founder and Chief Marketing Officer

Compensation as of Fiscal Year 2011.

## SIMILAR PRIVATE COMPANIES BY INDUSTRY

| Company Name | Region |
|---|---|
| GameDaily, LLC | United States |
| The San Jose Sharks American Hockey League | United States |
| Vanguard Strategies, Inc. | United States |
| Mosaic Sales Solutions Holding Company | United States |
| Oxygen Cable, LLC | United States |

## RECENT PRIVATE COMPANIES TRANSACTIONS

| Type Date | Target |
|---|---|
| No transactions available in the past 12 months. | |

**ADS BY GOOGLE**

### Company Financial Report
The Most Reliable Credit Reports, Business Insight & More - Only D&B.
www.dnb.com/dnbi

Track and share business
topics across the Web.

**Business-to-Business Marketing**
**Small Business Marketing**
**Web 2.0 Marketing**
**Marketing Strategy**
**Interactive Marketing**

## STOCK QUOTES

Stock, Fund, or ETF  [Go]  Company Lookup

## MOST SEARCHED PRIVATE COMPANIES

| Company Name | Geographic Region |
|---|---|
| Bertelsmann AG | Europe |
| Lawyers Committee for Civil Rights Under Law | United States |
| NYC2012, Inc. | United States |
| Rush University | United States |
| Citizens Budget Commission | United States |

## COMPANIES TOOLBOX

**Investing Tools**

Newsletter          Blogs

RSS feeds           Podcasts

Videos

## SEARCH FOR JOBS

**Merchandise Planner, Media & Seasonal**
Brisbane, CA-Walmart

**Digital Media Analyst**
Irvine, CA-Kla

**Media Planning Supervisor**
New York, NY-Karlen Williams Graybill Advertising

**SOCIAL MEDIA and COMMUNITY COORDINATOR**
New York, NY-New York Media

See all Media Job Listings

job title or company
location

Go

Jobs by SimplyHired

## Sponsored Links

Buy a link now!

**ADS BY GOOGLE**

### Job Openings
Search For Job Openings. Apply For a Position Today!
www.FindTheRightJob.com



**SUBSCRIBE NOW AND SAVI**

| SPECIAL REPORTS | BUSINESS TOOLS | LISTS & RANKINGS | FOLLOW US |
|---|---|---|---|
| Fix This/Transportation | B-School Comparison | Best Global Brands | @BW on Twitter |
|  | B-School Calendar | Best Places to Launch a Career | BW on Facebook |
| | BW for Mobile | Best Providers of Customer Service | BLOGS |
| | E-mail Newsletters | | EconoChat |
| | RSS | Best Undergraduate Business Schools | EuroCrisis |
| | White Papers | Business School Rankings & Profiles | Joshua Green on Politics |
| Crisis in Japan | A-Z INDEX | | Occupy Wall Street |
| Health Care | BW Authors | BW 50: Best Performing Companies | Small Business |
| Sentiment Analysis | BX Topics | Top 100 IT Companies | Technology |
| More Special Reports | Private Companies | Most Innovative Companies | [+] Rate this page |
| | Public Companies | | |

About | Advertising | Custom Publishing | EDGE Programs | Reprints | Terms of Use | Disc
©2012 BLOOMBERG L.P. ALL RIGHTS RESERVED.