# Exhibit 2





## Who we are.

We are PBJS, a creative studio that was built from the ground up to be unbound by channel. We bring expertise in experiential, digital, multicultural, and social marketing and advertising. We also deliver online advertising, media planning, product sampling and communications results to brands engaging their customers in the conversation economy.