UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

PUBLICIS GROUPE SA and MSLGROUP,

        Defendants.

---

Civ No. 11-CV-1279 (RJS)

**NOTICE OF APPEARANCE**

Please notice my appearance on behalf of Defendant MSL Group in the above-captioned matter.

Respectfully submitted,

*/s/ Brett M. Anders/*

Brett M. Anders, Esq.
JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Tel.: (973) 538-6890
Fax: (973) 540-9015
Email: andersb@jacksonlewis.com

4836-9158-2222, v. 1