**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
(646) 723-2947
Fax: (646) 723-2948
E-Mail: snurhussein@swhlegal.com
www.swhlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/21/12

555 Montgomery Street
Suite 1206
San Francisco, CA 94111
(415) 391-6900
Fax: (415) 391-6901

1666 Connecticut Avenue
Suite 310
Washington, D.C. 20009
Direct Dial: (202) 742-7780
Fax: (202) 742-7776

[illegible] West Street
Fort Lee, NJ 07024
(201) 585-5288
Fax: (201) 779-5233

RECEIVED FEB 21 2012 CHAMBERS OF ANDREW J. PECK

BY ECF

February 20, 2012

**MEMO ENDORSED** 2/21/12

*The [handwritten] full opinion was for the hearing dates 1/[?], any of the [illegible] documents [illegible] not issued a written [illegible].*

SO ORDERED:

/s/ Hon. Andrew Jay Peck
United States Magistrate Judge

VIA FACSIMILE
Honorable Andrew J. Peck
U.S.D.C. – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007
Fax No. 212-805-7933

Re:  **da Silva Moore, et al v. Publicis Groupe SA, et al. (11-cv-1279) (ALC) (AJP)**

[handwritten: Copy LCFi, PEL Guard [illegible]]

Dear Judge Peck,

Plaintiffs write to request clarification regarding Your Honor's rulings on the parties' proposed ESI Protocols, which were addressed at the January 4, 2012 and February 8, 2012 Court conferences. Specifically, Plaintiffs are unclear as to whether Your Honor intends to issue a written opinion reflecting the ESI rulings. *See* Feb. 8, 2012 Tr. at 93 ("This may be for the benefit of the greater bar, but I may wind up issuing an opinion on some of what we did today.") Accordingly, Plaintiffs respectfully request that the Court confirm that a written opinion is forthcoming.

Thank you for the Court's consideration of this request.

Respectfully Submitted,
/s/ Siham Nurhussein

Siham Nurhussein

cc:  All counsel of record (via e-mail)

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:           (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:   February 21, 2012                                        Total Number of Pages:  2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

The time to file objections runs from the hearing date (2/8), although the Court does plan to issue a written decision.

Copies to:   All Counsel
             Judge Andrew L. Carter, Jr.