# EXHIBIT F

Case 1:11-cv-01279-ALC-AJP   Document 94-6   Filed 02/22/12   Page 1 of 5

 eDiscovery Journal

You eDiscovery Resource Destination.

- Blog
- News
- Webinars
- Reports
- Surveys
- Peer Group
- Tech Matrix
    - F.A.Q.s
    - About the Matrix
- Services
- About Us
    - Management
    - eDJ Contributors
    - Submit An Inquiry
    - Contact Us

----

- **Search:**   ◉ This site   ◎ eDJ Top SitesA custom search engine of top eDiscovery resource sites. Find out more.
  Search ...
- Log In
- or
- Register

Home » The Honorable Andrew J. Peck on the Record with Predictive Coding: Early Headlines Get it Wrong!

# The Honorable Andrew J. Peck on the Record with Predictive Coding: Early Headlines Get it Wrong!

share   share   Like

posted by Mikki Tomlinson at 8:55am on Feb 15th, 2012



posted by
Mikki Tomlinson
*eDJEXPERT*

**Member Type:** Other
**Role:** Consultant
**Size:** Small (less than 50)
**Years of Experience:** 21
**Certifications/Licenses:** ACEDS

7 Comments  post a comment

☆☆☆☆☆
(*2 votes, average: **3.50** out of 5*)
*You need to be a registered member to rate this post.*

Tags: academic, caselaw, PC-TAR, presentation, Technology Assisted Review

- Related posts
- An Interview with The Honorable Andrew J. Peck – Part Two
- An Interview with The Honorable Andrew J. Peck – Part One
- Predicitive Coding in Andrew J. Peck's Court
- Top Ten e-Discovery Issues by Judge Andrew Peck and David Lender
- Judge Peck and Predictive Coding at the Carmel eDiscovery Retreat

As hinted to be forthcoming during the LTNY Man vs. Machine: The Promise/Challenge of Predictive Coding & Other Disruptive Technologies session, The Honorable Andrew J. Peck, United States Magistrate Judge for the Southern District of New York, is now on record on the topic of Predictive Coding – Technology Assisted Review ("PC-TAR") in the *Da Silva Moore v. Publicis Groupe et al.* case. Word of the ruling traveled quickly throughout the eDiscovery blogosphere early yesterday. But the headlines got it wrong!

Early reports claimed that Judge Peck ordered the use of PC-TAR. Unfortunately, it appears that claim stuck as evidenced by the many bloggers that have reported the same information. But it is wrong! The ruling is in no way a mandate or an order to use PC-TAR.

The parties in the *Da Silva Moore v. Publicis Groupe et al.* case appeared before Judge Peck on February 8, 2012, to resolve discovery disputes, including their disagreement on the approach and methodologies to be used in their planned PC-TAR document review. The parties agreed to use PC-TAR long before the February 8, 2012 hearing. Their discovery disputes related to PC-TAR are not whether they can or should use the advanced technology. Rather, the disputes relate to how to use the technology. A copy of the transcript can be found here. (Note: highlights in the document are not eDJ's.) I urge you to read it for yourself.

eDJ experts will continue to blog on the ruling and its impact over the coming days and weeks. We feel strongly, however, that it is important to first set the record straight about inaccurate statements that are being published. Again, I urge you to read the transcript for yourself.

There were multiple discovery disputes addressed at the hearing, and rulings on those issues can be found throughout the transcript. Unfortunately, the format of the rulings – which is a hearing transcript rather than a formal, written opinion – opens the door to pulling quotes and quips without context. The transcript requires a full review in order to fully understand the issues and decisions. Judge Peck initially claimed that he would not issue a written order (see Transcript, pages 22-23). He made this statement before the arguments over PC-TAR were presented. After those arguments were presented, he stated that "for the benefit of the greater bar" he may issue a written opinion on "some of what we did today" (see Transcript, page 93, lines 8-10). I hope that he does write a formal opinion. Not only because of the important issues related to cooperation and PC-TAR, but also to clarify misstatements being made in the blogosphere.

When I started writing this blog yesterday afternoon, I reached out to an industry veteran that I thought would be interested in providing a quote. I expressed my frustration that inaccurate statements are being reported in the blogosphere and spreading like wildfire. His response was somewhat in jest, but very true, so I will quote him anonymously: "Unfortunately, in the age of the sound bite, he that writes history writes history."

share    share    Like

## More Stories

GCE Offers Litigation, E-Discovery Support Cloud – MSPmentor
3 Judges' Perspectives on Predictive Coding Based on Recent Training

**7 Comments Posted For This Story**

**Leave a Comment**

You must be logged in to post a comment.



- LeClairRyan Partner Daryl Shetterly and Planet Data CEO Howard Reissner discuss explosion of information, and changing face of eDiscovery. Read more here… SPONSORED LINK
- Gartner – E-Discovery: The New Order SPONSORED LINK





- Manifesto
- Privacy Policy
- Usage Policy
- Advertise
- Search
- Register Here

- Blog
- News
- Webinars
- Reports
- Surveys
- Peer Group
- Tech Matrix
- Services
- About Us

----

copyright © 2012 eDiscovery Journal v2

eDiscoveryJournal
Supporters









