**MEMO ENDORSED**

**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
(646) 723-2947
Fax: (646) 723-2948
Email: snurhussein@swhlegal.com
www.swhlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-29-12

| | | |
|---|---|---|
| 1666 Connecticut Ave. NW<br>Suite 300<br>Washington D.C. 20009<br>Fax: (202) 742-7776 | 440 West Street<br>Fort Lee, NJ 07024<br>Fax: (201) 585-5233 | 555 Montgomery Street<br>Suite 1206<br>San Francisco, CA 94111<br>Fax: (415) 391-6901 |

February 28, 2012


RECEIVED
FEB 28 2012
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

**VIA ELECTRONIC MAIL**
Honorable Andrew L. Carter, Jr.
U.S.D.C. – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   da Silva Moore, et al v. Publicis Groupe SA, et al. (11-cv-1279) (ALC) (AJP)

Dear Judge Carter,

Pursuant to the Sealed Records Filing Instructions of the United States District Court for the Southern District of New York, Plaintiffs respectfully request permission to file certain confidential documents under seal. Defendant Publicis Groupe ("Publicis") has consented. Defendant MSLGroup ("MSL") has requested a list of documents being filed under seal so that it can determine whether it consents, but Plaintiffs are not yet in a position to provide such a list.

Plaintiffs plan to seek conditional certification of a collective action and leave to file a proposed Second Amended Complaint on Wednesday, February 29, 2012. Many of the documents relied upon for Plaintiffs' conditional certification motion and proposed Second Amended Complaint are ones that have been marked "Confidential" by the parties pursuant to their Confidentiality Agreement (attached hereto as Ex. A, and to be filed with the Court shortly). Accordingly, Plaintiffs request permission to file any confidential exhibits, as well as portions of the conditional certification motion and Second Amended Complaint that reference confidential material, under seal.

We thank the Court for its time and consideration.

Respectfully Submitted,

Siham Nurhussein

cc: All counsel of record.

*[Handwritten endorsement:]* Plaintiffs are permitted to file certain confidential documents under seal. If MSL Group objects to a specific document(s), it should file a letter no later 3/2/12. The Court will then determine if the contested documents remain under seal.

**SO ORDERED:**

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE   2-29-12