|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/1/12 |
| MONIQUE DA SILVA MOORE, et al.,     : | |
| Plaintiffs,     : | 11 Civ. 1279 (ALC) (AJP) |
| -against-     : | **ORDER** |
| PUBLICIS GROUPE & MSL GROUP,     : | |
| Defendants.     : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

**ANDREW J. PECK, United States Magistrate Judge:**

All counsel are reminded of the requirement of my Individual Practices to provide courtesy copies of all papers filed with the Court, including Objections and letters to Judge Carter. Further failures in this regard will result in sanctions.

SO ORDERED.

Dated:    New York, New York
         March 1, 2012

                                    _____
                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies by ECF to:    All Parties
                     Judge Andrew L. Carter, Jr.