USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATED: 3/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON on behalf of themselves and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLICIS GROUPE SA and MSL GROUP,<br><br>Defendants. | Civ. No.: 11-cv-1279 (~~RMB~~)(ALC)(AJP)<br><br>[~~PROPOSED~~] AMENDED JOINT SCHEDULING ORDER REGARDING JURISDICTIONAL DISCOVERY |

The Court having considered Plaintiffs' and Publicis Groupe SA's ("Publicis") joint request seeking an extension of the personal jurisdiction discovery schedule, hereby grants the request and extends the deadlines set forth in the Joint Scheduling Order Regarding Jurisdictional Discovery [Dkt. 44] as follows:

1. All jurisdictional discovery is to be completed no later than June 18, 2012. *Further extensions are expressly unlikely*

2. Publicis shall file a dispositive motion for lack of personal jurisdiction no later than June 18, 2012. Plaintiffs shall file an opposition to the dispositive motion no later than July 2, 2012. Publicis shall file a reply in support of the dispositive motion no later than July 9, 2012.

All other provisions and deadlines set forth in the October 12, 2011 Joint Scheduling Order Regarding Jurisdictional Discovery [Dkt. 44] not herein amended remain in full force and effect.

SO ORDERED.

DATED: March 9, 2012
New York, New York

_____
Andrew J. Peck
United States Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

BY ECF

*copy ECF; fax/mail*

DB2/23001065.1