UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT MSLGROUP Americas, Inc.*
90 State House Square, 8th Floor
Hartford, CT 06103
(860) 522-0404
    ATTORNEYS OF RECORD:
        VICTORIA WOODIN CHAVEY, ESQ.
        JEFFREY W. BRECHER, ESQ.

------------------------------------------------------------X

MONIQUE DA SILVA MOORE,
MARYELLEN O'DONOHUE, LAURIE
MAYERS, HEATHER PIERCE, and
KATHERINE WILKINSON, on behalf of
themselves and all others similarly situated,

                Plaintiffs,     Case No. 11-cv-1279 (ALC) (AJP)

      vs.

PUBLICIS GROUPE SA and
MSLGROUP,

                Defendants.

------------------------------------------------------------X

## DECLARATION OF VICTORIA WOODIN CHAVEY
## IN SUPPORT OF DEFENDANT MSLGROUP AMERICAS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

        I, Victoria Woodin Chavey, Esq., an attorney admitted to practice law, <u>inter alia</u>, before the United States District Court for the Southern District of New York, hereby affirm, under penalty of perjury, as follows:

        1.    I am a member of the law firm Jackson Lewis LLP, counsel for Defendant MSLGROUP Americas, Inc.

1

2. The following statements are true based upon my own knowledge, review of pertinent documents, and information and belief.

3. Attached as <u>Exhibit 1</u> is a true and correct copy of MSL00822, regarding the various job titles held by MSL's Public Relations employees (Confidential).

4. Attached as <u>Exhibit 2</u> are true and correct copies of MSL001134-35, 1136-1137, 1138-39, 1148-1149, and 1150-51, regarding job descriptions for the following positions: North American Practice Director; Managing Director, PCPR NY and Account Director, Sanof-Aventis; Practice Director; Senior Vice President Deputy Managing Director; and Vice President.

5. Attached as <u>Exhibit 3</u> is a true and correct copy of the March 16, 2012 Declaration of Stephanie Smith.

6. Attached as <u>Exhibit 4</u> is a true and correct copy of the Declaration of Amanda Glasgow.

7. Attached as <u>Exhibit 5</u> is a true and correct copy of the March 16, 2012 Declaration of Vickie Fite.

8. Attached as <u>Exhibit 6</u> is a true and correct copy of MSL 004950-4970, regarding 2009/2010 Salary Band Data (Confidential).

9. Attached as <u>Exhibit 7</u> is a true and correct copy of relevant portions of Plaintiff da Silva Moore's Deposition transcript.

10. Attached as <u>Exhibit 8</u> is a true and correct copy of relevant portions of Plaintiff Perlman's deposition transcript.

11. Attached as <u>Exhibit 9</u> is a true and correct copy of Pltfs_000667-670 regarding Plaintiff Perlman's biography.

12. Attached as <u>Exhibit 10</u> is a true and correct copy of relevant portions of Plaintiff Mayer's deposition transcript.

13. Attached as <u>Exhibit 11</u> is a true and correct copy of relevant portions of Plaintiff Pierce's deposition transcript.

14. Attached as <u>Exhibit 12</u> is a true and correct copy of a January 27, 2009 Email from Jim Tsokanos, Defendant's Exhibit 87 from Plaintiff O'Donohue's deposition.

15. Attached as <u>Exhibit 13</u> is a true and correct copy of the Expert Report of Dr. John H. Johnson, IV.

16. Attached as <u>Exhibit 14</u> is a true and correct copy of a summary of salary data produced in discovery in this case (Confidential).

17. Attached as <u>Exhibit 15</u> are true and correct copies of examples of organizational charts regarding Defendant MSL (Confidential).

18. Attached as <u>Exhibit 16</u> is a true and correct copy of relevant portions of Dr. Janice Madden's deposition transcript.


Affirmed on this 19th day
of March 2012.

/s/
VICTORIA WOODIN CHAVEY, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon all counsel of record.

_____/s/_____<br>
VICTORIA WOODIN CHAVEY

4821-6533-3519, v. 1