# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **MONIQUE DA SILVA MOORE,** | ) | |
| **MARYELLEN O'DONOHUE,** | ) | |
| **LAURIE MAYERS, HEATHER** | ) | |
| **PIERCE, and KATHERINE** | ) | |
| **WILKINSON on behalf of themselves** | ) | **Civ No. 11-CV-1279 (ALC) (AJP)** |
| **and all others similarly situated,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PUBLICIS GROUPE SA and** | ) | |
| **MSLGROUP,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| _____ | ) | |

## DECLARATION OF SIHAM NURHUSSEIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF RULE 72(a) OBJECTION TO MAGISTRATE JUDGE PECK'S FEBRUARY 8, 2012 RULINGS

SIHAM NURHUSSEIN, an attorney duly admitted to practice law in the State of New York, in the Southern District of New York, states as follows:

1. My firm represents the Plaintiffs in the above-referenced action.

2. Annexed to this declaration as "Exhibit A" is a true and correct copy of the relevant pages of the transcript of the January 4, 2012 conference before Magistrate Judge Peck.

3. Annexed to this declaration as "Exhibit B" is a true and correct copy of the Docket Report of *Kleen Prods., LLC v. Packaging Corp. of Am.*, No. 10 C 5711 (N.D. Ill.).

4. Annexed to this declaration as "Exhibit C" is a true and correct copy of the transcript of the February 21, 2012 Hearing in *Kleen Prods.*

5. Annexed to this declaration as "Exhibit D" is a true and correct copy of a letter from Janette Wipper to Brett Anders, dated October 25, 2011.

6. Annexed to this declaration as "Exhibit E" is a true and correct copy of a letter from Janette Wipper to Brett Anders, dated November 9, 2011.

7.  Annexed to this declaration as "Exhibit F" is a true and correct copy of a letter from Janette Wipper to Brett Anders, dated November 29, 2011.

8.  Annexed to this declaration as "Exhibit G" is a true and correct copy of a letter from Janette Wipper to Magistrate Judge Peck, attachment omitted, dated January 3, 2012.

9.  Annexed to this declaration as "Exhibit H" is a true and correct copy of a letter from Janette Wipper to Magistrate Judge Peck, attachment omitted, dated January 25, 2012.

I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated:  March 19, 2012
        New York, New York

                                        /s/ Siham Nurhussein
                                        Siham Nurhussein