# Exhibit B

CASREF,NOLAN,PROTO

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 5.0.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:10-cv-05711

Kleen Products LLC et al v. Packaging Corporation of America et al

Assigned to: Honorable Milton I. Shadur

Referred to: Honorable Nan R. Nolan

related Cases:   1:10-cv-05896
                 1:10-cv-06125
                 1:10-cv-05849

Cause: 15:1 Antitrust Litigation

Date Filed: 09/09/2010

Jury Demand: Both

Nature of Suit: 410 Anti-Trust

Jurisdiction: Federal Question

**Plaintiff**

**Kleen Products LLC**                  represented by   **Heidi M. Silton**
                                                          Lockridge Grindal Nauen P.L.L.P.
                                                          100 Washington Avenue South
                                                          Suite 2200
                                                          Minneapolis, MN 55401
                                                          (612) 339-6900
                                                          Email: hmsilton@locklaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Trent M. Johnson**
                                                          Foley & Lardner Llp
                                                          777 E. Wisconsin Ave.
                                                          Milwaukee, WI 53202
                                                          (414) 319-7303
                                                          Email: tjohnson@foley.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **W. Joseph Bruckner**
                                                          Lockridge Grindal Nauen P.L.L.P.
                                                          100 Washington Avenue South
                                                          Suite 2200
                                                          Minneapolis, MN 55401
                                                          (612)339-6900
                                                          Email: wjbruckner@locklaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Charles P Goodwin**
                                                          Berger & Montague, P.c.

1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Email: cgoodwin@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher M. Burke**
ScottScott LLP
707 Broadway
10th Floor
San Diego, CA 92101
(619) 233-4565
Email: cburke@scott-scott.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel A. Bushell**
Berman DeValerio
4280 Professional Center Drive
Suite 350
Palm Beach Gardens, FL 33410
561 835 9400
Email: dbushell@bermandevalerio.com
*ATTORNEY TO BE NOTICED*

**Daniel E Gustafson**
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue S.
Minneapolis, MN 55402
(612)333-8844
Email:
dgustafson@gustafsongluek.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C Hedlund**
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
612 333-8844
Email: dhedlund@gustafsongluek.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Jay Mogin**
The Mogin Law Firm
707 Broadway

Suite 1000
San Diego, CA 92101
(619) 687-6611
Email: dmogin@moginlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dianne M Nast**
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
Email: dnast@rodanast.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward A. Diver**
Langer Grogan & Diver, P.c.
Three Logan Square
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
(215) 320-5660
Email: ndiver@langergrogan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin C. Burns**
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
Email: eburns@rodanast.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Geoffrey C Rushing**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Email: geoff@saveri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**H. laddie Montague**
Berger & Montague, P.c.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Email: hlmontague@bm.net

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Howard Langer**
Langer Grogan & Diver P.C.
1717 Arch Street
Suite 4130
Philadelphia, PA 19103
215-320-5660
Email: hlanger@langergrogan.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Sprung**
Hagens Berman Sobol Shapiro Llp
1918 8th Ave Ste 3300
Seattle, WA 98101
(206) 623-7292
Email: jeffs@hbsslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Goldberg**
Freedman Boyd Hollander
Goldberg Ives & Duncan, PA
20 First Plaza
Suite 700
Albuquerque, NM 87102
(505) 842-9960
Email: jg@fbdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen M. Anderson**
ScottScott LLP
707 Broadway
10th Floor
San Diego, CA 92101
(619) 233-4565
Email: kanderson@scott-scott.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
Cohen Milstein Sellers & Toll
3507 Kyoto Gardens Drive
Suite 200
Palm Beach Gardens, FL 33410
(561) 578 6850
Fax: 202 408 4699
Email: jdominguez@cohenmilstein.com

*ATTORNEY TO BE NOTICED*

**Martin I. Twersky**
Berger & Montaque, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Email: mtwersky@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Sinnott**
The Mogin Law Firm, P.c.
707 Broadway
Suite 1000
San Diego, CA 92101
(619) 687-6611
Email: msinnott@moginlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Jerry Freed**
Freed Kanner London & Millen, LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
(224) 632-4500
Email: mfreed@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Michael E. Moskovitz**
Freed Kanner London &Millen LLC
2201 Waukegan Rd.
Suite 130
Bannockburn, IL 60015
(224) 632-4506
Email: mike@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Peter E. Leckman**
Langer Grogan & Diver, P.c.
Three Logan Square
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
(215) 320-5660
Email: pleckman@langergrogan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Alexander Saveri**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
(415) 217-6810
Email: rick@saveri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Wozniak**
Freed Kanner London & Millen, LLC
2201 Waukegan Rd.
Suite 130
Bannockburn, IL 60015
224 632 4507
Email: rwozniak@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Steven J. Greenfogel**
Lite DePalma Greenberg, LLC
1521 Locust Street
8th Floor
Philadelphia, PA 19102
(215) 564-5182
Email: sgreenfogel@litedepalma.com
*ATTORNEY TO BE NOTICED*

**Steven A Kanner**
Freed Kanner London & Millen, LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
(224) 632-4500
Email: skanner@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Walter W. Noss**
Scottscott Llp
707 Broadway
10th Floor
San Diego, CA 92101
(619) 233-4565
Email: wnoss@scott-scott.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William J Heye**
Saveri & Saevri, Inc.
706 Sansome St.
San Francisco, CA 94111

(415) 217-6810
Email: william@saveri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ferraro Foods of North Carolina,**          represented by   **Heidi M. Silton**
**LLC.**                                                        (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **W. Joseph Bruckner**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Daniel Jay Mogin**
                                                               The Mogin Law Firm
                                                               110 Juniper Street
                                                               San Diego, CA 92101
                                                               (619) 687-6611
                                                               Email: dmogin@moginlaw.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Manuel Juan Dominguez**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Robert G. Eisler**
                                                               Grant & Eisenhofer P.A.
                                                               123 Justison Street
                                                               Wilmington, DE 19801
                                                               (302) 622-7000
                                                               Fax: (302) 622-7100
                                                               Email: reisler@gelaw.com
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Robert J. Wozniak**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Vincent J Esades**
                                                               Heins Mills & Olson, P.L.C.
                                                               310 Clifton Ave.
                                                               Minneapolis, MN 55403
                                                               (612) 338-4605
                                                               Email: vesades@heinsmills.com
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Distributors Packaging Group, LLC**      represented by   **Heidi M. Silton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Joseph Bruckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jay Mogin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Wozniak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ferraro Foods, Inc.**      represented by   **Heidi M. Silton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Joseph Bruckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jay Mogin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Wozniak**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Vincent J Esades**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RHE Hatco, Inc.**           represented by  **Heidi M. Silton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Joseph Bruckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jay Mogin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Wozniak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R.P.R. Enterprises, Inc.**      represented by  **W. Joseph Bruckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Clark**
Lockridge Grindal Nauen P.l.l.p.
100 Washington Ave S
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Email: bdclark@locklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Jay Mogin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heidi M. Silton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Frank Lombardo**
Shaffer Lombardo Shurin
911 Main Street, #2000
Kansas City, MO 64105
(816) 931-0500
Email: rlombardo@sls-law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Wozniak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chandler Packaging, Inc.**        represented by  **Heidi M. Silton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Joseph Bruckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jay Mogin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee Albert**
Murray Frank LLP
275 Madison Ave.
#801
New York, NY 10016
(212) 682-1818
Email: lalbert@murrayfrank.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

Robert J. Wozniak
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mighty Pac, Inc.**                    represented by   **Heidi M. Silton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Joseph Bruckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
Hagens Berman Sobol Shapiro LLP
1144 W. Lake Street
Suite 400
Oak Park, IL 60301
708-628-4949
Fax: 708-628-4950
Email: dank@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Daniel Jay Mogin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Wozniak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thule, Inc.**                         represented by   **Bonny E. Sweeney**
*individually and on behalf of all those*              Robbins Geller Rudman & Dowd Llp
*similarly situated*                                   655 West Broadway, Suite 1900
*TERMINATED: 04/08/2011*                               San Diego, CA 92101
(619) 231-1058
Email: bonnys@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi M. Silton**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**W. Joseph Bruckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra S. Bernay**
Robbins Geller Rudman & Dowd Llp
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
Email: xanb@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Daniel Jay Mogin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Ann Fanning**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: LFanning@MillerLawLLC.com
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marvin Alan Miller**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: Mmiller@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**Matthew E Van Tine**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
312-332-3400
Fax: (312) 676-2676

Email: mvantine@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**Paula M. Roach**
Robbins Geller Rudman & Dowd Llp
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
Email: proach@rgrdlaw.com
*TERMINATED: 02/10/2011*

V.

**Defendant**

**Packaging Corporation of America**        represented by   **Barack S. Echols**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312)862-2000
Email: bechols@kirkland.com
*ATTORNEY TO BE NOTICED*

**Daniel E. Laytin**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312)862-2000
Email: dlaytin@kirkland.com
*ATTORNEY TO BE NOTICED*

**Douglas James Kurtenbach**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312)862-2000
Email:
douglas.kurtenbach@kirkland.com
*ATTORNEY TO BE NOTICED*

**Jeannie Young Evans**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2719
Email: jeannie.evans@kirkland.com
*ATTORNEY TO BE NOTICED*

**Leonid Feller**
Kirkland & Ellis LLP
300 North LaSalle Street

Chicago, IL 60654
(312)862-2000
Email: lfeller@kirkland.com
*ATTORNEY TO BE NOTICED*

**Luke Christian Ruse**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312 862-3094
Email: luke.ruse@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Paper**                     represented by   **James T. Mckeown**
Foley & Lardner Llp
777 E. Wisconsin Ave.
Milwaukee, WI 53202
(414) 297-5530
Email: jmckeown@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael M. Conway**
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60610
(312)832-4351
Fax: 312-832-4700
Email: mconway@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Schwing**
Gibson, Dunn & Crutcher Llp
555 Mission Street
Suite 3000
San Francisco, CA 94105
(415) 374-8458
Email: aschwing@gibsondunn.com
*TERMINATED: 12/15/2011*
*PRO HAC VICE*

**Casey N. Carrington**
Gibson, Dunn & Crutcher Llp
555 Mission Street
Suite 3000
San Francisco, CA 94105
(415) 393-8278

Email: ccarrington@gibsondunn.com
*TERMINATED: 12/15/2011*
*PRO HAC VICE*

**Daniel W Nelson**
Gibson, Dunn & Crutcher Llp
1050 Connecticut Avenue, N.w.
Washington, DC 20006
(202) 887-3687
Email: dnelson@gibsondunn.com
*TERMINATED: 12/15/2011*
*PRO HAC VICE*

**Dao Lee Boyle**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
(312) 269-8000
Email: dboyle@ngelaw.com
*TERMINATED: 11/10/2010*

**George A. Nicoud , III**
Gibson, Dunn & Crutcher Llp
555 Mission Avenue
San Francisco, CA 94105
(415) 393-8308
Email: tnicoud@gibsondunn.com
*TERMINATED: 12/15/2011*
*PRO HAC VICE*

**Gerald Michael Halfenger**
Foley & Lardner
777 East Wisconsin Avenue
Suite 4000
Milwaukee, WI 53202-5367
(414) 271-2400
Email: mhalfenger@foley.com
*ATTORNEY TO BE NOTICED*

**James T. McKeown**
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414-297-5530
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joanne Lee**
Foley & Lardner

