# Exhibit 2

 TREC 2011 Legal Track

# 2011 TREC Legal Track
# FAQs



TREC 2011 Legal Track

## Table of Contents

WHAT IS TREC?                                                                                              3

WHAT WAS TESTED IN THE 2011 TREC LEGAL TRACK COMPETITION?                                                   3

WHAT WERE THE RESULTS OF THE 2011 TREC LEGAL TRACK COMPETITION?                                             3

DOES ACCURACY MATTER?                                                                                      4

DOES EFFICIENCY REALLY MATTER?                                                                             4

WHERE DOES THE RECOMMIND ADVANTAGE COME FROM?                                                               4

ANOTHER VENDOR SAYS THEY DIDN'T COMPETE THIS YEAR, BUT THEY'RE ALMOST AS GOOD AS

RECOMMIND…                                                                                                 5

WHAT IS AN F1 SCORE?                                                                                       5

WHAT ARE PRECISION AND RECALL?                                                                             5



TREC 2011 Legal Track

## What is TREC?

TREC is a conference co-sponsored by the by the United States National Institute of Standards and Technology (NIST) and Department of Defense.  TREC stands for "Text REtrieval Conference" and has been run by NIST for many years to provide an environment for competitive measurement of systems and collaboration around various kinds of information retrieval tasks.  For the last five years, TREC has run a Legal Track to promote adoption of technology to help improve the efficiency of the eDiscovery process.  For more information go to:  http://trec-legal.umiacs.umd.edu/

## What was Tested in the 2011 TREC Legal Track Competition?

The 2011 Legal Track competition measured the performance of systems in identifying responsive documents in three different topics in the form of requests for production which were labeled 401, 402, and 403 and representative of typical document requests.  The topics were designed to be both well-suited *and* ill-suited to technological assistance.  The test was composed of two parts: the first part simulated a real review in that each team worked stand-alone to code all documents for responsiveness and submit these coding calls to TREC (called the "final results" stage); the second part, which did not mirror a typical review, enabled all teams to leverage the results of other teams' coding decisions to provide a baseline for further academic research (called the "mop-up" stage).  The accuracy of each participating system was measured using F1 scores (an average measure of accuracy—see "What is an F1 Score" below).  Results were assessed by professional review companies.

The 2011 TREC Legal Track competition was the most complete and competitive ever.  A record number of teams signed up to participate in TREC 2011, submitting more than 45 different runs per topic.  The top performing system from both the 2010 and 2009 TREC competitions competed in TREC 2011.

Recommind competed in the 2011 TREC Legal Track competition for the first time ever.

## What were the Results of the 2011 TREC Legal Track Competition?

**Recommind dominated TREC 2011**.  Recommind had the best results in both the final and mop-up stages of TREC 2011 by a wide margin.  In the final results stage where teams worked among themselves in a real-world scenario, Recommind had the best results (the highest accuracy) in all three topics, all by a wide margin.

**Recommind easily beat the top performer from the 2010 and 2009 competition.**  Recommind's Axcelerate system easily bested the top-performing system from the 2010 and 2009 TREC Legal Track competitions, who came in third in the 2011 TREC competition.  In fact, the results were not close, with



Recommind's Axcelerate system proving to be 10 *times* more efficient than the next-best system in the 2011 competition—who themselves finished ahead of the top-performing system from 2010 and 2009. In fact, the Axcelerate system's efficiency superiority measured as high as 50x over competing systems in the TREC 2011 study.

### Does Accuracy Matter?

Yes!  **The TREC 2011 results showed that even small improvements in accuracy generate huge benefits in efficiency**.  This is due to the fact that Axcelerate's greater accuracy during the seed set stage (commonly referred to as ECA) – where relevant documents are identified using Axcelerate's powerful analytics capabilities – is magnified many times over during the predictive coding process. The superior accuracy of the Axcelerate system thus resulted in enormous efficiency gains over all other competitors: across all three topics, Recommind's Axcelerate system was 10 *times* more efficient (9.86x, to be exact) than the next-best system.  That means that in order to find the same number of responsive documents, using the next-best system would have required reviewing 10 *times* more documents.  And remember that the 2011 runner-up system finished ahead of the system which won the TREC 2010 and 2009 competitions.

### Does Efficiency Really Matter?

Absolutely – it is the key to document review.  **On average, a legal team using Recommind's Axcelerate system would need to review** *90% fewer* **documents** to find the same number of responsive documents when using the next-best system – other systems are even worse.  That translates directly into **90% lower document review costs**.  The only way a legal team using another system could compete is by charging far more for review or drastically lowering the quality of legal services provided so that the review or investigation is less accurate.  That means many privileged documents are being produced, the risk of spoliation sanctions skyrockets, and documents important to effective case planning are not being found.

### Where Does the Recommind Advantage Come From?

The inherent advantage with using Recommind's Axcelerate system comes from its advanced PLSA technology combined with other machine-learning techniques for effective and accurate ECA, as well as Axcelerate's patented, lawyer-driven Predictive Coding workflow and superior predictive coding technology.  No other vendor can replicate these factors.



The term "Predictive Coding" is being used in the market to mean many things; but as the 2011 TREC competition clearly showed, only Recommind provides the technology and patented process to provide first-class results.

## Another Vendor Says They Didn't Compete This Year, but They're Almost as Good as Recommind…

As the above results clearly show, no one else is even close.  All the significant vendors have competed in TREC from 2009-2011.  The top-performing team from 2010 and 2009 also participated in and finished TREC 2011.  That team finished third in the 2011 competition.

Recommind's Axcelerate system is 10 times more efficient than the next-best competitive system—which means that **Axcelerate is 10 times more efficient than any significant vendor in the market**.

## What Is an F1 Score?

An F1 score is the harmonic mean of precision and recall scores.  The F1 is an average measure of accuracy, given the two measures of accuracy, precision and recall.

## What Are Precision and Recall?

Precision and recall are different measures of accuracy.

*Precision* is a percentage measure of how many items placed in a bucket (or a category, like "responsive"), actually belong there.  Mathematically, this is:

$$\frac{\text{\# of actually responsive documents identified as responsive}}{\text{Total \# of documents identified as responsive}}$$

*Recall* is a percentage measure of how many items that should have gone in the bucket, were actually placed there.   Mathematically, recall is:

$$\frac{\text{\# of actually responsive documents identified as responsive}}{\text{Total \# of responsive documents in the entire document collection}}$$

So recall can be thought of as a measure of completeness and precision as a measure of being right.