# Exhibit 3

# TREC 2011 Legal Track

### 2011 TREC Legal Track Most Competitive Ever

A record number of teams entered the 2011 TREC competition, submitting more than 45 different runs per topic. Participating teams included market-leading vendors as well as academic teams from universities all over the world. The 2011 finishers included the top-performing teams from both the 2010 and 2009 TREC study.

The evaluation was comprised of identifying and coding documents responsive to three different topics (labeled 401, 402, and 403) which were chosen for being representative of typical document requests.

### TREC Results Confirm Recommind's Axcelerate® is Dramatically More Accurate & Efficient

In the 2011 TREC Legal Track, Recommind's Axcelerate system was the landslide winner across the board and in all categories tested. Participant results (as measured by F1 scores) showed a significant accuracy advantage for Axcelerate versus all other systems. Small accuracy advantages generated large efficiency gains. This led to Recommind being *10 times* more efficient than the 2nd place participant.

### How Is Accuracy Measured?



In TREC evaluations, accuracy is measured using two basic elements: precision and recall. *Precision* is a percentage measure of how many items placed in a category, like "responsive", actually belong there. *Recall* is a percentage measure of how many items that should have gone in the category, were actually placed there. The *F1 score* mentioned above is an average (the harmonic mean) of these two measures.

### Not All Technology Is Created Equal

Recommind's patented PLSA algorithm combined with the patented Predictive Coding process and numerous other technologies integrated into the Axcelerate system provide a unique capability for performing highly effective investigations and document review. As the 2011 TREC results clearly showed, Recommind's Axcelerate system is dramatically more effective and efficient than any other product on the market.

### Recommind's Clear Accuracy Advantages Lead to Enormous Efficiency Gains

The Axcelerate system's superior accuracy generated an enormous efficiency advantage. As the TREC 2011 results showed, a review or investigation using an Axcelerate system is on average 10x (9.86x, to be exact) more efficient than the next-best system. That means that in order to identify the same number of responsive documents, *10 times* more documents would have to be reviewed using the next-best system. Over other competitors, the efficiency gains are even higher – they can be as high as 50x.



### What is TREC?

TREC—the "Text Retrieval Conference"— is co-sponsored by the National Institute of Standards and Technology (NIST) to provide a venue for scientifically evaluating information retrieval and coding systems. For the last 5 years, TREC has run a Legal Track to promote technology improvements in the legal industry. For more information go to: http://trec-legal.umiacs.umd.edu/

### About Recommind

Recommind is the leader in predictive information management, delivering search-powered business applications that transform the way organizations conduct enterprise search, information governance and eDiscovery.

For more information please contact:

Recommind, Inc.  sales@recommind.com
San Francisco, CA  US Sales: +1 888 415 7899
www.recommind.com  EU Sales: +44 207 002 7735


Out Predict. Out Perform.

Copyright © Recommind, Inc. 2000-2011. Recommind, Inc.'s name logo are registered trademarks of Recommind, Inc. MindServer, Decisiv Email, Auto-File, SmartFiltering, Axcelerate, Insite Legal Hold, QwikFind, and One-Click Coding are trademarks or registered trademarks of Recommind, Inc. or its subsidiaries in the United States and other countries. Other brands and names are the property of their respective owners.