# jackson|lewis
Attorneys at Law

MY DIRECT DIAL IS: 631-247-4652
MY EMAIL ADDRESS IS: BRECHERJ@JACKSONLEWIS.COM

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTLAND, OR
ALBUQUERQUE, NM | GREENVILLE, SC | MINNEAPOLIS, MN | PORTSMOUTH, NH
ATLANTA, GA | HARTFORD, CT | MORRISTOWN, NJ | PROVIDENCE, RI
BALTIMORE, MD | HOUSTON, TX | NEW ORLEANS, LA | RALEIGH-DURHAM, NC
BIRMINGHAM, AL | INDIANAPOLIS, IN | NEW YORK, NY | RICHMOND, VA
BOSTON, MA | JACKSONVILLE, FL | NORFOLK, VA | SACRAMENTO, CA
CHICAGO, IL | LAS VEGAS, NV | OMAHA, NE | SAN DIEGO, CA
CINCINNATI, OH | LONG ISLAND, NY | ORANGE COUNTY, CA | SAN FRANCISCO, CA
CLEVELAND, OH | LOS ANGELES, CA | ORLANDO, FL | SEATTLE, WA
DALLAS, TX | MEMPHIS, TN | PHILADELPHIA, PA | STAMFORD, CT
DENVER, CO | MIAMI, FL | PHOENIX, AZ | WASHINGTON, DC REGION
 | | PITTSBURGH, PA | WHITE PLAINS, NY

## MEMO ENDORSED

March 23, 2012

**VIA EMAIL (ALCarterNYSDChambers@nysd.uscourts.gov)**

Hon. Andrew L. Carter, Jr.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-12

RECEIVED
MAR 23 2012
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

Re:   *da Silva Moore, et al. v. Publicis Groupe SA, et al.*
      Case No. 11-CV-1279

Dear Judge Carter:

We represent Defendant MSLGroup Americas, Inc. We are writing to request permission to submit an additional Declaration in support of MSL's opposition to Plaintiffs' motion for conditional certification filed earlier this week. The signed Declaration was received after the date MSL's response was due so we were unable to include it with our submission. A copy of the Declaration is attached. Thank you for your consideration.

Very truly yours,

JACKSON LEWIS LLP

Jeffrey W. Brecher

JWB/mf
Enclosures

cc:   Judge Andrew Peck (via fax)
      All counsel of record (via email)

*Handwritten endorsement:* Application Granted. Defendants should file the declaration on ECF if they have not already done so. So Ordered. Andrew L. Carter 3-28-12

4812-8256-5903, v. 1