UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | Civ No. 11-CV-1279 (ALC) (AJP) |
| PLAINTIFFS, | ) ) ) | |
| v. | ) ) | |
| PUBLICIS GROUPE SA and MSLGROUP, | ) ) ) | |
| DEFENDANTS. | ) ) ) | |

## PLAINTIFFS' NOTICE OF MOTION FOR RECUSAL OR DISQUALIFICATION

Pursuant to 28 U.S.C. § 455, Plaintiffs and Class Representatives Monique da Silva Moore, MaryEllen O'Donohue, Laurie Mayers, Heather Pierce, and Katherine Wilkinson, by and through undersigned counsel, respectfully submit this Motion for Recusal or Disqualification. This motion is based upon the Memorandum of Law in Support of Plaintiffs' Motion for Recusal or Disqualification and the Declaration of Steven L .Wittels, filed herewith.

DATED: April 13, 2012

SANFORD WITTELS & HEISLER, LLP

        /s/ Janette Wipper
Janette Wipper Esq.
Steven L. Wittels, Esq.
Siham Nurhussein, Esq.
Deepika Bains, Esq.
*Attorneys for the Plaintiffs and the Class*