UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MONIQUE DA SILVA MOORE, et al.,          :

              Plaintiffs,          :

       -against-          :

PUBLICIS GROUPE & MSL GROUP,          :

            Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: _5/4/12_

11 Civ. 1279 (ALC) (AJP)

**ORDER SCHEDULING
STATUS CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED that a status conference is scheduled for May 14, 2012

at 9:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).  Please note that this

conference is in addition to the conference previously scheduled for Monday, May 7, 2012.

        SO ORDERED.

Dated:      New York, New York
           May 4, 2012

                            Andrew J. Peck
                          United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                  Judge Andrew L. Carter, Jr.