UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MONIQUE DA SILVA MOORE, et al.,          :

        Plaintiffs,          :

    -against-          :

PUBLICIS GROUPE & MSL GROUP,          :

       Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED:  5/14/12

11 Civ. 1279 (ALC) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

        On reconsideration, for the reasons stated at today's conference (see transcript), the Court has granted plaintiffs' request to stay MSL's production of ESI, pending Judge Carter's decision on plaintiffs' motions for collective action certification and to amend their complaint. Defendants have consented to the stay. Jurisdictional discovery regarding Publicis, and discovery between plaintiff and MSL unrelated to MSL's ESI production, are not stayed.

        Plaintiffs' May 9, 2012 objections to my prior denial of the stay (Dkt. No. 190) are moot.

        SO ORDERED.

Dated:     New York, New York
         May 14, 2012

                                **Andrew J. Peck**
                               United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                   Judge Andrew L. Carter, Jr.