COURTESY COPY

11-CV-1279 (ALC) (AJP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/15/12

MONIQUE DA SILVA MOORE,
MARYELLEN O'DONOHUE,
LAURIE MAYERS, HEATHER
PIERCE, and KATHERINE
WILKINSON on behalf of themselves
and all others similarly situated,

PLAINTIFFS,

v.

PUBLICIS GROUPE SA and
MSLGROUP,

DEFENDANTS.

Civ No. 11-CV-1279 (ALC) (AJP)

**MEMO ENDORSED** 5/14/12

*An alleged amicus brief not paid for by plaintiffs is hardly [illegible] on [illegible]. The Motion is DENIED.*

SO ORDERED

Hon. Andrew Jay Peck
United States Magistrate Judge

*[illegible handwritten notes]*

**BY ECF**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the attached Memorandum in Support of Motion for Leave to File a Brief Amicus Curiae In Support of Plaintiffs' Motion for Recusal or Disqualification, and the proposed brief *amicus curiae* attached thereto, Richard E. Flamm, Esq. shall move this court, before the Honorable Andrew J. Peck, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for leave to file the proposed brief *amicus curiae*.

Dated: May 10, 2012

Respectfully submitted,

*[signature]*

Richard E. Flamm, Esq.
*Attorney At Law*
2840 College Avenue, Suite A
Berkeley, CA 94705
Telephone: (510) 849-0123
E-mail: *rflamm@comcast.net*

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  May 15, 2012                                Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Richard E. Flamm, Esq. | 510-849-0145 |
|  |  |

## TRANSCRIPTION:

**MEMO ENDORSED 5/14/12**

An alleged amicus brief that is paid for by plaintiffs is hardly necessary or appropriate. The Motion is **DENIED**.

Copies **by ECF** to: All Counsel
                     Judge Andrew L. Carter, Jr.