# Exhibit I
## (unsealed)

# 2009/2010 Salary Band Data

*Results created from Council of PR Firms and Mercer Salary Surveys - 2008/2009*

**ATLANTA**

| Title | MS&L Recommended Ranges | Salary Survey Results | |
|---|---|---|---|
| | | Low | High |
| Account Associate/Coordinator | 28,500 | 27,000 | 30,000 |
| Assistant Account Executive | 35,000 | 33,000 | 36,000 |
| Account Executive | 43,000 | 39,000 | 46,000 |
| Senior Account Executive | 56,000 | 52,000 | 60,000 |
| Account Supervisor | 72,000 | 67,000 | 77,000 |
| Senior Account Supervisor | 87,000 | 80,500 | 91,200 |
| Vice President | 109,000 | 98,000 | 120,000 |
| Senior Vice President | 150,000 | 144,000 | 178,000 |

**BOSTON**

| Title | MS&L Recommended Ranges | Salary Survey Results | | |
|---|---|---|---|---|
| | | Average | Low | High |
| Account Associate/Coordinator | | 30,000 | 30,000 | 30,000 |
| Assistant Account Executive | | 36,500 | 35,000 | 37,000 |
| Account Executive | | 45,000 | 41,500 | 48,000 |
| Senior Account Executive | | 55,500 | 51,000 | 60,000 |
| Account Supervisor | | 72,000 | 64,000 | 76,000 |
| Senior Account Supervisor | | 79,000 | 72,000 | 89,000 |
| Vice President | | 108,500 | 92,500 | 135,000 |
| Senior Vice President | | 169,000 | 150,000 | 192,000 |

| Senior Vice President | ████████████ | 169,000 | 150,000 | 192,000 |
|---|---|---|---|---|

| CHICAGO | | | | |
|---|---|---|---|---|
| **Title** | **MS&L Recommended Ranges** | **Salary Survey Results** | | |
| | | **Average** | **Low** | **High** |
| Account Associate/Coordinator | ████████████ | 32,000 | no data | no data |
| Assistant Account Executive | ████████████ | 33,500 | 32,000 | 35,000 |
| Account Executive | ████████████ | 40,000 | 35,500 | 42,000 |
| Senior Account Executive | ████████████ | 49,000 | 43,800 | 51,500 |
| Account Supervisor | ████████████ | 66,000 | 58,000 | 71,500 |
| Senior Account Supervisor | ████████████ | 80,500 | 74,500 | 85,000 |
| Vice President | ████████████ | 112,500 | 97,000 | 125,000 |
| Senior Vice President | ████████████ | 167,000 | 145,000 | 205,000 |
| Senior Vice President | ████████████ | 167,000 | 145,000 | 205,000 |

MSL004951

## WASHINGTON, DC

| Title | MS&L Recommended Ranges | Salary Survey Results | | |
|---|---|---|---|---|
| | | Average | Low | High |
| Account Associate/Coordinator | | 32,200 | 30,000 | 34,000 |
| Assistant Account Executive | | 37,000 | 35,000 | 40,000 |
| Account Executive | | 43,500 | 40,000 | 46,000 |
| Senior Account Executive | | 54,000 | 48,500 | 58,000 |
| Account Supervisor | | 65,000 | 60,000 | 69,000 |
| Senior Account Supervisor | | 83,500 | 72,000 | 92,500 |
| Vice President | | 116,000 | 100,000 | 131,500 |
| Senior Vice President | | 180,200 | 138,600 | 210,000 |

## LOS ANGELES

| Title | MS&L Recommended Ranges | Salary Survey Results | | |
|---|---|---|---|---|
| | | Average | Low | High |
| Account Associate/Coordinator | | 33,200 | 30,000 | 35,000 |
| Assistant Account Executive | | 36,700 | 35,000 | 38,000 |
| Account Executive | | 45,600 | 42,000 | 50,000 |
| Senior Account Executive | | 56,500 | 52,000 | 58,000 |
| Account Supervisor | | 73,000 | 69,000 | 75,200 |
| Senior Account Supervisor | | 87,500 | 80,000 | 95,000 |
| Vice President | | 110,000 | 100,000 | 127,500 |
| Senior Vice President | | 178,000 | 155,000 | 200,000 |

## NEW YORK

CONFIDENTIAL

MSL004952

| Title | MS&L Recommended Ranges | Salary Survey Results | | |
|---|---|---|---|---|
| | | Average | Low | High |
| Account Associate/Coordinator | | 33,000 | 30,000 | 35,000 |
| Assistant Account Executive | | 37,500 | 36,600 | 39,100 |
| Account Executive | | 45,000 | 43,000 | 50,000 |
| Senior Account Executive | | 60,000 | 54,000 | 63,000 |
| Account Supervisor | | 71,000 | 65,000 | 75,000 |
| Senior Account Supervisor | | 87,000 | 79,500 | 95,000 |
| Vice President | | 125,000 | 110,000 | 140,000 |
| Senior Vice President | | 185,000 | 162,000 | 211,000 |

