# Exhibit K
## (unsealed)



# Performance Management Program

Mastering the Appraisal Process
*Training Presentation-Employees*
*May 2009*

Confidential

MSL004583

# Competency Grid by Title
## *Job Profiles*


Performance Management Program

| LEADERSHIP SKILLS | | |
|---|---|---|
| **AA, AAE, AE** | **SAE, AS, SAS** | **VP, SVP** |
| **Analytical Thinking** Takes a logical and systematic approach to decision making and problem solving; Solutions-oriented and makes sound recommendations; Strives to and understands how tasks fit into the big picture | **Thinking Strategically** Demonstrates critical thinking and perspective when solving client issues; Makes recommendations with a short and long-range approach to problem solving and decision making | **Strategic Thinking** Possesses a vision for clients' businesses; Makes strong recommendations and provides keen insights and valuable counsel; Takes long-range approach to problem solving and decision making |
| **Teamwork** Effective team player who contributes to the whole; Can be counted on to fulfill commitments; Respects others, takes personal accountability for work and builds collegiality | **Supervising Others** Shows ability to delegate and motivate staff; Has trust and respect of others; Gives and receives timely feedback while imparting knowledge and skills; Demonstrating mature leadership | **Managing/Leading** Shows ability to motivate and inspire staff; Has trust and respect of others as a leader and manager; Provides on the job coaching to impart knowledge and skills; Demonstrates executive leadership capabilities |
| **Personal Development** Demonstrates ability to learn new skills and apply them to work situations; Makes it a practice to grow self by soliciting feedback and acquiring skills and knowledge to further enhance role | **Personal/Staff Development** Makes it a practice to grow self by soliciting feedback and acquiring skills and knowledge to further enhance role; Provides appropriate training and development opportunities to allow teams to grow; Leads by example | **Staff/Team Development** Develops other staff through ongoing giving and receiving feedback; Identifies and encourages participation in training; Conducts annual appraisals in a timely and effective manner; Leads by example and clarifies roles and expectations for team |
| **Agency Understanding** Understands agency's core values, mission and capabilities; Demonstrates a willingness to learn about services, products, offerings within practice and office | **Network Understanding** Understands core values, mission and overall agency capabilities; Knowledgeable about services, products and offerings within practice, office and NA network | **Network Integration** Leverages resources and specialty areas: Shares business across MS&L offices to service clients and grow business; Nurtures relationships with Publicis partners and vendors |
| **Knowledge Gathering** Seeks out and brings forth new ways of thinking; Able to incorporate industry trends and information into work; Looks for new ways of thinking and stays abreast of current events and client relevant news | **Knowledge Management** Applies industry trends and information to expand upon ways of thinking; Uses current events and client relevant news to advance programming and build thought leadership | **Thought Leadership** Imparts expertise to others internally and externally; Demonstrates thought leadership by writing by-lined articles, speaking at industry events, participating in external outreach efforts, community-based networking, etc; Uses thought leadership opportunities to network for business development |

