# Exhibit P

Page 1

1                          C. PERLMAN

2              UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF NEW YORK

4       - - - - - - - - - - - - - - - -

    MONIQUE DA SILVA MOORE,            )
5   MARYELLEN O'DONOHUE, LAURIE        )
    MAYERS, HEATHER PIERCE, and        )
6   HEATHER PIERCE, individually and )
    all others similarly situated,    )
7                                       )
                      Plaintiffs,      )
8                                       )
               vs.                     ) Index No.
9                                       ) 11_CV-1279 (RJS)
    PUBLICIS GROUPE SA and             )
10  MSLGROUP,                          )
                                        )
11                    Defendants.      )
    - - - - - - - - - - - - - - - - )

12

13

14                      VIDEOTAPED

15            DEPOSITION OF CAROL PERLMAN

16               New York, New York

17            Wednesday, January 18, 2012

18

19

20

21

22

23  Reported by:

24  FRANCIS X. FREDERICK, CSR, RPR, RMR

25  JOB NO. 45161

1                    C. PERLMAN

2        A.    Did it have a name?   Leadership

3    team.   Executive team.

4        Q.    So who was on that one?

5        A.    So among the SVPs at the time that

6    I was there were Ellyn Caravetta, Catherine

7    Falcetti, Greg Tarmin.   Becky Lauer.   Later on

8    Christine Abbott.

9             I'm trying to remember all the

10   people.

11            There were a lot of people that

12   were there that left.   So those were some of

13   the SVPs.

14            Oh, Daphne Hoyt.

15       Q.    What was the function of that

16   leadership team or executive team that you're

17   describing right now?

18       A.    Taking a look at the accounts.

19   Mostly financial.   Were we on track.   Were

20   there any -- was there anything that we could

21   share with other people.   It was basically --

22   it was touching base on head count.   It was

23   touching base on billability and hours.   And

24   it was also a good opportunity for whomever,

25   whether it was Kelly at the time or Jeanine,

1                    C. PERLMAN

2    remember.  It was like three years ago.  And

3    it was like three questions over the phone.

4    But I do remember it was in reference to the

5    Bauche & Lomb account that they had.

6         Q.    Do you believe that there were men

7    at MSLGroup during your employment who were

8    doing the same job as you were doing but paid

9    more for it?

10        A.    Would you rephrase that?

11        Q.    Sure.

12             Do you believe that there were

13   men, male employees at MSLGroup during your

14   employment who were doing the same job as you

15   were but being paid more for that job?

16        A.    I -- it is my belief that they

17   were paid more for doing the same job.

18        Q.    Who are they?

19        A.    While I was there, it would be

20   Andy Tarmin.

21             And when you say the same job, I

22   just want to be very clear, there are SVP

23   responsibilities and duties.  And then there

24   are other things like I have crisis, somebody

25   else may have FDA.

1                    C. PERLMAN

2            So for the same SVP

3    responsibilities which is managing accounts, I

4    would say yes.  Andy Tannen.  And then later

5    on Tom Vickery.

6        Q.    Anyone else?

7        A.    Of the men, I'm trying to

8    remember.

9            Not that I -- we didn't have a lot

10   of men.

11       Q.    Why was that?

12       A.    We got a lot of men.

13           I don't know why we didn't have a

14   lot of men.  I think that it was just -- we

15   had very talented people and so the number

16   of -- and the number of men just happened to

17   not be great.  Over time with the

18   reorganization that definitely shifted.

19       Q.    What do you mean when you say

20   that?

21       A.    After the reorg -- after the

22   reorganization, a -- Jim brought in a woman

23   named Jeanine O'Kane and things started to

24   change.  And so we got a few men.  We lost a

25   lot of good women.

1            C. PERLMAN

2       A.    I could not -- I really couldn't

3  tell you because I don't know exactly what she

4  did.  I did not know her well.  Did not have

5  the opportunity to work with her.

6       Q.    And what information do you have

7  about what Andy Tannen's position and

8  responsibilities were at the company?

9            MS. NURHUSSEIN:  You can answer to

10           the extent your knowledge comes outside

11           of communications with counsel.

12      A.    Okay.  Andy had basic SVP

13  responsibilities.  And Andy and I would work

14  together on occasion on issues and stuff like

15  that.  But he handled accounts the same as the

16  rest of us.  And he provided counsel which is

17  what an SVP should do.

18      Q.    So you have a better -- withdrawn.

19           You have better information about

20  what Mr. Tannen's responsibilities were --

21      A.    Yes.

22      Q.    -- than do you about Ms.

23  O'Donahue?

24      A.    Yes.

25      Q.    And what is the basis of that

1                     C. PERLMAN

2    better visibility into Mr. Tannen's

3    responsibilities?

