# Exhibit Q
## (unsealed)

*Monique da Silva Moore, et al. v. Publicis Groupe, et al.*
**Plaintiffs' Motion for Collective Action – Pay Comparison Chart**

███████████████, Senior Vice President
Named Plaintiff and Declarant

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███████████ | F | 2008 | LM115 | Senior Vice President | 220000.08 |
| ███████████ | F | 2009 | LM115 | Senior Vice President | 220000.08 |
| ███████████ | F | 2010 | LM115 | Senior Vice President | 220000.08 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ████████ | M | 2008 | LM115 | Senior Vice President | 343500 |
| ████████ | M | 2009 | LM115 | Senior Vice President | 343500 |
| ████████ | M | 2010 | LM115 | Senior Vice President | 343500 |

1

Case 1:11-cv-01279-ALC-AJP   Document 225-17   Filed 06/11/12   Page 3 of 9

*Monique da Silva Moore, et al. v. Publicis Groupe, et al.*
**Plaintiffs' Motion for Collective Action – Pay Comparison Chart**

███████████████, Senior Vice President
Named Plaintiff and Declarant

| Name | Sex | Date | Job Code | Job Title | Salary (at full-time) |
|---|---|---|---|---|---|
| ███ | F | 2008 | LM115 | Senior Vice President | 220500 |
| ███ | F | 2009 | LM115 | Senior Vice President | 220500 |
| ███ | F | 2010 | LM115 | Senior Vice President | 220500 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███ | M | 2008 | LM115 | Senior Vice President | 343500 |
| ███ | M | 2009 | LM115 | Senior Vice President | 343500 |
| ███ | M | 2010 | LM115 | Senior Vice President | 343500 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███ | M | 2008 | LM115 | Senior Vice President | 250000.08 |
| ███ | M | 2009 | LM115 | Senior Vice President | 250000.08 |
| ███ | M | 2010 | LM115 | Senior Vice President | 250000.08 |

CONFIDENTIAL
ATTORNEYS EYES ONLY

*Monique da Silva Moore, et al. v. Publicis Groupe, et al.*
**Plaintiffs' Motion for Collective Action – Pay Comparison Chart**

▬▬▬▬▬▬▬, Senior Vice President
Named Plaintiff and Declarant

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ▬▬▬▬ | F | 2008 | LM115 | Senior Vice President | 116600.16 |
| ▬▬▬▬ | F | 2009 | LM115 | Senior Vice President | 116600.16 |
| ▬▬▬▬ | F | 2010 | LM115 | Senior Vice President | 116600.16 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ▬▬▬▬ | M | 2008 | LM115 | Senior Vice President | 190000.08 |
| ▬▬▬▬ | M | 2009 | LM115 | Senior Vice President | 190000.08 |
| ▬▬▬▬ | M | 2010 | LM115 | Senior Vice President | 210000 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ▬▬▬▬ | M | 2008 | LM115 | Senior Vice President | 195000 |
| ▬▬▬▬ | M | 2009 | LM115 | Senior Vice President | 195000 |
| ▬▬▬▬ | M | 2010 | LM115 | Senior Vice President | 210000 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ▬▬▬▬ | M | 2009 | LM115 | Senior Vice President | 120000 |
| ▬▬▬▬ | M | 2010 | LM115 | Senior Vice President | 120000 |

3

CONFIDENTIAL
ATTORNEYS EYES ONLY

*Monique da Silva Moore, et al. v. Publicis Groupe, et al.*
**Plaintiffs' Motion for Collective Action – Pay Comparison Chart**

███████████, Vice President
Named Plaintiff and Declarant

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███████████ | F | 2008 | LM120 | Vice President | 115000.08 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███████████ | M | 2008 | LM120 | Vice President | 140000.16 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███████████ | M | 2008 | LM120 | Vice President | 130000.08 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███████████ | M | 2008 | LM120 | Vice President | 145000.08 |

4

CONFIDENTIAL
ATTORNEYS EYES ONLY

*Monique da Silva Moore, et al. v. Publicis Groupe, et al.*
**Plaintiffs' Motion for Collective Action – Pay Comparison Chart**

███████████, Senior Vice President
Named Plaintiff and Declarant

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███████████ | F | 2008 | LM115 | Senior Vice President | 220000.08 |
| ███████████ | F | 2009 | LM115 | Senior Vice President | 220000.08 |
| ███████████ | F | 2010 | LM115 | Senior Vice President | 220000.08 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███████████ | M | 2008 | LM115 | Senior Vice President | 273000 |
| ███████████ | M | 2009 | LM115 | Senior Vice President | 273000 |
| ███████████ | M | 2010 | LM115 | Senior Vice President | 283000.08 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███████████ | M | 2009 | LM115 | Senior Vice President | 230000.16 |
| ███████████ | M | 2010 | LM115 | Senior Vice President | 230000.16 |

5

CONFIDENTIAL
ATTORNEYS EYES ONLY

*Monique da Silva Moore, et al. v. Publicis Groupe, et al.*
**Plaintiffs' Motion for Collective Action – Pay Comparison Chart**

███████████████, Senior Vice President
Declarant

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███ | F | 2008 | LM115 | Senior Vice President | 130000.08 |
| ███ | F | 2009 | LM115 | Senior Vice President | 130000.08 |
| ███ | F | 2010 | LM115 | Senior Vice President | 150000 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███ | M | 2008 | LM115 | Senior Vice President | 205000.08 |
| ███ | M | 2009 | LM115 | Senior Vice President | 205000.08 |

CONFIDENTIAL
ATTORNEYS EYES ONLY

Case 1:11-cv-01279-ALC-AJP   Document 225-17   Filed 06/11/12   Page 8 of 9

*Monique da Silva Moore, et al. v. Publicis Groupe, et al.*
**Plaintiffs' Motion for Collective Action – Pay Comparison Chart**

███████████, Senior Vice President
Declarant

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███████ | F | 2008 | LM115 | Senior Vice President | 175000.08 |
| ███████ | F | 2009 | LM115 | Senior Vice President | 175000.08 |
| ███████ | F | 2010 | LM115 | Senior Vice President | 175000.08 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███████ | M | 2008 | LM115 | Senior Vice President | 205000.08 |
| ███████ | M | 2009 | LM115 | Senior Vice President | 205000.08 |

CONFIDENTIAL
ATTORNEYS EYES ONLY

Case 1:11-cv-01279-ALC-AJP   Document 225-17   Filed 06/11/12   Page 9 of 9

*Monique da Silva Moore, et al. v. Publicis Groupe, et al.*
**Plaintiffs' Motion for Collective Action – Pay Comparison Chart**

███████, Vice President
Declarant

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███ | M | 2008 | LM120 | Vice President | 124999.92 |
| ███ | M | 2009 | LM120 | Vice President | 124999.92 |
| ███ | M | 2010 | LM120 | Vice President | 124999.92 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███ | F | 2008 | LM120 | Vice President | 112000.08 |
| ███ | F | 2009 | LM120 | Vice President | 112000.08 |
| ███ | F | 2010 | LM120 | Vice President | 112000.08 |

| Name | Sex | Date | Job Code | Job Title | Salary |
|---|---|---|---|---|---|
| ███ | F | 2008 | LM120 | Vice President | 112999.92 |

CONFIDENTIAL
ATTORNEYS EYES ONLY