| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 6/20/12 |
| MONIQUE DA SILVA MOORE, et al., :<br><br>                Plaintiffs, :<br><br>            -against-              :<br><br>PUBLICIS GROUPE & MSL GROUP, :<br><br>                Defendants. :<br>------------------------------------------------------------ x | 11 Civ. 1279 (ALC) (AJP)<br><br>**ORDER** |

**ANDREW J. PECK, United States Magistrate Judge:**

       The Court is in receipt of plaintiffs' June 15, 2012 letter re alleged deficiencies in Publicis' jurisdictional discovery. The Court notes that the letter was sent on June 15 (and received by the Court on June 18), while Publicis' motion for summary judgment on lack of jurisdiction was filed on June 18, 2012. Publicis' motion papers may (or may not) moot some of plaintiffs' issues.

       Publicis is to discuss the issues with plaintiffs (on a quick review of plaintiffs' letter, some of their concerns seem warranted while others do not; the parties should consider the difference between requesting "all documents" and "documents sufficient to show") and respond to the Court by June 25, 2012 as to what has been agreed with plaintiffs and what issues remain for judicial resolution. Any "reply" letter by plaintiffs is due June 28, 2012.

       The Court will hold a conference on these issues on <u>July 6, 2012 at 2:00 p.m.</u>

       Plaintiffs' opposition briefs remain due July 2, 2012 and Publicis' reply papers July 9, 2012. The fact that the parties left the jurisdictional discovery to the last minute should not be

allowed to extend the briefing schedule. The Court will allow both sides to submit short supplemental papers after the additional discovery.

The Court also takes this opportunity to remind the parties of the Sedona Conference Cooperation Proclamation, and the Court hopes that the parties will start to show more of that cooperative spirit.

SO ORDERED.

Dated:  New York, New York
        June 20, 2012

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:  All Counsel
                      Judge Andrew L. Carter, Jr.