UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE DA SILVA MOORE,           )
MARYELLEN O'DONOHUE,              )
LAURIE MAYERS, HEATHER            )
PIERCE, and KATHERINE             )
WILKINSON on behalf of themselves )    Civ No. 11-CV-1279 (ALC) (AJP)
and all others similarly situated, )
                                  )
    PLAINTIFFS,                   )
                                  )
    v.                            )
                                  )
PUBLICIS GROUPE SA and            )
MSLGROUP,                         )
                                  )
    DEFENDANTS.                   )
_____  )

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #:_____         │
│ DATE FILED: 6 - 29 - 12       │
└──────────────────────────────┘
```

 ORDER

Upon consideration of Plaintiffs' request for an extension of time to file their Opposition to Defendant Publicis' Motion for Summary Judgment Based on Lack of Personal Jurisdiction, it is so **ORDERED**:

1.  Plaintiffs' Opposition will be due two weeks after Defendants have produced all outstanding jurisdictional discovery.

2. Defendant Publicis' Reply shall be due seven days after Plaintiffs file their Opposition.

**GRANTED.**

Dated: _June 29_, 2012

United States District Judge Andrew L. Carter, Jr.