```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
                                            ELECTRONICALLY FILED
------------------------------------ x      DOC# _____
                                            DATE FILED: 7/3/12
MONIQUE DA SILVA MOORE, et al.,      :

                    Plaintiffs,      :      11 Civ. 1279 (ALC) (AJP)

        -against-                    :      **ORDER**

PUBLICIS GROUPE & MSL GROUP,         :

                    Defendants.      :

------------------------------------ x
```

**ANDREW J. PECK, United States Magistrate Judge:**

Publicis is to bring the documents on its privilege log and on its "redaction" log to the July 9, 2012 conference.

Counsel are to agree on "representative" documents from the privilege log for the Court's review (with the Court's rulings presumptively applying to the similar documents on the privilege log).

SO ORDERED.

Dated:   New York, New York
         July 3, 2012

                                        _____
                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies by ECF to:   All Counsel
                    Judge Andrew L. Carter, Jr.