UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**Monique Da Silva Moore; Maryellen
O'Donohue; Laurie Mayers; Heather
Pierce;** and **Katherine Wilkinson,** on behalf of
themselves and all others similarly situated,

        Plaintiffs,



11 Civ. 1279 (ALC) (AJP)

    - against -                                **Order**

**Publicis Groupe SA and MSLGroup,**

        Defendants.
------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    Before the Court are the status reports dated July 25, 2012 from Plaintiffs and Defendants regarding the form of notice to be mailed to the putative members of the collective action.

    First, Plaintiffs may not include language directing putative members of the collective action to their website. The following part of Section IV must be stricken in its entirety from the notice: "**YOU MAY ALSO OBTAIN A COPY OF THE CONSENT TO JOIN FORM ON PLAINTIFFS COUNSEL'S WEBSITE AT http://www.swhlegal.com/cases/item.html?item_id=64034**."

    Second, Plaintiffs must remove the e-mail address "publicis-classaction@swhlegal.com" as their contact information on the notice. The Court accepts Plaintiffs' originally proposed e-mail address "jwipper@swhlegal.com." In the alternative, Plaintiff's recently proposed e-mail address "msl-collectiveaction@swhlegal.com" is allowed upon Defendants' consent.

    Third, Defendant MSL should provide Plaintiffs with a class list by August 1, 2012, including employee name, dates of employment, positions held, business unit, and contact information.

Dated: New York, New York
July 26, 2012

SO ORDERED.

_____
Andrew L. Carter, Jr.
United States District Judge