UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
**Monique Da Silva Moore; Maryellen O'Donohue; Laurie Mayers; Heather Pierce;** and **Katherine Wilkinson**, on behalf of themselves and all others similarly situated,

                Plaintiffs,

                11 Civ. 1279 (ALC) (AJP)

       - against -                <u>**Order**</u>

**Publicis Groupe SA and MSLGroup,**

                Defendants.
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant MSL should immediately provide Plaintiffs with a complete class list, including employees who signed severance agreements. The Court reserves the question of the exclusion of these employees from the collective action for a subsequent date.

Dated: New York, New York
August 2, 2012

SO ORDERED.

                                       Andrew L. Carter, Jr.
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-2-12