UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**Monique Da Silva Moore; Maryellen O'Donohue; Laurie Mayers; Heather Pierce;** and **Katherine Wilkinson**, on behalf of themselves and all others similarly situated,

        Plaintiffs,

11 Civ. 1279 (ALC) (AJP)

- against -

**Order**

**Publicis Groupe SA and MSLGroup,**

        Defendants.
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant MSL should immediately provide Plaintiffs with the names and contact information of the five female Managing Directors.

Dated: New York, New York
August 7, 2012

SO ORDERED.

                              Andrew L. Carter, Jr.
                              United States District Judge