UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**Monique Da Silva Moore; Maryellen O'Donohue; Laurie Mayers; Heather Pierce;** and **Katherine Wilkinson**, on behalf of themselves and all others similarly situated,

          Plaintiffs,

          - against -

**Publicis Groupe SA and MSLGroup,**

          Defendants.
------------------------------------------------------------X

11 Civ. 1279 (ALC) (AJP)

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant MSL should immediately provide Plaintiffs with the contact information for the two individual consultants. The Court reserves the question of the exclusion of these employees from the collective action for a subsequent date.

    Plaintiff's request for the contact information of the four employees whose employed ended after June 29, 2009 is DENIED.

Dated: New York, New York
September 4, 2012

SO ORDERED.

_____
Andrew L. Carter, Jr.
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9.4.12
```

1