UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MONIQUE DA SILVA MOORE, et al.,            :

            Plaintiffs,            :            11 Civ. 1279 (ALC) (AJP)

     -against-            :            **ORDER**

PUBLICIS GROUPE & MSL GROUP,            :

            Defendants.            :

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/11/12

**ANDREW J. PECK, United States Magistrate Judge:**

      1.    Counsel shall advise the Court by October 16, 2012 as to when the opt-in period is scheduled to be concluded.

      2.    Once the opt-in period is over, counsel shall provide the Court with a complete list of opt-in plaintiffs.

      3.    Counsel also should meet and confer and advise the Court of an agreed discovery schedule (essentially adding the period during which discovery was stayed to the prior Court ordered deadlines – or less time, but not more, if the parties so agree).

      4.    Counsel also should discuss any appropriate changes to the ediscovery protocol or procedures related to the opt-ins.

      5.    Counsel shall advise the Court when a status conference is desired.

      SO ORDERED.

Dated:     New York, New York
            October 11, 2012

                                                    **Andrew J. Peck**
                                             United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                            Judge Andrew L. Carter, Jr.