UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, KATHERINE WILKINSON, and ZANETA HUBBARD, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>PUBLICIS GROUPE SA and MSLGROUP,<br><br>DEFENDANTS | Civ No. 11-CV-1279 (ALC) (AJP) |

### CONSENT TO JOIN FORM
Consent to sue under the Equal Pay Act

**THIS FORM MUST BE POSTMARKED BY OCTOBER 15, 2012, OR YOU WILL NOT BE A PART OF THIS LAWSUIT**

I work or worked for MSLGroup in the United States in the position of (Vice President)/ Senior Vice President (circle one or both).

I consent to join the Equal Pay Act collective action entitled *da Silva Moore et al. v. Publicis Groupe, S.A. and MSLGroup*, 11 Civ. 1279 (ALC) (AJP), to recover unpaid compensation, liquidated damages, and other relief sought in this action under the federal Equal Pay Act, 29 U.S.C. § 201 et seq.

I choose to be represented in this matter by the named Plaintiffs and counsel (Sanford Wittels & Heisler, LLP) in this action.

Michelle / Dianne / Overall
First Name / Middle Name / Last Name

Signature: Michelle D Overall
Date: 10/13/2012

### Further Information Regarding Consent to Join Form

Print Name: Michelle Overall

Street Address: ███████████

City, State, and ZIP: ███████████

Telephone Number(s):   Home: ███████████

Work: ███████████

Cell: ███████████

E-mail Address: ███████████

*Please return to:*

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007