# JPMorgan Chase & Co.



Melissa R. Kelly
Vice President
Assistant General Counsel
Legal & Compliance Department

December 6, 2012

The Honorable Andrew L. Carter
The United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re:   *Da Silva Moore v. Publicis Groupe, et. al, 11-cv-01279 (ALC) (AJP)*

Your Honor:

I write to inform you that I am longer employed by Morgan Lewis and Bockius, LLP and I respectfully request that I be removed from the docket for the above-referenced matter.

Please feel free to contact me at the above-referenced number if you have any questions.

Respectfully,

Melissa R. Kelly, Esq.

The application is ✓ granted. ☐ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 12-11-12
NY, New York

RECEIVED
DEC 11 2012
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.