# Exhibit A

```
                                                                    1
     C28rdasc
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   MONIQUE DA SILVA MOORE, et al.,
 3
 4              Plaintiffs,
 4
 5         v.                              11 Civ. 1279 (ALC)
 5
 6   PUBLICIS GROUPE and MSL GROUP,
 6                                         Conference
 7              Defendants.
 7
 8   ------------------------------x
 8
 9                                         New York, N.Y.
 9                                         February 8, 2012
10                                         3:00 p.m.
10
11   Before:
11
12         HON. ANDREW J. PECK
12
13                                         Magistrate Judge
13
14
14
15         APPEARANCES
15
16
16
17   SANFORD WITTELS & HEISLER LLP
17        Attorneys for Plaintiffs
18   BY:  JANETTE L. WIPPER (tel.)
18        DEEPIKA BAINS
19        SIHAM NURHUSSEIN
19
20
20   JACKSON LEWIS LLP
21        Attorneys for Defendants
21   BY:  JEFFREY W. BRECHER
22        BRETT M. ANDERS
22
23
23   ALSO PRESENT:
24
24        PAUL J. NEALE
25        DAVID BASKIN
25
                  SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300
```

```
                                                                 22
     C28rdasc
 1   standard would be applied.  That would be up to Judge Carter.
 2   Depending on his judgment on the level of discovery --
 3             THE COURT:  Ms. Wipper, your motion is due two weeks
 4   from today.  Thank you very much for not participating.  I'm
 5   also withdrawing your ability to participate telephonically in
 6   the future.
 7             MS. WIPPER:  Your Honor, can I ask you to reconsider
 8   given the fact that we don't have the payroll data?
 9             THE COURT:  No.  February 29th.  I'll give you one
10   extra week.  February 29th.  If you don't move by that point,
11   you never get to move.  Of course, you can do what you have
12   done before, which is take objections to Judge Carter so he can
13   enjoy the fun I'm having with all of you.  If he affirms me and
14   you haven't moved by that point, you don't get to ever move,
15   period.  That takes care of that.
16             MS. WIPPER:  Your Honor, plaintiffs request that you
17   issue a written order.
18             THE COURT:  You're very close to getting not only your
19   telephone privileges removed but your pro hac vice removed.
20   You have a written order.  It's called the transcript.  If you
21   want to object to every single ruling I make, feel free.  The
22   rules allow you to do that.  Does it make me happy?  You figure
23   that out.
24             Would you like to have your pro hac withdrawn or would
25   you like to learn the rules of the Southern District of New
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                    23
     C28rdasc
 1   York, counsel?  Do you want to practice in California?  Do you
 2   want me to transfer this case to California?  I'd be happy to
 3   do that.  This is ridiculous, Ms. Wipper.  Do you have anything
 4   to say?  Are you there?
 5            MS. WIPPER:  Yes, I'm here, your Honor.  No, your
 6   Honor.  I would just say that we are complying fully with the
 7   local rules of the Southern District of New York as well as
 8   your individual rules.
 9            THE COURT:  What local rule says I've got to give you
10   a written order other than a transcript?
11            MS. WIPPER:  I was just requesting it, your Honor.
12            THE COURT:  It's not the first time you have requested
13   it and been told we don't do it that way.
14            MS. WIPPER:  OK, your Honor.
15            THE COURT:  Off the record.
16            (Discussion off the record).
17            THE COURT:  Do you want to start with custodians or
18   sources of ESI?  What's your pleasure?
19            MR. ANDERS:  Custodians, your Honor, if you wouldn't
20   mind.
21            THE COURT:  OK.  Let me get the letters organized.
22   What is the dispute on custodians?  Let's get you to summarize
23   your positions.
24            MR. ANDERS:  Thank you, your Honor.  In short, we
25   believe that 30 custodians is more than sufficient for the
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```