# Exhibit B

```
                                                                    1
     Ccenmooc              Conference
1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    MONIQUE DA SILVA MOORE, et
3    al.,
4
4              Plaintiffs,        New York, N.Y.
5
5         v.                      11 Civ. 1279 (RJS)
6
6    PUBLICIS GROUPE, and MSL
7    GROUP,
7
8              Defendants.
8
9    ------------------------------x
9
10                                     December 14, 2012
10                                     11:05 a.m.
11
11   Before:
12
12                   HON. ANDREW J. PECK,
13
13                                     U.S. Magistrate Judge
14
14                       APPEARANCES
15
15   SANFORD WITTELS & HEISLER
16        Attorneys for Plaintiffs
16   BY:  THOMAS J. HENDERSON
17        SUSAN RUBENSTEIN
17        SIHAM NURHUSSEIN
18
18   JACKSON LEWIS LLP
19        Attorneys for Defendant MSL Group
19   BY:  VICTORIA WOODIN CHAVEY
20        JEFFREY W. BRECHER
20        BRETT M. ANDERS
21
22   MORGAN LEWIS & BOCKIUS LLP
22        Attorneys for Defendant Publicis
23   BY:  PAUL C. EVANS
24
25
                   SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300
```

```
                                                                   14
     Ccenmooc                 Conference
 1   then the interpretation issues you said, well, we'll figure
 2   that out after the 30(b)(6) depositions.  Now when I say,
 3   great, let's put teeth on that, I get a letter that says you
 4   want everything and a pony and a zoo now.
 5             So you are wasting my time.  I'm not happy.  And the
 6   answer is going to be if you want merits discovery, you can
 7   have merits discovery limited to the issue of class
 8   certification, not every individual who was ever promoted or
 9   anything like that.  And we'll go back to the predictive coding
10   world, and there will be no additional discovery at the end of
11   it, period.
12             Is that what you want?
13             MR. HENDERSON:  Your Honor, may I respond?
14             THE COURT:  Yes.
15             MR. HENDERSON:  I think there is a fundamental issue
16   that hasn't been -- well, the difficulty, the fundamental
17   difficulty is what one says is appropriate merits class
18   discovery.
19             THE COURT:  I guess you changed your mind on that
20   between the 7th and the 14th.
21             MR. HENDERSON:  Actually not, your Honor.  But let me
22   explain first, and then I can address whatever differences
23   there are.
24             THE COURT:  OK.  First, stop.  One thing.  The only
25   trial counsel will be the three of you who are here.  Is that
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                15
     Ccenmooc               Conference
 1   what you are telling me?  Because I'm tired of the changing
 2   cast of characters, the changing position.  So if Ms. Wippel
 3   wants to be trial counsel instead of pulling the strings from
 4   California, if that's what's going on, then we can come here.
 5   Otherwise, I don't want anything submitted from her.  I don't
 6   want her to be here at trial if the case gets that far or I do
 7   want her here.
 8             But I have the feeling that between the departure of
 9   your former named partner, I don't know what's going on, but
10   things keep changing, and enough is enough.
11             So are the two of you the only partner level -- and
12   I'm not even sure you are partners from your cards, I don't
13   really care -- are you two the ones who are going try the case
14   with Ms. Nurhussein, and that's it?  Yes or no.
15             MR. HENDERSON:  Yes.  We may be joined by some others,
16   but we are going to be lead counsel.
17             THE COURT:  OK.  And Ms. Wippel, who I would assume is
18   senior to you, is not going to be here at trial or she is?
19             MR. HENDERSON:  At this point we do not contemplate
20   that she would be.  It's Wipper.
21             THE COURT:  Wipper.  Sorry.  It's been a while.
22             OK.  Her pro hac vice is therefore ended.  No more
23   papers from her, no more ghost writing.  You two are in charge.
24   Write it.

25             OK.  Now that we have taken care of that, now you tell
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```