# Exhibit C

| | |
|---|---|
| **From:** | Susan Rubenstein |
| **To:** | Janette Wipper |
| **Cc:** | Publicis |
| **Subject:** | FW: da silva moore |
| **Date:** | Friday, December 07, 2012 10:39:28 AM |

**Susan Rubenstein**
**Senior Litigation Counsel | Sanford Heisler, LLP**
**1350 Avenue of the Americas, 31st Floor**
**New York, NY 10019**
srubenstein@sanfordheisler.com
ph: (646) 402-5650| fax: (646) 402-5651


**Please note that our phone numbers changed.  Please update your records accordingly!**

*CONFIDENTIAL INFORMATION: This message and any information contained herein or attached hereto is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any review, copying, dissemination or distribution of this communication to anyone other than the intended recipient is strictly prohibited.  If you have received this communication in error, please notify this firm immediately by return e-mail and delete this message from your computer.  Thank you.*

**From:** Brecher, Jeffrey W. (Long Island) [mailto:BrecherJ@jacksonlewis.com]
**Sent:** Friday, December 07, 2012 10:25 AM
**To:** Susan Rubenstein; Deepika Bains; Siham Nurhussein
**Cc:** Chavey, Victoria Woodin (Hartford); Anders, Brett M. (Morristown); Evans, Paul C. (pevans@morganlewis.com)
**Subject:** da silva moore

Susan:

We do not believe our proposal is different than what Judge Peck contemplated or what we discussed.  The proposal is aimed at streamlining discovery on the class issues, not the merits of any individual Title VII claim, as Judge Peck suggested.  In light of Judge Peck's order that we submit a joint status report today, however, we suggest advising the Court the parties have conferred regarding how discovery should proceed, have agreed that it may be preferable not to

continue with the predictive coding at this time and to focus on class issues, but disagree regarding the scope of that discovery.  We can advise the Court that the parties are continuing to confer to determine whether an agreement can be reached, discussions which will now include Publicis Groupe, given Judge Carter's recent decision, and the parties will be prepared to discuss the status of our discussions at the December 14, 2012 conference.   We suggest an in-person meeting prior to that time to see if we can come up with a mutually agreeable discovery plan.


**Jeffrey W. Brecher**
**Jackson Lewis LLP**
**58 South Service Road, Suite 410**
**Melville, NY 11747.**
**Phone:  (631) 247-4652**
**Fax:  (631) 247-0417 or 0418**
brecherj@jacksonlewis.com


Representing management exclusively in workplace law and related litigation

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.