UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, KATHERINE WILKINSON, on behalf of themselves and all others similarly situated, and ZANETA HUBBARD, on her own behalf.<br><br>Plaintiffs,<br><br>v.<br><br>PUBLICIS GROUPE and MSLGROUP,<br><br>Defendants. | Civ. No.: 11-cv-1279 (ALC) (AJP) |

### DECLARATION OF KATHERINE WILKINSON IN SUPPORT OF PLAINTIFFS' RULE 72(a) OBJECTION TO THE MAGISTRATE'S DECEMBER 14, 2012 RULING REVOKING CLASS COUNSEL'S PRO HAC VICE

I, Katherine Wilkinson, hereby declare as follows:

1. I make this Declaration based upon personal knowledge.

2. I am over 21 years of age and fully competent to make this Declaration. My address is 90 West Harriet Street, Altadena, California 91001. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

3. I am a Named Plaintiff in this action. I also opted in to the Equal Pay Act collective action on April 14, 2011.

4. I have been working with Janette Wipper of Sanford Heisler, LLP since March 2011, when I contacted her firm about joining the lawsuit brought by Monique da Silva Moore against Publicis Groupe, S.A. and MSLGroup.

5. I chose Janette Wipper and Sanford Heisler, LLP (then Sanford Wittels and Heisler, LLP) to be my counsel. I regularly seek Ms. Wipper's legal counsel with respect to my case against Publicis Groupe, S.A. and MSLGroup.

1

6. I wish for Ms. Wipper to continue to represent me as counsel. I would like Ms. Wipper to represent me through trial, should the case progress to trial. It is my wish that Ms. Wipper represent me going forward.

7. I feel that the Court's revocation of Ms. Wipper's admission as counsel in my case to the United States District Court for the Southern District of New York abridges my right to have the counsel of my choice represent me.

I declare under the penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: December 18, 2012
Location: Altadena, California

*Katherine Wilkinson*
Katherine Wilkinson

2