UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, KATHERINE WILKINSON, on behalf of themselves and all others similarly situated, and ZANETA HUBBARD, on her own behalf. <br><br> Plaintiffs, <br><br> v. <br><br> PUBLICIS GROUPE and MSLGROUP, <br><br> Defendants. | Civ. No.: 11-cv-1279 (ALC) (AJP) |

**DECLARATION OF MONIQUE DA SILVA MOORE IN SUPPORT OF PLAINTIFFS' RULE 72(a) OBJECTION TO THE MAGISTRATE'S DECEMBER 14, 2012 RULING REVOKING CLASS COUNSEL'S PRO HAC VICE**

I, Monique Da Silva Moore, hereby declare as follows:

1. I make this Declaration based upon personal knowledge.

2. I am over 21 years of age and fully competent to make this Declaration. My address is 4 Doe Run Drive, Newburyport, Massachusetts 01950. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

3. I am a Named Plaintiff in this action. I also opted in to the Equal Pay Act collective action on April 14, 2011.

4. I have been working with Janette Wipper of Sanford Heisler, LLP since January 2010, when I first contacted her about my impending termination from MSLGroup.

5. I chose Janette Wipper and her firm to be my counsel when I retained Sanford Heisler, LLP (then Sanford Wittels and Heisler, LLP). I selected Ms. Wipper and her firm because I wanted Ms. Wipper specifically to be my counsel.

1

6. It is my continued wish today to have Ms. Wipper represent me as counsel in this case. I wish for Ms. Wipper to be my counsel going forward and to represent me through trial, should the case progress to trial.

7. I regularly speak with Ms. Wipper and seek her legal counsel with respect to my case against Publicis Groupe, S.A. and MSLGroup.

8. I feel that the Court's revocation of Ms. Wipper's admission as counsel in my case to the United States District Court for the Southern District of New York abridges my right to have the counsel of my choice represent me.

I declare under the penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: December 18, 2012
Location: Newburyport, Massachusetts

_____
Monique da Silva Moore