UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, KATHERINE WILKINSON, on behalf of themselves and all others similarly situated, and ZANETA HUBBARD, on her own behalf. <br><br> Plaintiffs, <br><br> v. <br><br> PUBLICIS GROUPE and MSLGROUP, <br><br> Defendants. | Civ. No.: 11-cv-1279 (ALC) (AJP) |

### DECLARATION OF ZANETA HUBBARD IN SUPPORT OF PLAINTIFFS' RULE 72(a) OBJECTION TO THE MAGISTRATE'S DECEMBER 14, 2012 RULING REVOKING CLASS COUNSEL'S PRO HAC VICE

I, Zaneta Hubbard, hereby declare as follows:

1. I make this Declaration based upon personal knowledge.

2. I am over 21 years of age and fully competent to make this Declaration. My address is 1427 Mandalay Ct SW, Lilburn, GA 30047. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

3. I opted into this Equal Pay Act collective action on June 30, 2011.

4. I have been working with Janette Wipper of Sanford Heisler, LLP (previously Sanford Wittels and Heisler, LLP) since June 2011, when I contacted the firm about acquiring representation in my claims against Publicis Groupe, S.A. and MSLGroup.

5. I regularly seek Ms. Wipper's counsel with respect to my case against Publicis Groupe, S.A. and MSLGroup. I specifically chose Ms. Wipper to be my counsel.

6. I request that Ms. Wipper continue to represent me. Should the case proceed to trial, I would like Ms. Wipper to represent me through trial.

7. I feel that the Court's revocation of Ms. Wipper's admission as counsel in my case to the United States District Court for the Southern District of New York abridges my right to have the counsel of my choice represent me.

I declare under the penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: December 17, 2012
Location: Atlanta, GA

_Zaneta Hubbard_ (signature)

2