USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/2/13

**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
(646) 402-5650
Fax: (646) 402-5651
Email: srubenstein@sanfordheisler.com
www.sanfordheisler.com

555 Montgomery Street
Suite 1206
San Francisco, CA 94111
Fax: (415) 795-2021

1666 Connecticut Avenue
Suite 300
Washington, D.C. 20009
Fax: (202) 499-5199





December 28, 2012 **MEMO ENDORSED** 1/2/13

**VIA FACSIMILE AND U.S. MAIL**
Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 20 D
New York, New York 10007-1312

Re: *da Silva Moore, et al. v. Publicis Groupe SA, et al., Case No. 11-CV-1279*

Dear Judge Peck,

As requested at the December 14, 2012 hearing, we provide notice that Plaintiffs have filed Rule 72(a) Objections to Your Honor's December 14, 2012 Rulings. Accordingly, Plaintiffs respectfully request that the discovery conference currently scheduled for Tuesday, January 8, 2013 be stayed, as well as the parties' respective discovery obligations under the terms of those rulings, pending Judge Carter's rulings on the Rule 72(a) Objections. We concur with this Court's observation that a stay pending resolution of the Objections by Judge Carter would promote efficiency and prevent what might be an unnecessary expenditure of time and resources by the Court and the parties. (Reporters' Transcript of December 14, 2012, 42:18-43:3).

We have attempted to contact opposing counsel to determine their position, but have been unable to reach them. We thank the Court for its time and consideration.

Respectfully submitted,

Susan Rubenstein

Cc: All counsel of record

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

[handwritten endorsement: The 1/8/13 conf is cancelled and discovery is stayed pending Judge Carter's ruling on objections re Doc. review protocol.]

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: January 2, 2013                    Total Number of Pages: 2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

The 1/8 conf. is cancelled and discovery is stayed pending Judge Carter's ruling on plaintiffs' objections re class-related discovery.

Copies by ECF to: All Counsel
                  Judge Andrew L. Carter, Jr.