UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT MSLGroup*
58 South Service Rd., Ste. 410
Melville, New York 11747
(631) 247-0404
      ATTORNEYS OF RECORD:
          VICTORIA WOODIN CHAVEY, ESQ.
          JEFFREY W. BRECHER, ESQ.

-------------------------------------------------------X

MONIQUE DA SILVA MOORE,
MARYELLEN O'DONOHUE, LAURIE
MAYERS, HEATHER PIERCE, and
KATHERINE WILKINSON, on behalf of
themselves and all others similarly situated,

                    Plaintiffs,        Case No. 11-cv-1279 (ALC) (AJP)

         vs.

PUBLICIS GROUPE SA and
MSLGROUP,

                    Defendants.

-------------------------------------------------------X

**DECLARATION OF JEFFREY W. BRECHER IN SUPPORT OF
DEFENDANT MSLGROUP'S OPPOSITION TO
PLAINTIFFS' RULE 72(A) OBJECTION TO
MAGISTRATE JUDGE PECK'S DECEMBER 14, 2012 RULINGS**

    I am an attorney admitted to practice law before the Courts of the State of New York, including the United States District Court for the Southern District of New York. I submit this Declaration in support of Defendant MSLGroup's Opposition to Plaintiffs' Rule 72(A) Objection To Magistrate Judge Peck's December 14, 2012 Rulings.

    1.    Attached hereto as Exhibit 1 is a copy of the June 16, 2011 hearing transcript;

2.      Attached hereto as Exhibit 2 is a copy of the July 29, 2011 Proposed Case Management Plan;

3.      Attached hereto as Exhibit 3 is a copy of the December 14, 2012 hearing transcript;

4.      Attached hereto as Exhibit 4 is a copy of the December 2, 2011 hearing transcript;

5.      Attached hereto as Exhibit 5 is Defendant MSL's November 15, 2012 letter to the Court;

6.      Attached hereto as Exhibit 6 is a copy of Plaintiffs' November 15, 2012 letter to the Court;

7.      Attached hereto as Exhibit 7 is a copy of the November 20, 2012 hearing transcript;

8.      Attached hereto as Exhibit 8 is a copy of Defendant MSL's December 7, 2012 letter to the Court;

9.      Attached hereto as Exhibit 9 is a copy of Plaintiffs' December 7, 2012 letter to the Court;

10.     Attached hereto as Exhibit 10 is Plaintiffs' December 13, 2012 letter to the Court;

11.     Attached hereto as Exhibit 11 are relevant portions of the May 14, 2012 hearing transcript.


Affirmed this 14th day of
January, 2013.

JEFFREY W. BRECHER

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2013, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Janette Wipper, Esq.
Sanford Wittels & Heisler LLP
555 Montgomery Street,
Suite 1206
San Francisco, CA  94111

George Stohner, Esq.
Paul C. Evans, Esq.
Morgan Lewis Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

JEFFREY W. BRECHER

4814-8326-4274, v. 1