UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/28/13

MONIQUE DA SILVA MOORE, et al., :

        Plaintiffs, : 11 Civ. 1279 (ALC) (AJP)

    -against- : **SCHEDULING ORDER**
**REGARDING CLASS ACTION**
PUBLICIS GROUPE & MSL GROUP, : **DISCOVERY & MOTIONS**

        Defendants. :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

At today's conference, with the parties' input, the Court set the following schedule for class related issues:

| | | |
|---|---|---|
| 1. | • Document requests | 4/3/13 |
| | • Objections to requests | 4/17/13 |
| | • Completion of production | 5/3/13 |
| 2. | Witness designations: | |
| | • Plaintiffs' witnesses | 4/5/13 |
| | • Defendants to produce personnel files for plaintiffs' witnesses | 4/12/13 |
| | • Defendants' witnesses | 4/16/13 |
| | • Plaintiffs' rebuttal witnesses | 4/23/13 |
| 3. | Completion of fact discovery for class certification | 6/14/13 |

2

4. Expert discovery:

- Plaintiffs' expert reports     5/10/13

- Defendants' expert reports     5/24/13

- Plaintiffs' reply expert     5/31/13

5. Expert discovery cutoff     6/21/13

6. Class certification motion     7/12/13

7. Court conference     4/22/13 at 11:30 a.m.

SO ORDERED.

Dated:    New York, New York
March 28, 2013

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:    All Counsel
Judge Andrew L. Carter, Jr.