# MANDATE

S.D.N.Y.–N.Y.C.
11-cv-1279
Carter, J.
Peck, M.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand thirteen.

Present:

    John M. Walker, Jr.,
    Denny Chin,
        *Circuit Judges*,
    Jane A. Restani,[*]
        *Judge, U.S. Court of International Trade.*

---

In re Monique Da Silva Moore, *et al.*

---

Monique Da Silva Moore, on behalf of herself and all others similarly situated, *et al.*,

        *Petitioners*,

    v.

Publicis Groupe SA, MSLGroup,

        *Respondents*.

---

| | |
|---|---|
| **USDC SDNY** | |
| **DOCUMENT** | |
| **ELECTRONICALLY FILED** | |
| **DOC #:** | _____ |
| **DATE FILED:** | May 02, 2013 |

12-5020

Petitioners, through counsel, petition this Court for a writ of mandamus compelling the recusal of Magistrate Judge Andrew J. Peck. Upon due consideration, it is hereby ORDERED that the

---

[*] Judge Jane A. Restani, of the United States Court of International Trade, sitting by designation.

SAO-APK

**MANDATE ISSUED ON 05/02/2013**

mandamus petition is DENIED because Petitioners have not "clearly and indisputably demonstrate[d] that [Magistrate Judge Peck] abused [his] discretion" in denying their district court recusal motion, *In re Basciano*, 542 F. 3d 950, 956 (2d Cir. 2008) (internal quotation marks omitted) (quoting *In re Drexel Burnham Lambert Inc.*, 861 F.2d 1307, 1312-13 (2d Cir. 1988)), or that the district court erred in overruling their objection to that decision.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit