UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON on behalf of themselves and all others similarly situated, and ZANETA HUBBARD, on her own behalf,<br><br>PLAINTIFFS,<br><br>v.<br><br>PUBLICIS GROUPE SA and MSLGROUP,<br><br>DEFENDANTS. | Civ No. 11-CV-1279 (ALC) (AJP) |

## PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs and Class Representatives Monique da Silva Moore, MaryEllen O'Donohue, Laurie Mayers, Heather Pierce, Katherine Wilkinson, and Zaneta Hubbard, by and through undersigned counsel, respectfully submit this Motion for Class Certification.  This motion is based upon the Memorandum of Law, the Declaration of Siham Nurhussein in Support of Plaintiffs' Motion for Class Certification, exhibits attached thereto, and the applicable law.

DATED: July 12, 2013

**SANFORD HEISLER, LLP**

 /s/ *Janette Wipper*
Janette Wipper, Esq.
Siham Nurhussein, Esq.
Tom Henderson, Esq.
Susan Rubenstein, Esq.

*Attorneys for the Plaintiffs and the Class*