UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON, on behalf of themselves and all others similarly situated, and ZANETA HUBBARD, on her own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLICIS GROUPE SA and MSLGROUP,<br><br>Defendants. | Civ. No.: 11-cv-1279 (ALC) (AJP) |

NOTICE OF MOTION AND MOTION TO STRIKE THE EXPERT TESTIMONY
AND REPORTS OF DR. JANICE MADDEN AND DR. RICHARD MARTELL

PLEASE TAKE NOTICE that Defendants Publicis Groupe SA ("Publicis") and MSLGROUP (collectively "Defendants"), by and through the undersigned counsel, pursuant to Federal Rule of Evidence 702, and upon: (1) the accompanying Memorandum of Law in Support of Motion to Strike the Expert Testimony and Reports of Dr. Janice Madden and Dr. Richard Martell; (2) the Declaration of Paul C. Evans, Esq. and its attached exhibits; and (3) the August 13, 2013 Declaration of Victoria Chavey, Esq. and its attached exhibits, will move this Court, before the Honorable Andrew L. Carter, U.S.D.J., in the United States District Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY, 10007, on a date and at a time to be designated by the Court, for an Order granting Defendants' Motion to Strike the Expert Testimony and Reports of Dr. Janice Madden and Dr. Richard Martell.

## MOTION

Plaintiffs have filed a Motion for Class Certification seeking to certify a compensation class consisting of female MSLGROUP Vice Presidents and Senior Vice Presidents.  In support of that Motion, Plaintiffs' have offered the expert testimony and reports of Dr. Janice Madden and Dr. Richard Martell.  Plaintiffs' expert evidence fails to satisfy the admissibility standards set forth in Federal Rule of Evidence 702 and in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 597 (1993).  Defendants, therefore, move for an order striking the expert testimony and reports of Dr. Madden and Dr. Martell as inadmissible.

Date:  August 27, 2013                                    Respectfully Submitted,


/s/ Paul C. Evans
Paul C. Evans
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
E-Mail: pevans@morganlewis.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of Defendants Publicis Groupe SA and MSLGROUP's Notice of Motion and Motion to Strike the Expert Testimony and Reports of Dr. Janice Madden and Dr. Richard Martell, on this 27th day of August, 2013 on:

Jeremy Heisler
Andrew Melzer
Jennifer Siegel
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019

David W. Sanford
Thomas Henderson
Katherine Leong
SANFORD WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W.
Suite 310
Washington, DC 20009

Janette Wipper
Felicia Medina
Siham Nurhussein
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111

Attorneys for Plaintiff

Jeffrey W. Brecher
JACKSON LEWIS LLP
58 South Service Road
Melville, NY 11747

Victoria Woodin Chavey
JACKSON LEWIS LLP
90 State House Square, 8th Floor
Hartford, CT 06103

Attorneys for Defendant MSLGROUP

/s/ Paul C. Evans
Paul C. Evans