321 North Clark Street
Suite 2800
Chicago, IL 60610
312-832-4500
Email: jlee@foley.com
*ATTORNEY TO BE NOTICED*

**Joel Willard**
Gibson, Dunn & Crutcher Llp
555 Mission Street
Suite 3000
San Francisco, CA 94105
(415) 393-8340
Email: sdale@gibsondunn.com
*TERMINATED: 12/15/2011*
*PRO HAC VICE*

**John Kenneth Theis**
Eimer Stahl Klevorn & Solberg
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2516
(312) 660-7600
Email: jtheis@eimerstahl.com
*TERMINATED: 09/26/2011*

**Joshua Lipton**
Gibson, Dunn & Crutcher Llp
1050 Connecticut Avenue, N.w.
Washington, DC 20006
(202) 955-8226
Email: jlipton@gibsondunn.com
*TERMINATED: 12/15/2011*
*PRO HAC VICE*

**Katherine Shannon Paulson**
Eimer Stahl LLP
224 S. Michigan Ave
#1100
Chicago, IL 60604
(312) 660-7600
Fax: (312)692-1718
Email:
katherine.paulson@kattenlaw.com
*TERMINATED: 02/06/2012*

**Nathan P. Eimer**
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100

Chicago, IL 60604
(312) 660-7600
Email: neimer@eimerstahl.com
*ATTORNEY TO BE NOTICED*

**Rebecca Justice Lazarus**
Gibson, Dunn & Crutcher Llp
555 Mission Street
Suite 3000
San Francisco, CA 94105
(415) 374-8427
Email: sdale@gibsondunn.com
*TERMINATED: 12/15/2011*
*PRO HAC VICE*

**Robert Kim**
Gibson, Dunn & Crutcher Llp
555 Mission Avenue
San Francisco, CA 94105
(415) 393-8278
Email: rkim@gibsondunn.com
*TERMINATED: 12/15/2011*
*PRO HAC VICE*

**Scott Jared Fisher**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
(312)269-8035
Email: sfisher@ngelaw.com
*TERMINATED: 11/10/2010*

**Susan M. Razzano**
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2516
312 660-7600
Email: srazzano@eimerstahl.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Norampac Industries Inc.**          represented by   **Scott M. Mendel**
K&L Gates LLP
70 West Madison
Suite 3100
Chicago, IL 60602
(312) 372-1121
Email: smendel@bellboyd.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Susoreny**
K&L Gates LLP
70 West Madison
Suite 3100
Chicago, IL 60602
(312) 807-4285
Email: john.susoreny@klgates.com
*ATTORNEY TO BE NOTICED*

**Lauren Nicole Norris**
K&L Gates LLP
70 West Madison
Suite 3100
Chicago, IL 60602
312 807 4218
Email: lauren.norris@klgates.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cascades, Inc.**                   represented by   **Scott M. Mendel**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **John Edward Susoreny**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lauren Nicole Norris**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Domtar Corporation**
*TERMINATED: 11/08/2010*

**Defendant**

**Weyerhaeuser Company**            represented by   **David Marx**
                                                     McDermott, Will & Emery LLP
                                                     (Chicago)
                                                     227 West Monroe Street
                                                     #4400
                                                     Chicago, IL 60606-5096
                                                     (312) 984-7668
                                                     Email: dmarx@mwe.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

Jennifer A Smulin Diver
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, IL 60606
(312) 984-7528
Fax: (312) 984-7700
Email: jdiver@mwe.com
*ATTORNEY TO BE NOTICED*

Rachael V Lewis
Mcdermott Will & Emery Llp
227 W Monroe Street
Chicago, IL 60606
(312) 984-6962
Email: rlewis@mwe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Georgia Pacific LLC**          represented by **James R. Figliulo**
Figliulo & Silverman
Ten South LaSalle Street
Suite 3600
Chicago, IL 60603
(312) 251-4600
Email: jfigliulo@fslegal.com
*ATTORNEY TO BE NOTICED*

Kyle R Taylor
Quinn Emanuel Urquhart & Sullivan,
Llp
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000
Email: kyletaylor@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Marc L. Greenwald
Quinn Emanuel Urquhart & Sullivan,
Llp
51 Madison Avenue
New York, NY 10010
(212) 849-7140
Email:
marcgreenwald@quinnemanuel.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Sami Husayn Rashid**
Quinn Emanuel Urquhart & Sullivan,
Llp
51 Madison Avenue
New York, NY 10010
(212) 849-7000
Email: samirashid@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie D. Jones**
Figliulo & Silverman, P.C.
10 South LaSalle Street
Suite 3600
Chicago, IL 60603
(312) 251-4600
Email: sjones@fslegal.com
*ATTORNEY TO BE NOTICED*

**Stephen R Neuwirth**
Quinn Emanuel Urquhart & Sullivan,
Llp
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000
Email:
stephenneuwirth@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Temple-Inland, Inc.**                     represented by    **Andrew Stanley Marovitz**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email:
courtnotification@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Britt Marie Miller**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email:
courtnotification@mayerbrown.com

*ATTORNEY TO BE NOTICED*

**Courtney Lynn Anderson**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email:
courtnotification@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RockTenn CP, LLC**                    represented by   **R. Mark McCareins**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
Email: rmccareins@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Franklin Herbison**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
Email: jherbison@winston.com
*ATTORNEY TO BE NOTICED*

**Joseph Lawrence Siders**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
Email: jsiders@winston.com
*ATTORNEY TO BE NOTICED*

**Michael P Mayer**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
Email: mmayer@winston.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cascades Canada Inc.**                 represented by   **Scott M. Mendel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Norampac Holdings U.S. Inc.**          represented by   **Scott M. Mendel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TIN Inc.**

**Movant**

**Thule, Inc.**
*TERMINATED: 04/08/2011*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/09/2010 | 1 | COMPLAINT filed by Kleen Products LLC; Jury Demand. Filing fee $ 350, receipt number 0752-5199665. (Attachments: # 1 Notification of Affiliates) (Freed, Michael) (Entered: 09/09/2010) |
| 09/09/2010 | 2 | CIVIL Cover Sheet (Attachments: # 1 Attachment A - List of Defendants, # 2 Attachment B - Plaintiff's Attorneys)(Freed, Michael) (Entered: 09/09/2010) |
| 09/09/2010 | 3 | ATTORNEY Appearance for Plaintiff Kleen Products LLC by Michael Jerry Freed (Freed, Michael) (Entered: 09/09/2010) |
| 09/09/2010 | 4 | ATTORNEY Appearance for Plaintiff Kleen Products LLC by Steven A Kanner (Kanner, Steven) (Entered: 09/09/2010) |
| 09/09/2010 | 5 | ATTORNEY Appearance for Plaintiff Kleen Products LLC by Michael E. Moskovitz (Moskovitz, Michael) (Entered: 09/09/2010) |
| 09/09/2010 |   | CASE ASSIGNED to the Honorable Charles P. Kocoras. Designated as Magistrate Judge the Honorable Nan R. Nolan. (jn, ) (Entered: 09/09/2010) |
| 09/10/2010 |   | SUMMONS Issued as to Defendants Domtar Corporation, Georgia Pacific LLC, International Paper, Packaging Corporation of America, Smurfit-Stone Container Corporation, Temple-Inland, Inc., Weyerhaeuser Company. (vcf, ) (Entered: 09/10/2010) |
| 09/10/2010 | 6 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5207831. (Mogin, Daniel) (Entered: 09/10/2010) |
| 09/13/2010 | 7 | MINUTE entry before Honorable Charles P. Kocoras:Daniel J. Mogin's motion (Doc 6 ) for leave to appear pro hac vice as additional counsel for plaintiff is granted. Mailed notice (sct, ) (Entered: 09/13/2010) |
| 09/15/2010 | 8 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5221823. (Sinnott, Matthew) (Entered: 09/15/2010) |
| 09/15/2010 | 10 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Milton I. Shadur for all further proceedings. Signed by Executive Committee on 9/15/2010. (ber, ) (Entered: 09/17/2010) |

| 09/16/2010 | 9 | MINUTE entry before Honorable Charles P. Kocoras:Matthew Sinnott's motion (Doc 8 ) for leave to appear pro hac vice as additional counsel for plaintiff is granted.Mailed notice (sct, ) (Entered: 09/16/2010) |
|---|---|---|
| 09/17/2010 | 11 | MINUTE entry before Honorable Milton I. Shadur: Status hearing set for 11/4/2010 at 09:00 AM.Mailed notice (srn, ) (Entered: 09/17/2010) |
| 09/20/2010 | | SUMMONS Issued as to Defendants Cascades, Inc., Domtar Corporation, Norampac Industries Inc. (emd, ) (Entered: 09/20/2010) |
| 09/30/2010 | 12 | ATTORNEY Appearance for Defendant Smurfit-Stone Container Corporation by R. Mark McCareins (McCareins, R.) (Entered: 09/30/2010) |
| 09/30/2010 | 13 | ATTORNEY Appearance for Defendant Smurfit-Stone Container Corporation by Michael P Mayer (Mayer, Michael) (Entered: 09/30/2010) |
| 09/30/2010 | 14 | ATTORNEY Appearance for Defendant Smurfit-Stone Container Corporation by James Franklin Herbison (Herbison, James) (Entered: 09/30/2010) |
| 09/30/2010 | 15 | ATTORNEY Appearance for Defendant Georgia Pacific LLC by James R. Figliulo (Figliulo, James) (Entered: 09/30/2010) |
| 09/30/2010 | 16 | MOTION by Defendant Smurfit-Stone Container Corporation for extension of time to file answer regarding complaint 1 *or otherwise plead (Agreed)* (Attachments: # 1 Text of Proposed Order)(McCareins, R.) Modified on 10/1/2010 (ber, ). (Entered: 09/30/2010) |
| 09/30/2010 | 17 | NOTICE of Motion by R. Mark McCareins for presentment of motion for extension of time to file answer, motion for relief 16 before Honorable Milton I. Shadur on 10/4/2010 at 09:15 AM. (McCareins, R.) (Entered: 09/30/2010) |
| 09/30/2010 | 18 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Smurfit-Stone Container Corporation (McCareins, R.) (Entered: 09/30/2010) |
| 10/01/2010 | 19 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5276517. (Gustafson, Daniel) (Entered: 10/01/2010) |
| 10/01/2010 | 20 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5276563. (Hedlund, Daniel) (Entered: 10/01/2010) |
| 10/01/2010 | 21 | ATTORNEY Appearance for Defendant International Paper by Dao Lee Boyle (Boyle, Dao) (Entered: 10/01/2010) |
| 10/01/2010 | 22 | ATTORNEY Appearance for Defendant International Paper by Scott Jared Fisher (Fisher, Scott) (Entered: 10/01/2010) |
| 10/04/2010 | 23 | ATTORNEY Appearance for Defendant Temple-Inland, Inc. by Britt Marie Miller (Miller, Britt) (Entered: 10/04/2010) |
| 10/04/2010 | 24 | ATTORNEY Appearance for Defendant Temple-Inland, Inc. by Courtney Lynn Anderson (Anderson, Courtney) (Entered: 10/04/2010) |
| 10/04/2010 | 25 | ATTORNEY Appearance for Defendant Temple-Inland, Inc. by Andrew Stanley Marovitz (Marovitz, Andrew) (Entered: 10/04/2010) |