MSL004953

**SAN FRANCISCO**

| Title | MS&L Recommended Ranges | Salary Survey Results | | |
|---|---|---|---|---|
| | | Average | Low | High |
| Account Associate/Coordinator | | 37,500 | 36,000 | 38,000 |
| Assistant Account Executive | | 40,000 | 37,500 | 42,500 |
| Account Executive | | 51,000 | 45,000 | 55,000 |
| Senior Account Executive | | 60,000 | 56,000 | 64,000 |
| Account Supervisor | | 80,000 | 73,500 | 86,500 |
| Senior Account Supervisor | | 94,000 | 85,000 | 104,000 |
| Vice President | | 125,000 | 115,000 | 136,000 |
| Senior Vice President | | 190,000 | 155,000 | 225,000 |

CONFIDENTIAL

MSL004954

## MSLGroup Salary Benchmark Data
## Data Reported in 2010

# BOSTON

| Title | MSLGroup Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
|-------|------------------------------|-----------------|-----------------|-----------------|
| AA | | - | 35,000 | 42,000 |
| AAE | | 34,250 | 37,500 | 39,000 |
| AE | | 42,125 | 45,500 | 47,600 |
| SAE | | 47,000 | 54,500 | 57,000 |
| AS | | 63,125 | 69,000 | 75,000 |
| SAS | | 79,000 | 85,000 | 86,000 |
| VP | | 94,000 | 105,000 | 125,000 |
| SVP | | 140,000 | 150,000 | 178,000 |

CONFIDENTIAL

## MSLGroup Salary Benchmark Data
## Data Reported in 2010

# ATLANTA

| Title | MSLGroup Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
|-------|------------------------------|-----------------|-----------------|-----------------|
| AA | | No data | No data | No data |
| AAE | | 35,000 | 36,000 | 38,500 |
| AE | | 40,000 | 42,000 | 44,000 |
| SAE | | 50,000 | 55,000 | 60,000 |
| AS | | 68,000 | 71,000 | 73,000 |
| SAS | | 76,000 | 81,500 | 85,000 |
| VP | | 96,500 | 103,000 | 114,000 |
| SVP | | 158,000 | 163,000 | 170,500 |

CONFIDENTIAL

## MSLGroup Salary Benchmark Data
## Data Reported in 2010

# CHICAGO

| Title | Years of Experience (Estimate) | MSLGroup Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
|---|---|---|---|---|---|
| AA | Entry Level | | 28,000 | 32,000 | 33,000 |
| AAE | 9 – 18 months | | 32,000 | 36,000 | 38,000 |
| AE | 2 – 4 years | | 40,000 | 42,000 | 44,000 |
| SAE | 4 – 6 years | | 49,000 | 52,000 | 55,000 |
| AS | 6 – 8 years | | 59,500 | 65,500 | 73,000 |
| SAS | 8 – 9 years | | 74,000 | 85,000 | 98,000 |
| VP | 9 – 12 years | | 99,000 | 116,000 | 126,000 |
| SVP | 12+ years | | 140,000 | 171,000 | 190,000 |

MSL004957

## MSLGroup Salary Benchmark Data
## Data Reported in 2010

# LOS ANGELES

| Title | MSLGroup Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
|-------|------------------------------|-----------------|-----------------|-----------------|
| AA | | No data | No data | No data |
| AAE | | 35,000 | 37,000 | 41,000 |
| AE | | 44,000 | 46,000 | 50,000 |
| SAE | | 52,000 | 60,000 | 68,000 |
| AS | | 66,000 | 71,000 | 80,000 |
| SAS | | 82,000 | 90,000 | 100,000 |
| VP | | 105,000 | 118,500 | 133,000 |
| SVP | | 130,000 | 150,000 | 185,000 |

MSL004958

**MSLGroup Salary Benchmark Data**
**Data Reported in 2010**

# SAN FRANCISCO

| Title | MSLGroup Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
|-------|-----------------------------|-----------------|-----------------|-----------------|
| AA    |                             | No data         | No data         | No data         |
| AAE   |                             | 37,500          | 40,000          | 43,000          |
| AE    |                             | 44,000          | 48,000          | 50,000          |
| SAE   |                             | 56,000          | 63,000          | 68,000          |
| AS    |                             | 73,500          | 80,000          | 84,000          |
| SAS   |                             | 82,000          | 98,000          | 116,000         |
| VP    |                             | 110,500         | 120,000         | 142,000         |
| SVP   |                             | 155,000         | 185,000         | 198,500         |