7

Confidential

MS&L

MSL004589



# Mastering the Appraisal Process
## ~Career Development Season~

*Training Workshop*
*2011*

Confidential

MSL004756

## 2011 PERFORMANCE MANAGEMENT COMPETENCY GRID

| | AA, AAE, AE | SAE, AS, SAS | VP, SVP |
|---|---|---|---|
| Initiative | Seeks out and brings forth new ways of thinking; Able to incorporate industry trends and information into work; Stays abreast of current events and client relevant news to grow knowledge of client business and industry; Takes action and is proactive | Applies industry trends and information to expand upon ways of thinking; Uses current events and client relevant news to advance programming and build thought leadership; Continues to expand and grow knowledge of client business and industry, beyond scope of job and role | Imparts expertise to others internally and externally; Demonstrates thought leadership and identifies opportunities to network for business development; Continues to develop a specialty areas or subject matter expertise; Takes on new challenges and expands reach in organization; Supports agency in meeting strategic business objectives |
| Writing and Communication | Demonstrates ability in writing PR communications (client emails, press releases, etc.); Writing is focused, organized and concise; Writing is proofread and free of typographical, grammar and spelling errors; Follows editorial and style guidelines as appropriate | Solid expertise in writing PR communications (client emails, press releases, etc.); Produces written work that requires minimal editing; Demonstrates editing and proofreading ability; Explains rationale for edits of work to team members | Strong expertise in writing senior level client communications; Creates solid content for program development and new business presentations; Articulate, persuasive internal and external audiences; Provides counsel to team on development of written materials and overall business communications |
| Quality of Work | Meets expectations of the team; Produces high-end work that is at and above the standards of the agency to be best-in-class; Challenges self to deliver the best quality output and service | Delivers products and services that meet the expectations of the team and client; Produces high-end work that is at and above the standards of the agency to further excellence in work deliverables | Delivers on expectations of the client and business; Encourages and consistently produces high-end work that is at or above the standards of the agency to be best in class; Coaches others and creates an environment in which teams are challenged to deliver the best quality output and service |
| Teamwork/ Leadership | Effective team player who contributes to the whole; Can be counted on to fulfill commitments; Respects others, takes personal accountability for work and build collegiality | Shows ability to delegate and motivate staff; Has trust and respects others; Gives and receives timely feedback while imparting knowledge and skills; Demonstrates mature leadership | Shows ability to motivate and inspire staff; Has trust and respect of others as a leader and manager; Provides on the job coaching to impart knowledge and skills; Demonstrates executive leadership capabilities |
| Solutions-Oriented | Responsible and focused on delivering results; Is thoughtful in problem-solving and defining solutions; Applies knowledge and common sense to reach objectives and complete tasks; Demonstrates flexibility and ability to multi-task | Responsible and focused on delivering results; Meets set objectives and demonstrates project management proficiency with proven ability to multi-task; Recognizes issues that may impact client's business or relationship and resolves/escalates as appropriate | Oversees flawless execution of programs and manages deliverables; Responsible and focused on achieving results for client and agency; Offers well thought out points of view and sets example for others; Recognizes issues that may impact client's business or relationship and resolves/escalates as appropriate; Shares accountability and meets set objectives |
| Client Service | Maintains an understanding of client business and needs; Demonstrates client-service attitude, passion for work and is professional in client and team interactions | Demonstrations a solid understanding of client business and strategy; Is a steady day-to-day client contact who manages all account needs and tasks; Serves as an advisor of the business and is sought out for ideas/opinions | Builds personal/professional respect of clients; Offers insights and counsel to grow strategic partnerships; Is a recognized source of expertise and trusted as a key business partner/counselor by senior level clients |
| Media and PR | Demonstrates a foundational understanding of PR/communications; Develops relationships with online and offline media; Understand and uses new media and emerging technologies; Has an understanding of the media landscape and demonstrates proficiency in media monitoring and tools associated with media research | Growing expertise in practice and gaining proficiency in a specific sector of PR/ communications; Cultivates relationships with online and offline media; Uses and makes recommendations on how to use new media and emerging technologies; Utilizes MSLGROUP media tools and products for outreach and client programs | Demonstrates keen knowledge and expertise in a specific sector of PR/communications; Leverages expertise for client service, business development and new products/services; Educates clients and provides strategic counsel that leverages traditional media as well as interactive/emerging technologies within the communications business (web, social media, mobile) for PR-programming and influencer outreach; Owns top-tier media relationships |
| Digital Aptitude | Seeks out and applies social media monitoring and metrics to client projects; Sees the various digital possibilities in current campaigns; Understands how to apply basic digital strategies when prospecting or developing new business proposals; Skillfully and thoughtfully handles and uses social media outlets; Sensitive to private/public and personal/impersonal modes of communication; Understands distinctions between sites and services, etiquettes and behavior; Knowledge of content management; Accounts for evolving technologies and integrates them into work product and service – allowing us to be unbound by channel; Understands new media landscape platforms | | |

Confidential