4         A.   I've worked with -- I've worked

5    with Andy on a couple of issues.  I helped him

6    out on a couple of issues.  And I know that he

7    performs the standard SVP duties that I do.

8         Q.   Do you know whether he performs

9    any other duties?

10        A.   I think that by virtue of his

11   accounts, you know, his -- he may be doing --

12   he may have different issues on his account

13   but we all have issues on our accounts.

14        Q.   Do you know whether Mr. Tannen

15   performs any responsibilities beyond general

16   account management?

17        A.   Not to my knowledge.

18        Q.   Did you ever review his

19   performance evaluations?

20        A.   No.  I was not part of that

21   process.

22        Q.   And did you ever ask Andy to give

23   you a complete summary of what his job duties

24   were?

25        A.   Yeah, we talked about it.

1            C. PERLMAN

2       Q.    Did you -- go ahead.

3       A.    You know, we talked about what

4  kind of accounts he was on.  And what some of

5  the issues were that he was facing on the

6  accounts.  And I had a potential account as a

7  new business coming in and I asked him to join

8  me at the meeting.  And he did.  So we -- you

9  know, we helped each other where we could.

10      Q.    Did you ever ask Mr. Tannen to

11 give you a complete summary of his job

12 responsibilities at MSLGroup?

13      A.    No.  It wasn't really necessary

14 because an SVP is an SVP.  We all have basic

15 responsibilities.

16      Q.    And do you know whether Mr. Tannen

17 used to be a practice leader at MSLGroup?

18      A.    I have no idea.  I've been there

19 four years.  I think he -- I was there four

20 years.  I think he was there a lot longer.  So

21 what he did in his past I have no idea.

22      Q.    You don't know about Mr. Tannen's

23 background prior to the time that you came to

24 MSLGroup?

25      A.    Just on some of the accounts that

1                    C. PERLMAN

2        Q.    Besides what you've already

3   testified to, do you have any other

4   information about what Mr. Tannen's

5   responsibilities were at MSLGroup?

6        A.    No.   Not exact.   I think he did --

7   he performed the same SVP duties.   He managed

8   accounts just as we did.   Just different types

9   of accounts.

10       Q.    Were you responsible for a P&L at

11  MSLGroup?

12       A.    A P&L?

13             MS. NURHUSSEIN:   Objection, vague.

14       A.    What do you mean by P&L?

15       Q.    A profit and loss statement.

16       A.    No, I know what it is.   But I'm

17  used to it on a business perspective.   What

18  you're saying is --

19       Q.    Did you have responsibility at MSL

20  for managing the profit and loss of any

21  particular piece of MSL's --

22       A.    Sure.

23       Q.    And what piece were you

24  responsible for the --

25       A.    Unity Walk.

Page 159

1                    C. PERLMAN

2        Q.     Just a second.

3               What piece were you responsible

4    for the P&L on?

5        A.     All the facets of my business.

6    Unity Walk.   Reception.   Clinical.   FDA

7    interaction.

8        Q.     When you say reception, what do

9    you mean?

10       A.     CEO reception which is held prior

11   to the Unity Walk.

12       Q.     So this is for Solvay Abbott?

13       A.     Correct.

14       Q.     And when you say clinical, what do

15   you mean?

16       A.     They needed to jump -- well, they

17   needed to jump start their clinical in Phase

18   III and they -- and we helped them with

19   recruitment tactics.   So that was a separate

20   project.

21       Q.     So you're saying you had P&L

22   responsibility for the Solvay Abbott projects?

23       A.     Yes.

24       Q.     Did you have P&L responsibility

25   for anything else at MSLGroup?

1           C. PERLMAN

2       A.    We really have -- I mean, you

3   define it as P&L.  I'm from marketing so P&L

4   means something entirely different to me.  But

5   were we responsible for the revenue and

6   expenses, the out-of-pocket, and stuff like

7   that, yes.  For every project that we have we

8   have to do that.  Whether that's that the

9   definition of P&L for you, yes.

10      Q.    So you said as somebody who comes

11  from marketing P&L means something completely

12  different.  What does it mean to you?

13      A.    Well, P&L is, you know, profit and

14  loss.  It's got the revenue, it's got the

15  gross margin.  It's got, you know, all the

16  incidentals.  Admin costs.

17      Q.    So how is that completely

18  different from the way P&L was used in terms

19  of your responsibility at MSLGroup?

20      A.    Well, we didn't have something

21  like gross margin.  What we did have is we

22  would take an expense, we would define

23  basically -- let me take the Unity Walk, for

24  example.  Maybe that's an easier one.