| | | |
|---|---|---|
| 10/04/2010 | 26 | MINUTE entry before Honorable Milton I. Shadur:Motion for extension of time to answer 16 is granted. Motion hearing held on 10/4/2010. Status hearing set for 12/13/2010 at 09:00 AM. The November 4 status date is vacated.Mailed notice (srn, ) (Entered: 10/04/2010) |
| 10/04/2010 | 27 | ATTORNEY Appearance for Defendants Cascades, Inc., Norampac Industries Inc. by Scott M. Mendel (Mendel, Scott) (Entered: 10/04/2010) |
| 10/04/2010 | 28 | ATTORNEY Appearance for Defendants Cascades, Inc., Norampac Industries Inc. by John Edward Susoreny (Susoreny, John) (Entered: 10/04/2010) |
| 10/04/2010 | 29 | MINUTE entry before Honorable Milton I. Shadur:Daniel Gustafson and Daniel Hedlund are granted leave to appear pro hac vice on behalf of the Plaintiff 19 20 . Mailed notice. (psm, ) (Entered: 10/05/2010) |
| 10/05/2010 | 30 | ATTORNEY Appearance for Defendants Cascades, Inc., Norampac Industries Inc. by Lauren Nicole Norris (Norris, Lauren) (Entered: 10/05/2010) |
| 10/05/2010 | 31 | ATTORNEY Appearance for Defendant Georgia Pacific LLC by Stephanie D. Jones (Jones, Stephanie) (Entered: 10/05/2010) |
| 10/06/2010 | 32 | ATTORNEY Appearance for Defendant Packaging Corporation of America by Daniel E. Laytin (Laytin, Daniel) (Entered: 10/06/2010) |
| 10/06/2010 | 33 | ATTORNEY Appearance for Defendant Packaging Corporation of America by Luke Christian Ruse (Ruse, Luke) (Entered: 10/06/2010) |
| 10/06/2010 | 34 | MOTION by Defendants Cascades, Inc., Norampac Industries Inc. for extension of time to file answer regarding complaint 1 *or otherwise plead (Agreed)* (Mendel, Scott) (Entered: 10/06/2010) |
| 10/06/2010 | 35 | NOTICE of Motion by Scott M. Mendel for presentment of motion for extension of time to file answer, motion for relief 34 before Honorable Milton I. Shadur on 10/8/2010 at 09:15 AM. (Mendel, Scott) (Entered: 10/06/2010) |
| 10/06/2010 | 44 | ATTORNEY Appearance by Douglas J. Kurtenbach on behalf of Defendant Packaging Corporation of America. (psm, ) (Entered: 10/08/2010) |
| 10/07/2010 | 36 | MINUTE entry before Honorable Milton I. Shadur:Motion for extension of time to answer or otherwise plead 34 is granted.Mailed notice (srn, ) (Entered: 10/07/2010) |
| 10/08/2010 | 37 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5298482. (Carrington, Casey) (Entered: 10/08/2010) |
| 10/08/2010 | 38 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5298490. (Carrington, Casey) (Entered: 10/08/2010) |
| 10/08/2010 | 39 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5298495. (Carrington, Casey) (Entered: 10/08/2010) |
| 10/08/2010 | 40 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5298498. (Carrington, Casey) (Entered: 10/08/2010) |

| 10/08/2010 | 41 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5298503. (Carrington, Casey) (Entered: 10/08/2010) |
| 10/08/2010 | 42 | MOTION by Plaintiff Kleen Products LLC to reassign case *Based upon Relatedness Pursuant to Local Rule 40.4* (Attachments: # 1 Appendix of Exhibits (with Exhibits A-B), # 2 Exhibit C)(Freed, Michael) (Entered: 10/08/2010) |
| 10/08/2010 | 43 | NOTICE of Motion by Michael Jerry Freed for presentment of motion to reassign case 42 before Honorable Milton I. Shadur on 10/18/2010 at 09:15 AM. (Freed, Michael) (Entered: 10/08/2010) |
| 10/14/2010 | 45 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5316083. (Figliulo, James) (Entered: 10/14/2010) |
| 10/14/2010 | 46 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5316107. (Figliulo, James) (Entered: 10/14/2010) |
| 10/14/2010 | 47 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Georgia Pacific LLC (Figliulo, James) (Entered: 10/14/2010) |
| 10/14/2010 | 48 | RESPONSE by Cascades, Inc., Domtar Corporation, Georgia Pacific LLC, International Paper, Norampac Industries Inc., Packaging Corporation of America, Smurfit-Stone Container Corporation, Temple-Inland, Inc. to MOTION by Plaintiff Kleen Products LLC to reassign case *Based upon Relatedness Pursuant to Local Rule 40.4* 42 *Statement of Non-Opposition* (Fisher, Scott) (Entered: 10/14/2010) |
| 10/15/2010 | 49 | MINUTE entry before Honorable Milton I. Shadur: Casey N. Carrington, Robert E. Kim, Joshua Lipton, Daniel W. Nelson and George A. Nicoud III, are all granted leave to appear pro hac vice on behalf of International Paper Company. (37-1, 38-1, 39-1, 40-1, 41-1) Mailed notice (ber, ) (Entered: 10/15/2010) |
| 10/15/2010 | 50 | MINUTE entry before Honorable Milton I. Shadur: Stephen R. Neuwirth and Kyle R. Taylor are granted leave to appear pro hac vice on behalf of Georgia-Pacific LLC. (45-1, 46-1) Mailed notice (ber, ) (Entered: 10/15/2010) |
| 10/18/2010 | 51 | MINUTE entry before Honorable Milton I. Shadur:Motion to reassign case 42 is granted. Motion hearing held on 10/18/2010. Plaintiff's amended complaint is to be filed on or before 11/8/10. Defendants' responsive pleading is due 12/3/10. Status hearing set for 12/13/2010 at 09:00 AM.Mailed notice (srn, ) (Entered: 10/18/2010) |
| 10/20/2010 | 52 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Cascades, Inc. (Mendel, Scott) (Entered: 10/20/2010) |
| 10/20/2010 | 53 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Norampac Industries Inc. (Mendel, Scott) (Entered: 10/20/2010) |
| 10/20/2010 | 54 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Packaging Corporation of America (Kurtenbach, Douglas) (Entered: 10/20/2010) |
| 10/21/2010 | 55 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by International |

| | | Paper (Fisher, Scott) (Entered: 10/21/2010) |
|---|---|---|
| 10/22/2010 | 56 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Temple-Inland, Inc. (Anderson, Courtney) (Entered: 10/22/2010) |
| 10/29/2010 | 57 | MOTION by Movant Thule, Inc.Motion for Finding of Relatedness and Reassignment Pursuant to Local Rule 40.4 (Miller, Marvin) (Entered: 10/29/2010) |
| 10/29/2010 | 58 | NOTICE of Motion by Marvin Alan Miller for presentment of motion for miscellaneous relief 57 before Honorable Milton I. Shadur on 11/9/2010 at 09:15 AM. (Miller, Marvin) (Entered: 10/29/2010) |
| 11/02/2010 | 59 | ATTORNEY Appearance for Defendant Packaging Corporation of America by Jeannie Young Evans (Evans, Jeannie) (Entered: 11/02/2010) |
| 11/05/2010 | 60 | ATTORNEY Appearance for Defendant Weyerhaeuser Company by David Marx (Marx, David) (Entered: 11/05/2010) |
| 11/08/2010 | 61 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5397973. (Willard, Joel) (Entered: 11/08/2010) |
| 11/08/2010 | 62 | ATTORNEY Appearance for Defendant International Paper by Nathan P. Eimer (Eimer, Nathan) (Entered: 11/08/2010) |
| 11/08/2010 | 63 | ATTORNEY Appearance for Defendant International Paper by John Kenneth Theis (Theis, John) (Entered: 11/08/2010) |
| 11/08/2010 | 64 | ATTORNEY Appearance for Defendant Weyerhaeuser Company by Jennifer A Smulin Diver (Smulin Diver, Jennifer) (Entered: 11/08/2010) |
| 11/08/2010 | 65 | *Consolidated* AMENDED complaint by Kleen Products LLC, Ferraro Foods of North Carolina, LLC., Distributors Packaging Group, LLC, Ferraro Foods, Inc., RHE Hatco, Inc., R.P.R. Enterprises, Inc., Chandler Packaging, Inc., Mighty Pac, Inc., Thule, Inc. against Domtar Corporation, Georgia Pacific LLC, International Paper, Packaging Corporation of America, Smurfit-Stone Container Corporation, Temple-Inland, Inc., Weyerhaeuser Company, Cascades Canada Inc., Norampac Holdings U.S. Inc., TIN Inc. (Attachments: # 1 Certificate of Service)(Mogin, Daniel) (Entered: 11/08/2010) |
| 11/08/2010 | 66 | MINUTE entry before Honorable Milton I. Shadur: Joel Willard is granted leave to appear pro hac vice on behalf of the defendant International Paper Company. ( 61 -1) Mailed notice (ber, ) (Entered: 11/09/2010) |
| 11/09/2010 | 67 | MOTION by counsel for Defendant International Paper to withdraw as attorney (Fisher, Scott) (Entered: 11/09/2010) |
| 11/09/2010 | 68 | NOTICE of Motion by Scott Jared Fisher for presentment of motion to withdraw as attorney 67 before Honorable Milton I. Shadur on 11/12/2010 at 09:15 AM. (Fisher, Scott) (Entered: 11/09/2010) |
| 11/09/2010 | 69 | MINUTE entry before Honorable Milton I. Shadur:Motion to reassign case 10 C 6797 based on relatedness 57 is granted. Motion hearing held on 11/9/2010. A status hearing is set for 12/13/10 at 9:00. Cases 10 C 5896, 10 C 5849, 10 C 6125 and 10 C 6797 will all be dismissed without prejudice. The |

| | | |
|---|---|---|
| | | 12/3/10 responsive pleading filing date is vacated. Plaintiff Thule Inc.'s oral motion to dismiss defendant Smurfitstone is granted. Mailed notice (srn, ) (Entered: 11/09/2010) |
| 11/10/2010 | 70 | MINUTE entry before Honorable Milton I. Shadur:Motion to withdraw as attorney 67 is granted; Attorney Dao Lee Boyle and Scott Jared Fisher terminated.Mailed notice (srn, ) (Entered: 11/10/2010) |
| 11/12/2010 | 71 | MOTION by Plaintiff Thule, Inc. to appoint counsel *as Interim Lead Counsel and Interim Liaison Counsel* (Miller, Marvin) (Entered: 11/12/2010) |
| 11/12/2010 | 72 | MEMORANDUM *in Support of Motion to Appoint Interim Lead Counssel and Interim Liaison Counsel* (Miller, Marvin) (Entered: 11/12/2010) |
| 11/12/2010 | 73 | DECLARATION of Bonny E. Sweeney regarding motion to appoint counsel 71 (Miller, Marvin) (Entered: 11/12/2010) |
| 11/12/2010 | 74 | NOTICE of Motion by Marvin Alan Miller for presentment of motion to appoint counsel 71 before Honorable Milton I. Shadur on 12/13/2010 at 09:15 AM. (Miller, Marvin) (Entered: 11/12/2010) |
| 11/15/2010 | 75 | ATTORNEY Appearance for Plaintiff Thule, Inc. by Marvin Alan Miller (Miller, Marvin) (Entered: 11/15/2010) |
| 11/15/2010 | 76 | ATTORNEY Appearance for Plaintiff Thule, Inc. by *Lori A. Fanning* (Miller, Marvin) Modified on 11/16/2010 (ber, ). (Entered: 11/15/2010) |
| 11/15/2010 | 77 | ATTORNEY Appearance for Plaintiff Thule, Inc. by Matthew E Van Tine (Van Tine, Matthew) (Entered: 11/15/2010) |
| 11/16/2010 | 78 | ATTORNEY Appearance for Plaintiff Thule, Inc. by Lori Ann Fanning (Fanning, Lori) (Entered: 11/16/2010) |
| 11/16/2010 | 79 | ATTORNEY Appearance for Plaintiff Thule, Inc. by Bonny E. Sweeney (Sweeney, Bonny) (Entered: 11/16/2010) |
| 11/16/2010 | 80 | ATTORNEY Appearance for Plaintiff Thule, Inc. by Alexandra S. Bernay (Bernay, Alexandra) (Entered: 11/16/2010) |
| 11/16/2010 | 81 | ATTORNEY Appearance for Plaintiff Thule, Inc. by Paula M. Roach (Roach, Paula) (Entered: 11/16/2010) |
| 11/17/2010 | 82 | ATTORNEY Appearance for Plaintiff R.P.R. Enterprises, Inc. by W. Joseph Bruckner (Bruckner, W.) Modified on 11/30/2010 (ph, ). (Entered: 11/17/2010) |
| 11/17/2010 | 83 | ATTORNEY Appearance for Plaintiff R.P.R. Enterprises, Inc. by Heidi M. Silton (Silton, Heidi) Modified on 11/30/2010 (ph, ). (Entered: 11/17/2010) |
| 11/18/2010 | 84 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Chandler Packaging, Inc. (Freed, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 85 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Distributors Packaging Group, LLC (Freed, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 86 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Ferraro Foods, |