MSL004959

## MSLGroup Salary Benchmark Data
## Data Reported in 2010

# SEATTLE

| Title | MSLGroup Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
|-------|------------------------------|-----------------|-----------------|-----------------|
| AC  | | 30,000 | 31,000 | 33,000 |
| AAE | | 37,000 | 38,500 | 40,000 |
| AE  | | 43,000 | 45,000 | 50,000 |
| SAE | | 55,000 | 56,000 | 57,000 |
| AS  | | 60,000 | 62,000 | 65,000 |
| SAS | | 71,000 | 78,500 | 85,000 |
| VP  | | 82,000 | 85,500 | 112,000 |
| SVP | | 140,000 | 150,000 | 160,000 |

CONFIDENTIAL

| MSLGroup Salary Benchmark Data<br>Data Reported in 2010<br><br>NEW YORK | | | | |
|---|---|---|---|---|
| **Title** | **MSLGroup Recommended Ranges** | **25th Percentile** | **50th Percentile** | **75th Percentile** |
| AA | | 33,000 | 35,000 | 40,000 |
| AAE | | 36,000 | 38,000 | 42,000 |
| AE | | 43,000 | 45,000 | 50,000 |
| SAE | | 54,000 | 60,000 | 65,000 |
| AS | | 69,500 | 75,000 | 80,000 |
| SAS | | 84,000 | 90,000 | 103,000 |
| VP | | 110,000 | 125,000 | 140,000 |
| SVP | | 145,000 | 170,000 | 195,000 |

CONFIDENTIAL

## MSLGroup Salary Benchmark Data
## Data Reported in 2010

# WASHINGTON, DC

| Title | MSLGroup Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
|---|---|---|---|---|
| AA | | - | 32,000 | 34,000 |
| AAE | | 36,000 | 38,000 | 40,000 |
| AE | | 42,000 | 44,000 | 46,500 |
| SAE | | 49,500 | 55,000 | 62,000 |
| AS | | 56,000 | 65,000 | 75,000 |
| SAS | | 70,000 | 82,000 | 95,000 |
| VP | | 103,000 | 113,500 | 135,000 |
| SVP | | 142,000 | 175,000 | 210,000 |

4849-6144-0269, v. 1

CONFIDENTIAL

MSL004962

| | MSLGROUP Americas Salary Benchmark Data<br>Data Reported in 2011<br><br>BOSTON<br><br>Data reported by the Council of PR Firms | | | |
|---|---|---|---|---|
| **Title** | **MSLGROUP Americas Recommended Ranges** | **25th Percentile** | **50th Percentile** | **75th Percentile** |
| **AA** | | 30,000 | 30,000 | 34,500 |
| **AAE*** | | 36,000 | 42,000 | 44,000 |
| **AE*** | | 44,000 | 45,000 | 47,600 |
| **SAE*** | | 50,000 | 54,500 | 66,000 |
| **AS*** | | 60,000 | 66,500 | 78,000 |
| **SAS*** | | 76,000 | 82,500 | 91,000 |
| **VP** | | 91,500 | 100,000 | 123,500 |
| **SVP** | | 161,000 | 170,000 | 178,000 |

**\*MSLGROUP Americas recommended range has been increased based on market data.**

CONFIDENTIAL

MSL004963

## MSLGROUP Americas Salary Benchmark Data
## Data Reported in 2010

# ATLANTA

NO UPDATED DATA FOR 2011 FROM COUNCIL OF PR FIRMS

| Title | MSLGROUP Americas Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
|-------|--------------------------------------|-----------------|-----------------|-----------------|
| AA | | No data | No data | No data |
| AAE | | 35,000 | 36,000 | 38,500 |
| AE | | 40,000 | 42,000 | 44,000 |
| SAE | | 50,000 | 55,000 | 60,000 |
| AS | | 68,000 | 71,000 | 73,000 |
| SAS | | 76,000 | 81,500 | 85,000 |
| VP | | 96,500 | 103,000 | 114,000 |
| SVP | | 158,000 | 163,000 | 170,500 |

CONFIDENTIAL

MSL004964

## MSLGROUP Americas Salary Benchmark Data
## Data Reported in 2011

# CHICAGO

Data reported by the Council of PR Firms

| Title | MSLGROUP Americas Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
|-------|--------------------------------------|-----------------|-----------------|-----------------|
| AA | | 28,000 / no data reported in 2011 | 32,000 / no data reported in 2011 | 33,000 / no data reported in 2011 |
| AAE | | 33,000 | 34,000 | 37,000 |
| AE | | 38,000 | 40,000 | 43,000 |
| SAE | | 45,000 | 48,000 | 53,000 |
| AS | | 60,000 | 65,000 | 70,000 |
| SAS | | 75,000 | 80,000 | 90,000 |
| VP | | 97,000 | 115,000 | 130,000 |
| SVP | | 150,500 | 169,000 | 190,000 |