25           Have Unity Walk.  What is the cost

1                    C. PERLMAN

2    going to be for the out-of-pocket which is the

3    tent and the tables and the -- you know, all

4    the collateral materials versus our time.  And

5    the time that we spend there is -- that hits

6    the fee line.  So we have fee and we have

7    expenses.

8              And the fee -- the expenses really

9    don't hit our bottom line.  It's separate.

10   What's important to us is the fee.

11             So we have two -- for everything

12   we do we have the fee portion and the expense

13   portion.  Out-of-pocket.

14        Q.    And you had responsibility for

15   those -- withdrawn.

16             You had responsible for managing

17   those elements of the Solvay Abbott business?

18        A.    Correct.

19        Q.    Did anyone share that

20   responsibility with you?

21        A.    The whole team.  We put it

22   together.

23        Q.    Did you have responsibility for

24   any other P&L or revenues and expenses other

25   than Solvay Abbott projects?

1                    C. PERLMAN

2        A.    Yeah.   Whatever account I was on,

3   whether it was Uroxatral, it would be the same

4   thing.   But it is something that we build

5   together because it's -- you know, you then

6   have the fee but you have to figure out how

7   you're going to bill it out.   How many hours

8   you're going to have an account assisted,

9   account to, how many hours for the VP, how

10  many hours for the SVP.   It's very -- it's

11  complicated.   But we do it together.

12       Q.    When you say "we do it together,"

13  who's the "we"?

14       A.    My team.   I assemble my team and

15  we make sure we check every number that we are

16  providing, you know, the most effective

17  costing that we look at last year and see what

18  happened last year, how do we improve upon it.

19       Q.    Who was on your team at MSLGroup?

20       A.    Chris Pearsall, Tara Horan, Jess

21  Morrison.   Nicolle Risdall.   Not all at the

22  same time.   They were all on the team at one

23  time.

24       Q.    Anyone else?

25       A.    Courtney Dubois started with me on

1                           C. PERLMAN

2       levels of who was the best creator, who was

3       the best this, who brought in a new piece of

4       business.  That's what this was.  That's why

5       it's a spot bonus.  And this was, as I recall,

6       when I brought in the Solvay account.

7            Q.    And it was part of your job to

8       bring in new business?

9            A.    It was part of our job at the time

10      to identify leads for new business.

11           Q.    So whose job was it to bring in

12      new business?

13           A.    Pretty much Anita Bose.  But the

14      responsibility lies with everyone who has, you

15      know, a vested interest in the company and

16      want to see it succeed that if we have a lead

17      we follow it.

18           Q.    So do you have any reason to

19      believe that MSLGroup demonstrated favoritism

20      in the awards of excellence?

21           A.    No.

22                MS. CHAVEY:  Can you mark this,

23           please.

24                (Deposition Exhibit 82, Personnel

25           Action Notice bearing production number

1              C. PERLMAN

2    that we were in the elevator and it was a very

3    weird experience.  And fresh I guess on her

4    mind.

5        Q.     Okay.  I want to shift back to

6    David Chamberlain who you were discussing

7    earlier.  Do you have personal knowledge as to

8    what David Chamberlain's duties are at MSL?

9        A.     Yeah.  I think he does -- he does

10   the standard SVP responsibilities on his

11   accounts.  But the -- what he does, how he

12   services his accounts is he handles the issues

13   and potential crisis.  But he does that for

14   corporate.  So he does it for financial --

15   different range of clients.  What he doesn't

16   have is pharmaceutical experience.

17              So there are times where he would

18   come to me and ask my counsel on

19   pharmaceutical.  Which is what I was doing.

20       Q.     Um-hum.

21       A.     Prior to them officially starting

22   a function.  As you could see from my bio.

23       Q.     Okay.  And going back you said,

24   you know, that he had the standard SVP duties

25   as well as the issues and crisis work.  Are

1                    C. PERLMAN

2    those the same duties you performed during

3    your performance at MSL?

4         A.    Yeah.  They're basic duties.

5    Strategic counsel.  Budgeting.  You know,

6    making sure people were billable.  Planning.

7    Making sure that the plans are as creative as

8    possible and, you know, the things that SVPs

9    are responsible for.

10        Q.    And what's your understanding of

11   David Chamberlain's qualifications for the SVP

12   position that he ended up filling?

13        A.    My impression of his -- I'm sorry?

14        Q.    Yeah.  What's your understanding

15   of his qualifications, Dave Chamberlain's

16   qualifications?

17        A.    Not very impressive.  Not very

18   impressive.

19        Q.    And on what do you base that?

20        A.    On the extent of his crisis

21   experience.  On the range of crisis that he

22   worked on.  He's not seasoned.

23        Q.    Do you have a sense of --

24   withdrawn.

25              Do you know how old David