| | | |
|---|---|---|
| | | Inc. (Freed, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 87 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Ferraro Foods of North Carolina, LLC. (Freed, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 88 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by RHE Hatco, Inc. (Freed, Michael) (Entered: 11/18/2010) |
| 11/19/2010 | 89 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Thule, Inc. (Bernay, Alexandra) (Entered: 11/19/2010) |
| 11/22/2010 | 90 | MINUTE entry before Honorable Milton I. Shadur: Status hearing set for 11/24/2010 at 09:30 AM.Mailed notice (srn, ) (Entered: 11/22/2010) |
| 11/23/2010 | 91 | Class Plaintiffs' Notice of Filing by Smurfit-Stone in Bankruptcy Court, and Class Plaintiffs' Statement Relating Thereto by Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. (Attachments: # 1 Table of Exhibits (with Exhibits A-B))(Freed, Michael) (Entered: 11/23/2010) |
| 11/24/2010 | 92 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 11/24/2010. Status hearing set for 12/13/2010 at 09:00 AM.Mailed notice (srn, ) (Entered: 11/24/2010) |
| 11/30/2010 | 93 | ATTORNEY Appearance for Plaintiff R.P.R. Enterprises, Inc. by W. Joseph Bruckner *Corrected Notice of Appearance* (Bruckner, W.) (Entered: 11/30/2010) |
| 11/30/2010 | 94 | ATTORNEY Appearance for Plaintiff R.P.R. Enterprises, Inc. by Heidi M. Silton *Corrected Notice of Appearance* (Silton, Heidi) (Entered: 11/30/2010) |
| 12/01/2010 | 95 | ATTORNEY Appearance for Plaintiff Kleen Products LLC by Manuel Juan Dominguez (Dominguez, Manuel) (Entered: 12/01/2010) |
| 12/01/2010 | 96 | ATTORNEY Appearance for Plaintiff Kleen Products LLC by Daniel A. Bushell (Bushell, Daniel) (Entered: 12/01/2010) |
| 12/03/2010 | 97 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5481811. (Albert, Lee) (Entered: 12/03/2010) |
| 12/08/2010 | 98 | MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to appoint counsel *The Mogin Law Firm, P.C. and Freed Kanner London & Millen LLC as Interim Co-Lead Class Counsel Pursuant to F.R.C.P. 23(g)* (Freed, Michael) (Entered: 12/08/2010) |
| 12/08/2010 | 99 | NOTICE of Motion by Michael Jerry Freed for presentment of motion to appoint counsel, 98 before Honorable Milton I. Shadur on 12/13/2010 at 09:00 AM. (Freed, Michael) (Entered: 12/08/2010) |
| 12/08/2010 | 100 | MEMORANDUM by Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, |

| | | Inc. in support of motion to appoint counsel, 98 (Attachments: # 1 Joint Declaration of Daniel J. Mogin and Michael J. Freed (with Exhibits A-C)) (Freed, Michael) (Entered: 12/08/2010) |
|---|---|---|
| 12/10/2010 | 102 | MINUTE entry before Honorable Milton I. Shadur: Lee Albert is granted leave to appear pro hac vice on behalf of Chandler Packaging, Inc. ( 97 -1) Mailed notice (ber, ) (Entered: 12/13/2010) |
| 12/13/2010 | 101 | ATTORNEY Appearance for Defendant Packaging Corporation of America by Barack S. Echols (Echols, Barack) (Entered: 12/13/2010) |
| 12/13/2010 | 103 | NOTICE by Smurfit-Stone Container Corporation (Attachments: # 1 Order Dismissing Adversary Proceeding)(McCareins, R.) (Entered: 12/13/2010) |
| 12/13/2010 | 104 | MINUTE entry before Honorable Milton I. Shadur:Plaintiffs' Motions to appoint counsel 71 98 are entered and continued. Plaintiffs' further submissions are due 12/23/10. Status hearing held on 12/13/2010. Any defense motions are due on or before 1/14/11. Status hearing set for 1/20/2011 at 08:45 AM.Mailed notice (srn, ) (Entered: 12/13/2010) |
| 01/03/2011 | 105 | TRANSCRIPT OF PROCEEDINGS held on 10/04/2010 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, (312)435-5815, Rosemary_Scarpelli@ilnd.uscourts.gov.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 1/24/2011. Redacted Transcript Deadline set for 2/3/2011. Release of Transcript Restriction set for 4/4/2011. (Scarpelli, Rosemary) (Entered: 01/03/2011) |
| 01/03/2011 | 106 | TRANSCRIPT OF PROCEEDINGS held on 10/18/2010 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, (312)435-5815, Rosemary_Scarpelli@ilnd.uscourts.gov.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 1/24/2011. Redacted Transcript Deadline set for 2/3/2011. Release of Transcript Restriction set for 4/4/2011. (Scarpelli, Rosemary) (Entered: 01/03/2011) |

| 01/03/2011 | 107 | TRANSCRIPT OF PROCEEDINGS held on 11/09/2010 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, (312)435-5815, Rosemary_Scarpelli@ilnd.uscourts.gov. |
|---|---|---|
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | | Redaction Request due 1/24/2011. Redacted Transcript Deadline set for 2/3/2011. Release of Transcript Restriction set for 4/4/2011. (Scarpelli, Rosemary) (Entered: 01/03/2011) |
| 01/03/2011 | 108 | TRANSCRIPT OF PROCEEDINGS held on 11/24/2010 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, (312)435-5815, Rosemary_Scarpelli@ilnd.uscourts.gov. |
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | | Redaction Request due 1/24/2011. Redacted Transcript Deadline set for 2/3/2011. Release of Transcript Restriction set for 4/4/2011. (Scarpelli, Rosemary) (Entered: 01/03/2011) |
| 01/04/2011 | 109 | TRANSCRIPT OF PROCEEDINGS held on 12/13/2010 before the Honorable Milton I. Shadur. Court Reporter Contact Information: KATHLEEN M. FENNELL, www.Kathyfennell.com, (312) 435-5569. |
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | | Redaction Request due 1/25/2011. Redacted Transcript Deadline set for 2/4/2011. Release of Transcript Restriction set for 4/4/2011. (Fennell, Kathleen) (Entered: 01/04/2011) |
| 01/05/2011 | 110 | MOTION by Defendants Cascades Canada Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, Smurfit-Stone Container Corporation, Temple-Inland, Inc., |

|  |  | Weyerhaeuser Company for leave to file excess pages (Eimer, Nathan) (Entered: 01/05/2011) |
|---|---|---|
| 01/05/2011 | 111 | NOTICE of Motion by Nathan P. Eimer for presentment of motion for leave to file excess pages, 110 before Honorable Milton I. Shadur on 1/7/2011 at 09:15 AM. (Eimer, Nathan) (Entered: 01/05/2011) |
| 01/06/2011 | 112 | MINUTE entry before Honorable Milton I. Shadur:Motion for leave to file excess pages 110 is granted.Mailed notice (srn, ) (Entered: 01/06/2011) |
| 01/13/2011 | 113 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5604832. (Rashid, Sami) (Entered: 01/13/2011) |
| 01/13/2011 | 114 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5605170. (Eisler, Robert) (Entered: 01/13/2011) |
| 01/13/2011 | 118 | MINUTE entry before Honorable Milton I. Shadur: Sami H. Rashid is granted leave to appear pro hac vice on behalf of Georgia-Pacific LLC. (113-1) Robert G. Eisler is granted leave to appear pro hac vice on behalf of Plaintiffs Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC. (114-1) Mailed notice (ber, ) (Entered: 01/14/2011) |
| 01/14/2011 | 115 | MOTION by Defendant Temple-Inland, Inc. to dismiss *Consolidated and Amended Complaint Under Fed. R. Civ. P. 12(b)(6) [Doc. #65]* (Marovitz, Andrew) (Entered: 01/14/2011) |
| 01/14/2011 | 116 | NOTICE of Motion by Andrew Stanley Marovitz for presentment of motion to dismiss 115 before Honorable Milton I. Shadur on 1/20/2011 at 08:45 AM. (Marovitz, Andrew) (Entered: 01/14/2011) |
| 01/14/2011 | 117 | MEMORANDUM by Temple-Inland, Inc. in support of motion to dismiss 115 *(Individual Memorandum of Law in Support of its Motion to Dismiss under Fed. R. Civ. P. 12(b)(6))* (Attachments: # 1 Table of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Marovitz, Andrew) (Entered: 01/14/2011) |
| 01/14/2011 | 119 | MOTION by Defendant Weyerhaeuser Company to dismiss (Marx, David) (Entered: 01/14/2011) |
| 01/14/2011 | 120 | NOTICE of Motion by David Marx for presentment of motion to dismiss 119 before Honorable Milton I. Shadur on 1/20/2011 at 08:45 AM. (Marx, David) (Entered: 01/14/2011) |
| 01/14/2011 | 121 | MOTION by Defendant Smurfit-Stone Container Corporation to dismiss *the Consolidated and Amended Complaint* (McCareins, R.) (Entered: 01/14/2011) |
| 01/14/2011 | 122 | MEMORANDUM by Smurfit-Stone Container Corporation in support of motion to dismiss 121 (Attachments: # 1 Exhibit A-C)(McCareins, R.) (Entered: 01/14/2011) |
| 01/14/2011 | 123 | NOTICE of Motion by R. Mark McCareins for presentment of motion to dismiss 121 before Honorable Milton I. Shadur on 1/20/2011 at 08:45 AM. (McCareins, R.) (Entered: 01/14/2011) |