MSL004965

| MSLGROUP Americas Salary Benchmark Data Data Reported in 2011 LOS ANGELES Data reported by the Council of PR Firms | | | | |
|---|---|---|---|---|
| Title | MSLGROUP Americas Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
| AA | | 33,000 | 33,500 | 35,500 |
| AAE | | 37,000 | 38,000 | 39,500 |
| AE | | 43,000 | 45,000 | 46,500 |
| SAE* | | 55,000 | 58,000 | 62,000 |
| AS * | | 69,000 | 74,500 | 83,400 |
| SAS* | | 80,000 | 85,000 | 96,000 |
| VP* | | 110,500 | 121,000 | 140,000 |
| SVP* | | 149,500 | 175,000 | 195,000 |

**\*MSLGROUP Americas recommended range has been increased based on market data.**

CONFIDENTIAL

## MSLGROUP Americas Salary Benchmark Data
## Data Reported in 2011

# SAN FRANCISCO

Data reported by the Council of PR Firms

| Title | MSLGROUP Americas Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
|---|---|---|---|---|
| AA | | 36,000 | 37,000 | 39,000 |
| AAE | | 39,000 | 40,000 | 41,000 |
| AE* | | 45,000 | 48,000 | 52,000 |
| SAE* | | 55,000 | 60,500 | 68,000 |
| AS* | | 75,000 | 83,500 | 92,000 |
| SAS* | | 85,000 | 95,000 | 123,000 |
| VP* | | 107,000 | 123,000 | 136,000 |
| SVP* | | 165,000 | 192,000 | 200,000 |

**\*MSLGROUP Americas recommended range has been increased based on market data.**

CONFIDENTIAL

| MSLGROUP Americas Salary Benchmark Data<br>Data Reported in 2011<br><br>SEATTLE<br><br>Data reported by the Council of PR Firms | | | | |
|---|---|---|---|---|
| Title | MSLGROUP Americas Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
| AC | | 30,000 | 30,000 | 32,000 |
| AAE | | 35,000 | 35,000 | 35,000 |
| AE* | | 42,000 | 43,500 | 44,500 |
| SAE | | 53,000 | 55,000 | 58,000 |
| AS * | | 64,500 | 67,000 | 70,000 |
| SAS* | | 74,000 | 75,000 | 80,250 |
| VP * | | 90,000 | 95,000 | 100,000 |
| SVP | | 127,500 | 155,000 | 170,000 |

**\*MSLGROUP Americas recommended range has been increased based on market data.**

CONFIDENTIAL

| | MSLGROUP Americas Salary Benchmark Data<br>Data Reported in 2011<br><br>NEW YORK<br>Data reported by the Council of PR Firms | | | |
|---|---|---|---|---|
| Title | MSLGROUP Americas Recommended Ranges | 25th Percentile | 50th Percentile | 75th Percentile |
| AA* | | 30,000 | 33,000 | 36,000 |
| AAE * | | 38,000 | 39,000 | 40,500 |
| AE | | 44,000 | 47,000 | 50,000 |
| SAE* | | 55,000 | 60,000 | 67,000 |
| AS | | 68,500 | 75,000 | 80,000 |
| SAS | | 82,000 | 92,000 | 105,000 |
| VP* | | 110,000 | 125,000 | 142,500 |
| SVP | | 160,000 | 190,000 | 220,000 |

*MSLGROUP Americas recommended range has been increased based on market data.

CONFIDENTIAL

| | MSLGROUP Americas Salary Benchmark Data Data Reported in 2011 WASHINGTON, DC Data reported by the Council of PR Firms | | | |
|---|---|---|---|---|
| **Title** | **MSLGROUP Americas Recommended Ranges** | **25th Percentile** | **50th Percentile** | **75th Percentile** |
| AA | | 32,000 | 32,000 | 37,000 |
| AAE | | 32,000 | 38,000 | 40,000 |
| AE | | 42,000 | 44,000 | 50,000 |
| SAE* | | 48,000 | 52,000 | 59,000 |
| AS | | 62,000 | 70,000 | 75,000 |
| SAS* | | 72,000 | 85,000 | 95,000 |
| VP* | | 100,000 | 114,000 | 137,500 |
| SVP | | 145,450 | 170,000 | 210,000 |

**\*MSLGROUP Americas recommended range has been increased based on market data.**

4841-8975-3869, v. 1

MSL004970