| 01/14/2011 | 124 | MOTION by Defendants Cascades Canada Inc., Norampac Holdings U.S. Inc. to dismiss (Mendel, Scott) (Entered: 01/14/2011) |
|---|---|---|
| 01/14/2011 | 125 | MOTION by Defendant Packaging Corporation of America to stay *Defendants' Joint Motion To Temporarily Stay Discovery Pending Resolution Of Defendants' Motions To Dismiss* (Kurtenbach, Douglas) (Entered: 01/14/2011) |
| 01/14/2011 | 126 | MEMORANDUM by Packaging Corporation of America in support of motion to stay 125 *Memorandum In Support Of Defendants' Joint Motion To Temporarily Stay Discovery Pending Resolution Of Defendants' Motions To Dismiss* (Attachments: # 1 Exhibit Exhibits A thru C to Memorandum) (Kurtenbach, Douglas) (Entered: 01/14/2011) |
| 01/14/2011 | 127 | MOTION by Defendant Georgia Pacific LLC to dismiss *the consolidated and amended complaint* (Jones, Stephanie) (Entered: 01/14/2011) |
| 01/14/2011 | 128 | NOTICE of Motion by Stephanie D. Jones for presentment of motion to dismiss 127 before Honorable Milton I. Shadur on 1/20/2011 at 08:45 AM. (Jones, Stephanie) (Entered: 01/14/2011) |
| 01/14/2011 | 129 | MEMORANDUM by Cascades Canada Inc., Norampac Holdings U.S. Inc. in support of motion to dismiss 124 (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Part 1, # 3 Exhibit A Part 2, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Mendel, Scott) (Entered: 01/14/2011) |
| 01/14/2011 | 130 | NOTICE of Motion by Douglas James Kurtenbach for presentment of motion to stay 125 before Honorable Milton I. Shadur on 1/20/2011 at 08:45 AM. (Kurtenbach, Douglas) (Entered: 01/14/2011) |
| 01/14/2011 | 131 | MEMORANDUM by Georgia Pacific LLC in support of motion to dismiss 127 *consolidated and amended complaint* (Jones, Stephanie) (Entered: 01/14/2011) |
| 01/14/2011 | 132 | NOTICE of Motion by Scott M. Mendel for presentment of motion to dismiss 124 before Honorable Milton I. Shadur on 1/20/2011 at 08:45 AM. (Mendel, Scott) (Entered: 01/14/2011) |
| 01/14/2011 | 133 | DECLARATION of Kyle R. Taylor regarding motion to dismiss 127 *consolidated and amended complaint* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2-13)(Jones, Stephanie) (Entered: 01/14/2011) |
| 01/14/2011 | 134 | MOTION by Defendant Packaging Corporation of America to dismiss *The Consolidated And Amended Complaint* (Kurtenbach, Douglas) (Entered: 01/14/2011) |
| 01/14/2011 | 135 | MEMORANDUM by Packaging Corporation of America in support of motion to dismiss 134 *Supplemental Memorandum In Support Of Packaging Corporation Of America's Motion To Dismiss The Consolidated And Amended Complaint* (Attachments: # 1 Exhibit Exhibits A thru I In Support of Supplemental Memorandum)(Kurtenbach, Douglas) (Entered: 01/14/2011) |
| 01/14/2011 | 136 | NOTICE of Motion by Douglas James Kurtenbach for presentment of motion to dismiss 134 before Honorable Milton I. Shadur on 1/20/2011 at 08:45 AM. |

| | | (Kurtenbach, Douglas) (Entered: 01/14/2011) |
|---|---|---|
| 01/14/2011 | 137 | MOTION by Defendant International Paper to dismiss *the Consolidated and Amended Complaint* (Eimer, Nathan) (Entered: 01/14/2011) |
| 01/14/2011 | 138 | MEMORANDUM by International Paper in support of motion to dismiss 137 *the Consolidated and Amended Complaint* (Eimer, Nathan) (Entered: 01/14/2011) |
| 01/14/2011 | 139 | NOTICE of Motion by Nathan P. Eimer for presentment of motion to dismiss 137 before Honorable Milton I. Shadur on 1/20/2011 at 08:45 AM. (Eimer, Nathan) (Entered: 01/14/2011) |
| 01/14/2011 | 140 | MEMORANDUM by Cascades Canada Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, Smurfit-Stone Container Corporation, Temple-Inland, Inc., Weyerhaeuser Company in support of motion to dismiss 124 , motion to dismiss 137 , motion to dismiss 119 , motion to dismiss 134 , motion to dismiss 121 , motion to dismiss 127 , motion to dismiss 115 (Eimer, Nathan) (Entered: 01/14/2011) |
| 01/14/2011 | 141 | APPENDIX memorandum in support of motion, 140 *to dismiss the consolidated and amended complaint* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Eimer, Nathan) (Entered: 01/14/2011) |
| 01/14/2011 | 142 | APPENDIX memorandum in support of motion, 140 *to dismiss the consolidated and amended complaint* (Attachments: # 1 Exhibit G, # 2 Exhibit H, # 3 Exhibit I, # 4 Exhibit J, # 5 Exhibit K, # 6 Exhibit L, # 7 Exhibit M, # 8 Exhibit N, # 9 Exhibit O, # 10 Exhibit P)(Eimer, Nathan) (Entered: 01/14/2011) |
| 01/14/2011 | 143 | APPENDIX memorandum in support of motion, 140 *to dismiss the consolidated and amended complaint* (Attachments: # 1 Exhibit Q, # 2 Exhibit R, # 3 Exhibit S, # 4 Exhibit T, # 5 Exhibit U, # 6 Exhibit V, # 7 Exhibit W, # 8 Exhibit X, # 9 Exhibit Y)(Eimer, Nathan) (Entered: 01/14/2011) |
| 01/14/2011 | 144 | APPENDIX memorandum in support of motion, 140 *to dismiss the consolidated and amended complaint* (Attachments: # 1 Exhibit Z, # 2 Exhibit AA, # 3 Exhibit BB, # 4 Exhibit CC, # 5 Exhibit DD)(Eimer, Nathan) (Entered: 01/14/2011) |
| 01/20/2011 | 145 | MINUTE entry before Honorable Milton I. Shadur:Motion to appoint counsel 71 is denied. For the reasons stated orally in open court the Court designates The Mogin Law Firm, P.C. and Freed Kanner London & Millen LLC as co-lead class counsel. Motion to appoint counsel 98 is granted. This Court has considered Defendants' joint Motion to stay and it finds that the motion should be and 125 is denied. In light of the longer-than-customary time table that this Court has set for the response to the dismissal motions, (1) the advance disclosure provisions of Fed. R. Civ. P. 26(a)(1)(A) shall be complied with and (2) follow-up discovery may go forward, subject in each of those respects to the presentation for this Court's consideration of a motion |

| | | |
|---|---|---|
| | | or motions by one or more defendants that some portion of those obligations is proving unduly burdensome or oppressive. Status hearing held on 1/20/2011. Status hearing set for 3/10/2011 at 08:45 AM. Responses to motions to dismiss are due by 3/3/2011.Mailed notice (srn, ) (Entered: 01/20/2011) |
| 01/26/2011 | 146 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5643891. (Justice lazarus, Rebecca) (Entered: 01/26/2011) |
| 01/26/2011 | 147 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5643896. (Schwing, Austin) (Entered: 01/26/2011) |
| 01/26/2011 | 148 | MINUTE entry before Honorable Milton I. Shadur: Rebecca Justice Lazarus and Austin Schwing are granted leave to appear pro hac vice on behalf of International Paper Company. ( 146 -1, 147 -1) Mailed notice (ber, ) (Entered: 01/26/2011) |
| 01/26/2011 | 149 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5648189. *for Christopher M. Burke* (Burke, Christopher) (Entered: 01/26/2011) |
| 01/27/2011 | 150 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5649237. (Clark, Brian) (Entered: 01/27/2011) |
| 01/27/2011 | 151 | MINUTE entry before Honorable Milton I. Shadur: Christopher M. Burke is granted leave to appear pro hac vice on behalf of Kleen Products, LLC. ( 149 -1) Mailed notice (ber, ) (Entered: 01/27/2011) |
| 01/27/2011 | 152 | MINUTE entry before Honorable Milton I. Shadur: Brian D. Clark is granted leave to appear pro hac vice on behalf of Plaintiff, RPR Enterprises, Inc. ( 150 -1) Mailed notice (ber, ) (Entered: 01/27/2011) |
| 01/28/2011 | 153 | ATTORNEY Appearance for Plaintiff R.P.R. Enterprises, Inc. by Brian D. Clark (Clark, Brian) (Entered: 01/28/2011) |
| 01/31/2011 | 154 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5663336. *for Kristen M. Anderson* (Anderson, Kristen) (Entered: 01/31/2011) |
| 01/31/2011 | 155 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5663460. (Lewis, Rachael) (Entered: 01/31/2011) |
| 02/01/2011 | 156 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5668508. (Saveri, Richard) (Entered: 02/01/2011) |
| 02/01/2011 | 157 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5668509. (Saveri, Richard) (Entered: 02/01/2011) |
| 02/01/2011 | 158 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5668510. (Saveri, Richard) (Entered: 02/01/2011) |
| 02/03/2011 | 159 | MINUTE entry before Honorable Milton I. Shadur: Kristen M. Anderson, R. Alexander Saveri and Geoffrey C. Rushing are granted leave to appear pro hac vice on behalf of Kleen Products, ( 154 -1, 156 -1, 157 -1) Rachel V. Lewis is granted leave to appear pro hac vice on behalf of Weyerhaeuser Co. |

| | | ( 155 -1). Mailed notice (ber, ) (Entered: 02/03/2011) |
|---|---|---|
| 02/03/2011 | 160 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5672527. (Attachments: # 1 Exhibit Appendix A of to the Motion for Admission Pro Hac Vice of Martin I Twerksy [Additional Court Admissions])(Twersky, Martin) (Entered: 02/03/2011) |
| 02/03/2011 | 161 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5672549. (Attachments: # 1 Exhibit Appendix A of to the Motion for Admission Pro Hac Vice of H Laddie Montague Jr [Additional Court Admissions])(Montague, H. laddie) (Entered: 02/03/2011) |
| 02/04/2011 | 162 | MINUTE entry before Honorable Milton I. Shadur: H. Laddie Montague, Jr., William Heye and Martin I. Twersky are granted leave to appear pro hac vice on behalf of Plaintiff, Kleen Products, LLC. ( 158 -1, 160 -1, 161 -1) Mailed notice (ber, ) (Entered: 02/04/2011) |
| 02/07/2011 | 163 | MOTION by Defendants Cascades Canada Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, Smurfit-Stone Container Corporation, Temple-Inland, Inc., Weyerhaeuser Company to amend/correct memorandum in support of motion, 140 (Attachments: # 1 Exhibit A)(Eimer, Nathan) (Entered: 02/07/2011) |
| 02/07/2011 | 164 | NOTICE of Motion by Nathan P. Eimer for presentment of motion to amend/correct,, motion for relief, 163 before Honorable Milton I. Shadur on 2/10/2011 at 09:15 AM. (Eimer, Nathan) (Entered: 02/07/2011) |
| 02/08/2011 | 165 | MINUTE entry before Honorable Milton I. Shadur:Motion to to file a corrected joint memorandum of law in support of defendants' motions to dismiss the consolidated and amended complaint 163 is granted. Mailed notice (srn, ) (Entered: 02/08/2011) |
| 02/08/2011 | 166 | MOTION by counsel for Plaintiff Thule, Inc. to withdraw as attorney *Paula M. Roach* (Sweeney, Bonny) (Entered: 02/08/2011) |
| 02/08/2011 | 167 | NOTICE of Motion by Bonny E. Sweeney for presentment of motion to withdraw as attorney 166 before Honorable Milton I. Shadur on 2/10/2011 at 09:15 AM. (Sweeney, Bonny) (Entered: 02/08/2011) |
| 02/08/2011 | 168 | CORRECTED JOINT MEMORANDUM by Cascades Canada Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, Smurfit-Stone Container Corporation, Temple-Inland, Inc., Weyerhaeuser Company in support of motion to dismiss 124 , motion to dismiss 137 , motion to dismiss 119 , motion to dismiss 134 , motion to dismiss 121 , motion to dismiss 127 , motion to dismiss 115 . (ber, ) (Entered: 02/09/2011) |
| 02/10/2011 | 169 | MINUTE entry before Honorable Milton I. Shadur:Motion to withdraw as attorney 166 is granted; Attorney Paula M. Roach terminated.Mailed notice (srn, ) (Entered: 02/10/2011) |
| 02/11/2011 | 170 | TRANSCRIPT OF PROCEEDINGS held on 01/20/2011 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary |

| | | |
|---|---|---|
| | | Scarpelli, (312)435-5815, Rosemary_Scarpelli@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/4/2011. Redacted Transcript Deadline set for 3/14/2011. Release of Transcript Restriction set for 5/12/2011. (Scarpelli, Rosemary) (Entered: 02/11/2011) |
| 02/25/2011 | 171 | MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc., Thule, Inc. for leave to file excess pages *(Unopposed)* (Freed, Michael) (Entered: 02/25/2011) |
| 02/25/2011 | 172 | NOTICE of Motion by Michael Jerry Freed for presentment of motion for leave to file excess pages, 171 before Honorable Milton I. Shadur on 3/1/2011 at 09:15 AM. (Freed, Michael) (Entered: 02/25/2011) |
| 02/28/2011 | 173 | MINUTE entry before Honorable Milton I. Shadur:Motion for leave to file excess pages 171 is granted.Mailed notice (srn, ) (Entered: 02/28/2011) |
| 03/03/2011 | 174 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5762910. (Lombardo, Richard) (Entered: 03/03/2011) |
| 03/03/2011 | 175 | MEMORANDUM by Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc., Thule, Inc. in Opposition to motion to dismiss 124 , motion to dismiss 137 , motion to dismiss 119 , motion to dismiss 134 , motion to dismiss 121 , motion to dismiss 127 , motion to dismiss 115 (Attachments: # 1 Appendix of Exhibits (with Exhibits 1-3))(Freed, Michael) (Entered: 03/03/2011) |
| 03/08/2011 | 176 | MINUTE entry before Honorable Milton I. Shadur: Richard F. Lombardo is granted leave to appear pro hac vice on behalf of the RPR Enterprises, Inc. (174-1) Mailed notice (ber, ) (Entered: 03/08/2011) |
| 03/08/2011 | 177 | ATTORNEY Appearance for Plaintiff R.P.R. Enterprises, Inc. by Richard Frank Lombardo (Lombardo, Richard) (Entered: 03/08/2011) |
| 03/08/2011 | 178 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by R.P.R. Enterprises, Inc. (Lombardo, Richard) (Entered: 03/08/2011) |
| 03/10/2011 | 179 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 3/10/2011. Defendants' reply to their motion to dismiss is to be filed on or before March 31, 2011. Mailed notice (srn, ) (Entered: 03/10/2011) |
| 03/25/2011 | 180 | MOTION by Defendants Cascades Canada Inc., Georgia Pacific LLC, |

| | | International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, Smurfit-Stone Container Corporation, Temple-Inland, Inc., Weyerhaeuser Company for leave to file excess pages (Eimer, Nathan) (Entered: 03/25/2011) |
|---|---|---|
| 03/25/2011 | 181 | NOTICE of Motion by Nathan P. Eimer for presentment of motion for leave to file excess pages, 180 before Honorable Milton I. Shadur on 3/29/2011 at 09:15 AM. (Eimer, Nathan) (Entered: 03/25/2011) |
| 03/28/2011 | 182 | MINUTE entry before Honorable Milton I. Shadur: Although plaintiffs' counsel have expressed no opposition to the motion by defense counsel seeking leave to file a 50 page reply memorandum in support of their motions to dismiss, in candor this Court sees no need for such an extended treatment in light of the already extensive original memoranda in the case. It grants defendants' motion with reluctance and with a hope that some consideration for this court be exhibited in the generation of the reply. 180 Mailed notice (srn, ) (Entered: 03/28/2011) |
| 03/29/2011 | 183 | NOTICE by Manuel Juan Dominguez of Change of Address *for Berman DeValerio* (Dominguez, Manuel) (Entered: 03/29/2011) |
| 03/31/2011 | 184 | REPLY by Defendant Temple-Inland, Inc. to memorandum in opposition to motion, 175 , motion to dismiss 115 (Marovitz, Andrew) (Entered: 03/31/2011) |
| 03/31/2011 | 185 | REPLY by Defendant Smurfit-Stone Container Corporation to motion to dismiss 121 (Attachments: # 1 Exhibit 1)(McCareins, R.) (Entered: 03/31/2011) |
| 03/31/2011 | 186 | REPLY by Defendant Packaging Corporation of America to memorandum in opposition to motion, 175 , motion to dismiss 134 (Kurtenbach, Douglas) (Entered: 03/31/2011) |
| 03/31/2011 | 187 | REPLY by Defendant Georgia Pacific LLC to memorandum in opposition to motion, 175 , motion to dismiss 127 (Rashid, Sami) (Entered: 03/31/2011) |
| 03/31/2011 | 188 | REPLY by Defendants Cascades Canada Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, Smurfit-Stone Container Corporation, Temple-Inland, Inc., Weyerhaeuser Company to memorandum in opposition to motion, 175 (Attachments: # 1 Exhibit 1, # 2 Exhibit s)(Eimer, Nathan) (Entered: 03/31/2011) |
| 03/31/2011 | 189 | REPLY by Defendants Cascades Canada Inc., Norampac Holdings U.S. Inc. to memorandum in opposition to motion, 175 , motion to dismiss 124 (Attachments: # 1 Exhibit 1)(Mendel, Scott) (Entered: 03/31/2011) |
| 04/05/2011 | 190 | NOTICE of Voluntary Dismissal by Thule, Inc. *Pursuant to Fed. R. Civ. P. 41(a)(1)* (Miller, Marvin) (Entered: 04/05/2011) |
| 04/08/2011 | 191 | MINUTE entry before Honorable Milton I. Shadur:Enter Memorandum Opinion and Order. In sum, Plaintiffs have successfully pleaded an antitrust claim. All of Defendants' motions to dismiss 115 119 121 124 127 134 137 are denied, and Defendants are ordered to answer the Complaint on or before |

| | | |
|---|---|---|
| | | May 2, 2011. If and to the extent that the parties have not previously engaged in the advance disclosures called for by Rule 26(a), they are ordered to do so by that same May 2, date. Status hearing set for 5/9/2011 at 08:45 AM.Mailed notice (srn, ) (Entered: 04/08/2011) |
| 04/08/2011 | 192 | MINUTE entry before Honorable Milton I. Shadur:Pursuant to the notice of dismissal filed 4/5/11 plaintiff Thule, Inc. and Thule, Inc. are dismissed.Mailed notice (srn, ) (Entered: 04/08/2011) |
| 04/08/2011 | 193 | MEMORANDUM Opinion and Order Signed by the Honorable Milton I. Shadur on 4/8/2011:Mailed notice(srn, ) (Entered: 04/08/2011) |
| 05/02/2011 | 194 | ANSWER to amended complaint by International Paper(Eimer, Nathan) (Entered: 05/02/2011) |
| 05/02/2011 | 195 | ANSWER to amended complaint by Smurfit-Stone Container Corporation (McCareins, R.) (Entered: 05/02/2011) |
| 05/02/2011 | 196 | ANSWER to amended complaint by Cascades Canada Inc., Norampac Holdings U.S. Inc.(Mendel, Scott) (Entered: 05/02/2011) |
| 05/02/2011 | 197 | ANSWER to amended complaint *for violation of the sherman act, with affirmative defenses* by Temple-Inland, Inc.(Marovitz, Andrew) (Entered: 05/02/2011) |
| 05/02/2011 | 198 | ANSWER to amended complaint by Weyerhaeuser Company(Lewis, Rachael) (Entered: 05/02/2011) |
| 05/02/2011 | 199 | ANSWER to amended complaint by Georgia Pacific LLC(Taylor, Kyle) (Entered: 05/02/2011) |
| 05/02/2011 | 200 | *Packaging Corporation of America's* ANSWER to amended complaint by Packaging Corporation of America(Kurtenbach, Douglas) (Entered: 05/02/2011) |
| 05/09/2011 | 201 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 5/9/2011. Status hearing set for 8/16/2011 at 09:00 AM.Mailed notice (srn, ) (Entered: 05/09/2011) |
| 06/13/2011 | 202 | MOTION by Defendant Smurfit-Stone Container Corporation to substitute party *(Unopposed)* (McCareins, R.) (Entered: 06/13/2011) |
| 06/13/2011 | 203 | NOTICE of Motion by R. Mark McCareins for presentment of motion to substitute party 202 before Honorable Milton I. Shadur on 6/16/2011 at 09:15 AM. (McCareins, R.) (Entered: 06/13/2011) |
| 06/13/2011 | 204 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Smurfit-Stone Container Corporation (McCareins, R.) (Entered: 06/13/2011) |
| 06/16/2011 | 205 | MINUTE entry before Honorable Milton I. Shadur: Motion hearing held. Defendant's motion to substitute is granted. (202-1) The Clerk is directed to substitute RockTenn CP, LLC as a defendant in this action in place of Smurfit-Stone Container Corp. Mailed notice (ber, ) (Entered: 06/16/2011) |
| 06/17/2011 | 206 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number |

|  |  | 0752-6107918. (Esades, Vincent) (Entered: 06/17/2011) |
|---|---|---|
| 07/07/2011 | 207 | MINUTE entry before Honorable Milton I. Shadur: Vincent J. Esades is granted leave to appear pro hac vice on behalf of Ferraro Foods, Inc., and Ferraro Foods of North Carolina, LLC. (206-1) Mailed notice (ber, ) (ber, ). (Entered: 07/07/2011) |
| 07/14/2011 | 208 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6187585. *Erin C. Burns* (Burns, Erin) (Entered: 07/14/2011) |
| 07/14/2011 | 209 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6188040. *Dianne M. Nast* (Nast, Dianne) (Entered: 07/14/2011) |
| 07/22/2011 | 210 | MINUTE entry before Honorable Milton I. Shadur: Erin C. Burns and Dianne M. Nast are granted leave to appear pro hac vice on behalf of Kleen Products, LLC. ( 208 -1, 209 -1) Mailed notice (ber, ) (Entered: 07/22/2011) |
| 07/22/2011 | 211 | NOTICE by Lee Albert of Change of Address *Notice of Firm Name Change* (Albert, Lee) (Entered: 07/22/2011) |
| 07/22/2011 | 212 | ATTORNEY Appearance for Plaintiff Kleen Products LLC by Dianne M Nast (Nast, Dianne) (Entered: 07/22/2011) |
| 07/22/2011 | 213 | ATTORNEY Appearance for Plaintiff Kleen Products LLC by Erin C. Burns (Burns, Erin) (Entered: 07/22/2011) |
| 07/22/2011 | 214 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6213317. (Goodwin, Charles) (Entered: 07/22/2011) |
| 08/08/2011 | 215 | MINUTE entry before Honorable Milton I. Shadur: Charles P. Goodwin is granted leave to appear pro hac vice on behalf of Plaintiff. ( 214 -1). Mailed notice (ber, ) (Entered: 08/09/2011) |
| 08/11/2011 | 216 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6273450. (Noss, Walter) (Entered: 08/11/2011) |
| 08/12/2011 | 217 | MINUTE entry before Honorable Milton I. Shadur: Walter Noss is granted leave to appear pro hac vice on behalf of the Plaintiff. ( 216 -1) Mailed notice (ber, ) (Entered: 08/12/2011) |
| 08/12/2011 | 218 | MOTION by Defendants Cascades Canada Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company, Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. for protective order (Eimer, Nathan) (Entered: 08/12/2011) |
| 08/12/2011 | 219 | NOTICE of Motion by Nathan P. Eimer for presentment of motion for protective order, 218 before Honorable Milton I. Shadur on 8/16/2011 at 09:00 AM. (Eimer, Nathan) (Entered: 08/12/2011) |
| 08/12/2011 | 220 | MOTION by Defendants Cascades, Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company, Plaintiffs |

| | | |
|---|---|---|
| | | Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. for discovery (Eimer, Nathan) (Entered: 08/12/2011) |
| 08/12/2011 | 221 | NOTICE of Motion by Nathan P. Eimer for presentment of motion for discovery, 220 before Honorable Milton I. Shadur on 8/16/2011 at 09:00 AM. (Eimer, Nathan) (Entered: 08/12/2011) |
| 08/12/2011 | 222 | STATUS Report by Cascades Canada Inc., Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Georgia Pacific LLC, International Paper, Kleen Products LLC, Mighty Pac, Inc., Norampac Holdings U.S. Inc., Packaging Corporation of America, R.P.R. Enterprises, Inc., RHE Hatco, Inc., RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company (Eimer, Nathan) (Entered: 08/12/2011) |
| 08/15/2011 | 223 | MINUTE entry before Honorable Milton I. Shadur:Motion for discovery 220 is granted.Mailed notice (srn, ) (Entered: 08/15/2011) |
| 08/15/2011 | 224 | MINUTE entry before Honorable Milton I. Shadur:Motion for protective order 218 is granted. Mailed notice (srn, ) (Entered: 08/15/2011) |
| 08/15/2011 | 227 | PROTECTIVE Order Signed by the Honorable Milton I. Shadur on 8/15/2011. (ber, ) (Entered: 08/17/2011) |
| 08/16/2011 | 225 | MOTION by Plaintiff Kleen Products LLCLeave to Appear Pro Hace Vice *Filing Fee Receipt No. is 0752-6272713* (Goldberg, Joseph) (Entered: 08/16/2011) |
| 08/16/2011 | 226 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 8/16/2011. Status hearing set for 11/16/2011 at 09:00 AM.Mailed notice (srn, ) (Entered: 08/16/2011) |
| 08/16/2011 | 228 | MINUTE entry before Honorable Milton I. Shadur: Enter Stipulation and Order Relating to Expert Discovery. [For further detail see separate order(s).] Mailed notice (ber, ) (Entered: 08/17/2011) |
| 08/16/2011 | 229 | STIPULATION AND ORDER Relating to Expert Discovery Signed by the Honorable Milton I. Shadur on 8/16/2011. (ber, ) (Entered: 08/17/2011) |
| 08/23/2011 | 230 | MINUTE entry before Honorable Milton I. Shadur: Joseph Goldberg is granted leave to appear pro hac vice on behalf of Kleen Products, LLC. ( 225 -1) Mailed notice (ber, ) (Entered: 08/23/2011) |
| 08/31/2011 | 231 | TRANSCRIPT OF PROCEEDINGS held on 05/09/2011 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, (312)435-5815, Rosemary_Scarpelli@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under |

| | | Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/21/2011. Redacted Transcript Deadline set for 10/3/2011. Release of Transcript Restriction set for 11/29/2011. (Scarpelli, Rosemary) (Entered: 08/31/2011) |
|---|---|---|
| 08/31/2011 | 232 | TRANSCRIPT OF PROCEEDINGS held on 06/16/2011 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, (312)435-5815, Rosemary_Scarpelli@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/21/2011. Redacted Transcript Deadline set for 10/3/2011. Release of Transcript Restriction set for 11/29/2011. (Scarpelli, Rosemary) (Entered: 08/31/2011) |
| 08/31/2011 | 233 | TRANSCRIPT OF PROCEEDINGS held on 08/16/2011 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, (312)435-5815, Rosemary_Scarpelli@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/21/2011. Redacted Transcript Deadline set for 10/3/2011. Release of Transcript Restriction set for 11/29/2011. (Scarpelli, Rosemary) (Entered: 08/31/2011) |
| 09/12/2011 | 234 | NOTICE by All Plaintiffs *of Subpoena Directed to RISI, Inc., d/b/a United Business Media* (Goldberg, Joseph) (Entered: 09/12/2011) |
| 09/12/2011 | 235 | NOTICE by All Plaintiffs *of Subpoena Directed to Questex Media, d/b/a Official Board Markets (OBM)* (Goldberg, Joseph) (Entered: 09/12/2011) |
| 09/13/2011 | 236 | NOTICE by All Plaintiffs *of Subpoena Directed to Goldman, Sachs & Co.* (Attachments: # 1 Exhibit 1, # 2 Certificate of Service)(Hedlund, Daniel) (Entered: 09/13/2011) |
| 09/16/2011 | 237 | ATTORNEY Appearance for Plaintiff Mighty Pac, Inc. by Daniel J. Kurowski *for Mighty Pac, Inc. individually and all other Plaintiff Class Representatives* (Kurowski, Daniel) (Entered: 09/16/2011) |

| 09/16/2011 | 238 | NOTICE by All Plaintiffs *of Subpoena Directed to Evercore Group, LLC* (Kurowski, Daniel) (Entered: 09/16/2011) |
|---|---|---|
| 09/16/2011 | 239 | NOTICE by All Plaintiffs *of Subpoena Directed to UBS Securities LLC* (Kurowski, Daniel) (Entered: 09/16/2011) |
| 09/19/2011 | 240 | MINUTE entry before Honorable Milton I. Shadur:Documents 234, 235, 236, 238, and 239 are stricken from the court docket. See LR 26.3. Mailed notice (srn, ) (Entered: 09/19/2011) |
| 09/22/2011 | 241 | MOTION by counsel for Defendant International Paper to withdraw as attorney *John K. Theis* (Eimer, Nathan) (Entered: 09/22/2011) |
| 09/22/2011 | 242 | NOTICE of Motion by Nathan P. Eimer for presentment of motion to withdraw as attorney 241 before Honorable Milton I. Shadur on 9/26/2011 at 09:15 AM. (Eimer, Nathan) (Entered: 09/22/2011) |
| 09/26/2011 | 243 | MINUTE entry before Honorable Milton I. Shadur:Motion to withdraw as attorney 241 is granted; Attorney John Kenneth Theis terminated.Mailed notice (srn, ) (Entered: 09/26/2011) |
| 10/21/2011 | 244 | STIPULATION *and [Proposed Order] regarding Production of Paper Documents, Email and Efiles* (Freed, Michael) (Entered: 10/21/2011) |
| 10/25/2011 | 245 | STIPULATION and Order Regarding Production of Paper Documents, Email and Efiles Entered by the Honorable Milton I. Shadur on 10/25/2011:(gcy, ) (Entered: 10/26/2011) |
| 10/31/2011 | 246 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6524760. (Sprung, Jeffrey) (Entered: 10/31/2011) |
| 11/01/2011 | 247 | MINUTE entry before Honorable Milton I. Shadur: Jefrey T. Sprung is granted leave to appear pro hac vice on behalf of the Plaintiff (246-1). Mailed notices (gcy, ) (Entered: 11/01/2011) |
| 11/10/2011 | 248 | *Counsel* MOTION by Defendant International Paper for leave to appear as *Counsel* (Eimer, Nathan) (Entered: 11/10/2011) |
| 11/10/2011 | 249 | NOTICE of Motion by Nathan P. Eimer for presentment of motion for leave to appear 248 before Honorable Milton I. Shadur on 11/14/2011 at 09:15 AM. (Eimer, Nathan) (Entered: 11/10/2011) |
| 11/10/2011 | 250 | MINUTE entry before Honorable Milton I. Shadur:Motion for leave to appear as counsel 248 is granted. Michael M. Conway, G. Michael Halfenger and Joanne Lee are granted leave to file their appearances on behalf of defendant International Paper Co. Mailed notice (srn, ) (Entered: 11/10/2011) |
| 11/11/2011 | 251 | ATTORNEY Appearance for Defendant International Paper by Michael M. Conway (Conway, Michael) (Entered: 11/11/2011) |
| 11/11/2011 | 252 | ATTORNEY Appearance for Defendant International Paper by Gerald Michael Halfenger (Halfenger, Gerald) (Entered: 11/11/2011) |
| 11/11/2011 | 253 | ATTORNEY Appearance for Defendant International Paper by Joanne Lee (Lee, Joanne) (Entered: 11/11/2011) |

| 11/11/2011 | 254 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6561940. (McKeown, James) (Entered: 11/11/2011) |
| 11/14/2011 | 255 | MINUTE entry before Honorable Milton I. Shadur: James T. McKeown is granted leave to appear pro hac vice on behalf of International Paper Company. (254-1) Attorney James T. McKeown for International Paper added. Mailed notice(mjc, ) (gcy, ). (Entered: 11/15/2011) |
| 11/15/2011 | 256 | MINUTE entry before Honorable Milton I. Shadur:At the request of counsel the Status hearing is reset for 12/7/2011 at 09:00 AM.Mailed notice (srn, ) (Entered: 11/15/2011) |
| 11/18/2011 | 257 | MINUTE entry before Honorable Milton I. Shadur:At the request of counsel the Status hearing is reset for 12/15/2011 at 09:00 AM.Mailed notice (srn, ) (Entered: 11/18/2011) |
| 11/28/2011 | 258 | NOTICE by Robert G. Eisler of Change of Address *Grant & Eisenhofer P.A., 123 Justison Street, Wilmington, DE 19801* (Eisler, Robert) (Entered: 11/28/2011) |
| 12/09/2011 | 259 | ATTORNEY Appearance for Defendant Packaging Corporation of America by Leonid Feller (Feller, Leonid) (Entered: 12/09/2011) |
| 12/13/2011 | 260 | MOTION by counsel for Defendant International Paper to withdraw as attorney (Schwing, Austin) (Entered: 12/13/2011) |
| 12/13/2011 | 261 | NOTICE of Motion by Austin Schwing for presentment of motion to withdraw as attorney 260 before Honorable Milton I. Shadur on 12/15/2011 at 09:00 AM. (Schwing, Austin) (Entered: 12/13/2011) |
| 12/13/2011 | 262 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6654548. (Langer, Howard) (Entered: 12/13/2011) |
| 12/13/2011 | 263 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6654603. (Diver, Edward) (Entered: 12/13/2011) |
| 12/13/2011 | 264 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6654656. (Leckman, Peter) (Entered: 12/13/2011) |
| 12/13/2011 | 265 | STATUS Report *No. 2* by Cascades Canada Inc., Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Georgia Pacific LLC, International Paper, Kleen Products LLC, Mighty Pac, Inc., Norampac Holdings U.S. Inc., Packaging Corporation of America, R.P.R. Enterprises, Inc., RHE Hatco, Inc., RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company (Eimer, Nathan) (Entered: 12/13/2011) |
| 12/13/2011 | 266 | STATUS Report *(Plaintiffs' Statement of Position with Respect to Disputed Items)* by Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. (Attachments: # 1 Index of Exhibits (w/ Exhibits A-D))(Freed, Michael) (Entered: 12/13/2011) |

| | | |
|---|---|---|
| 12/13/2011 | 267 | STATUS Report *Defendants' Statement of Position with Respect to Disputed Items* by Cascades Canada Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company (Eimer, Nathan) (Entered: 12/13/2011) |
| 12/14/2011 | 268 | MINUTE entry before Honorable Milton I. Shadur: Howerd I. Langer, Edward A. Diver and Peter E. Leckman are granted leave to appear pro hac vice on behalf of Kleen Products, LLC (262-1, 263-2, 264-1). Mailed notices (gcy, ) (Entered: 12/14/2011) |
| 12/14/2011 | 269 | ATTORNEY Appearance for Defendant International Paper by James T. Mckeown (Mckeown, James) (Entered: 12/14/2011) |
| 12/15/2011 | 270 | MINUTE entry before Honorable Milton I. Shadur:Motion to withdraw as attorney 260 is granted; Status hearing held on 12/15/2011. Attorney Robert Kim; Joshua Lipton; Daniel W Nelson; George A. Nicoud, III; Austin Schwing; Joel Willard; Casey N. Carrington and Rebecca Justice Lazarus terminated. Status hearing set for 3/15/2012 at 08:45 AM.Mailed notice (srn, ) (Entered: 12/15/2011) |
| 01/04/2012 | 271 | ATTORNEY Appearance for Defendant International Paper by Katherine Shannon Paulson (Paulson, Katherine) (Entered: 01/04/2012) |
| 01/10/2012 | 272 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision.(srn, )Mailed notice. (Entered: 01/10/2012) |
| 01/10/2012 | 273 | Notice of Firm Name Change by International Paper (Eimer, Nathan) (Entered: 01/10/2012) |
| 01/11/2012 | 274 | MINUTE entry before Honorable Nan R. Nolan:Initial status hearing set for 1/17/2012 at 09:00 a.m. before Magistrate Judge Nolan in Courtroom 1858. Counsel shall file and deliver a copy of an initial status report to chambers, Room 1870, at least one (1) business day before the initial status conference. If counsel have recently prepared and filed an initial status report, the submission of a previously filed initial status report to chambers is sufficient. If applicable, counsel shall present a completed Agreed Scheduling Order, which is available on this Courts web page, at the initial status conference. Counsel are expected to follow Judge Nolans Case Management Procedures and be familiar with Important Discovery Information posted on her web page (http://www.ilnd.uscourts.gov/home/Judges.aspx), including The Sedona Conference Cooperation Proclamation and the Seventh Circuit Electronic Discovery Pilot Programs Principles Relating to the Discovery of Electronically Stored Information.Mailed notice (lxs, ) (Entered: 01/11/2012) |
| 01/12/2012 | 275 | MINUTE entry before Honorable Nan R. Nolan:Out-of-town counsel are given leave to participate telephonically for the 1/17/2012 status hearing. Local counsel are to appear in person. Status hearing is amended to begin at 9:15 a.m. Parties to provide the Court with a bridge number for the status hearing.Mailed notice (lxs, ) (Entered: 01/12/2012) |
| 01/13/2012 | 276 | STATUS Report by Cascades Canada Inc., Chandler Packaging, Inc., |

| | | |
|---|---|---|
| | | Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Georgia Pacific LLC, International Paper, Kleen Products LLC, Mighty Pac, Inc., Norampac Holdings U.S. Inc., Packaging Corporation of America, R.P.R. Enterprises, Inc., RHE Hatco, Inc., RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company (Attachments: # 1 Exhibit Exhibits A-D)(Eimer, Nathan) (Entered: 01/13/2012) |
| 01/17/2012 | 277 | MINUTE entry before Honorable Nan R. Nolan: Initial status hearing held regarding Plaintiffs' Statement of Position with Respect to Disputed Items 266 and Defendants' Statement of Position with Respect to Disputed Items 267 . Plaintiffs' and Defendants' Statement of Position shall be cross briefed as follows: Responsive briefs are to be filed by 2/6/2012. Parties replies are due 2/13/2012. Responsive briefs are limited to 15 pages. Replies should be no more than 5 pages. Evidentiary hearing is set for 2/21/2012 at 10:00 a.m. Mailed notice (lxs, ) (Entered: 01/17/2012) |
| 01/19/2012 | 278 | Withdrawal by Kleen Products LLC (Greenfogel, Steven) (Entered: 01/19/2012) |
| 01/19/2012 | 279 | ATTORNEY Appearance for Plaintiff Kleen Products LLC by Steven J. Greenfogel (Greenfogel, Steven) (Entered: 01/19/2012) |
| 01/19/2012 | 280 | ATTORNEY Appearance for Defendant RockTenn CP, LLC by Joseph Lawrence Siders (Siders, Joseph) (Entered: 01/19/2012) |
| 01/20/2012 | 281 | TRANSCRIPT OF PROCEEDINGS held on 12/15/2011 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, (312)435-5815, Rosemary_Scarpelli@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/10/2012. Redacted Transcript Deadline set for 2/21/2012. Release of Transcript Restriction set for 4/19/2012. (Scarpelli, Rosemary) (Entered: 01/20/2012) |
| 02/03/2012 | 282 | ATTORNEY Appearance for Defendant International Paper by Susan M. Razzano (Razzano, Susan) (Entered: 02/03/2012) |
| 02/03/2012 | 283 | MOTION by counsel for Defendant International Paper to withdraw as attorney *Katherine S. Paulson* (Eimer, Nathan) (Entered: 02/03/2012) |
| 02/03/2012 | 284 | NOTICE of Motion by Nathan P. Eimer for presentment of motion to withdraw as attorney 283 before Honorable Milton I. Shadur on 2/7/2012 at 09:15 AM. (Eimer, Nathan) (Entered: 02/03/2012) |
| 02/06/2012 | 285 | MINUTE entry before Honorable Milton I. Shadur:Motion to withdraw as attorney 283 is granted; Attorney Katherine Shannon Paulson |

| | | |
|---|---|---|
| | | terminated.Mailed notice (srn, ) (Entered: 02/06/2012) |
| 02/06/2012 | 286 | RESTRICTING ORDER Entered by the Honorable Nan R. Nolan on 2/6/2012.(gcy, ) (Entered: 02/06/2012) |
| 02/06/2012 | 287 | ATTORNEY Appearance for Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. by Robert J. Wozniak (Wozniak, Robert) (Entered: 02/06/2012) |
| 02/06/2012 | 288 | Position STATEMENT by Cascades, Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company (Attachments: # 1 Exhibit 1-15, # 2 Exhibit 16-30, # 3 Exhibit 31-44)(Eimer, Nathan) (Entered: 02/06/2012) |
| 02/06/2012 | 289 | SEALED EXHIBIT by Defendants Cascades, Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company regarding statement, 288 (Attachments: # 1 Exhibit 16, # 2 Exhibit 17, # 3 Exhibit 18, # 4 Exhibit 19, # 5 Exhibit 20, # 6 Exhibit 21, # 7 Exhibit 22, # 8 Exhibit 29, # 9 Exhibit 35, # 10 Exhibit 36, # 11 Exhibit 38, # 12 Exhibit 39, # 13 Exhibit 43)(Eimer, Nathan) (Entered: 02/06/2012) |
| 02/06/2012 | 290 | Position STATEMENT by Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. (Attachments: # 1 Declaration of Michael J. Freed (w/ Exhibits A-G)) (Freed, Michael) (Entered: 02/06/2012) |
| 02/09/2012 | 291 | Position STATEMENT by Cascades Canada Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company (Eimer, Nathan) (Entered: 02/09/2012) |
| 02/10/2012 | 292 | MINUTE entry before Honorable Nan R. Nolan: Evidentiary Hearing set for 2/21/2012 is amended to begin at 09:00 a.m. in courtroom 1719. Counsel are reminded to contact Courtroom Technology Administrator Joseph Novak at (312) 435-6045, regarding any equipment counsel may require for the hearing.Mailed notice (lxs, ) (Entered: 02/10/2012) |
| 02/13/2012 | 293 | MEMORANDUM by Cascades, Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company *Concerning Discovery Issues To Be Addressed at February 21, 2012 Hearing* (McCareins, R.) (Entered: 02/13/2012) |
| 02/13/2012 | 294 | REPLY by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. *(Reply Memorandum of Law for Evidentiary Hearing)* (Attachments: # 1 Index of Exhibits (w/ Exs. A-E))(Freed, Michael) (Entered: 02/13/2012) |

| 02/16/2012 | 295 | MOTION by Defendants Cascades, Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company *in limine To Exclude: (1) Testimony On Issues Beyond The Scope Of February 21, 2012 Hearing And (2) Undisclosed Expert* (Echols, Barack) (Entered: 02/16/2012) |
|---|---|---|
| 02/16/2012 | 296 | MEMORANDUM by Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. *Regarding Defendants' Proposed Expert Testimony for Evidentiary Hearing* (Mogin, Daniel) (Entered: 02/16/2012) |
| 02/17/2012 | 297 | MINUTE entry before Honorable Nan R. Nolan:For the reasons stated below, Defendants' Motion in Limine to Exclude: (1) Testimony on Issues Beyond the Scope of February 21, 2012 Hearing and (2) Undisclosed Expert [Doc. 295] is GRANTED IN PART and RESERVED IN PART. For further details, see below. (rbf, ) (Entered: 02/17/2012) |
| 02/17/2012 | 298 | MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. for reconsideration regarding order on motion in limine,, terminate hearings,, terminate motion and R&R deadlines/hearings, 297 (Freed, Michael) (Entered: 02/17/2012) |
| 02/21/2012 | 299 | MOTION for Leave to Appear Pro Hac Vice *for Trent M. Johnson* (Johnson, Trent) (Entered: 02/21/2012) |
| 02/21/2012 | 300 | PAYMENT by International Paper of Pro Hac Fee $ 50, receipt number 0752-6856228. (Johnson, Trent) (Entered: 02/21/2012) |
| 02/21/2012 | 301 | MINUTE entry before Honorable Nan R. Nolan:Evidentiary hearing held on 2/21/2012 and continued 3/28/2012 at 08:00 AM. Mailed notice (lxs, ) (lxs, ). (Entered: 02/22/2012) |
| 02/24/2012 | 302 | MINUTE entry before Honorable Milton I. Shadur:The March 15 status date is vacated. Status hearing reset for 4/30/2012 at 08:45 AM.Mailed notice (srn, ) (Entered: 02/24/2012) |
| 03/01/2012 | 303 | MINUTE entry before Honorable Milton I. Shadur: Trent M. Johnson is granted leave to appear pro hac vice on behalf of Kleen Products, LLC. (299-1). Mailed notices (gcy, ) (Entered: 03/01/2012) |
| 03/01/2012 | 304 | TRANSCRIPT OF PROCEEDINGS held on 2/21/12 before the Honorable Nan R. Nolan. EVIDENTIARY HEARING. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, Tracey_Mccullough@ilnd.uscourts.gov.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the |

| | | |
|---|---|---|
| | | redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/22/2012. Redacted Transcript Deadline set for 4/2/2012. Release of Transcript Restriction set for 5/30/2012. (Mccullough, Tracey) (Entered: 03/01/2012) |
| 03/01/2012 | 305 | ATTORNEY Appearance for Plaintiff Kleen Products LLC by Trent M. Johnson (Johnson, Trent) (Entered: 03/01/2012) |
| 03/08/2012 | 306 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6919380. (Greenwald, Marc) (Entered: 03/08/2012) |
| 03/12/2012 | 307 | MINUTE entry before Honorable Milton I. Shadur: Marc L. Greenwald is granted leave to appear pro hac vice on behalf of the defendant, Georgia-Pacific LLC. (306-1). Mailed notices (gcy, ) (Entered: 03/13/2012) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/16/2012 18:20:15 | | |
| **PACER Login:** | sw1067 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:10-cv-05711 |
| **Billable Pages:** | 30 | **Cost:** | 2.40 |