UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MONIQUE DA SILVA MOORE,                          :
MARYELLEN O'DONOHUE, LAURIE                      :
MAYERS, HEATHER PIERCE, and                      :
KATHERINE WILKINSON, on behalf of                :
themselves and all others similarly situated,    :
and ZANETA HUBBARD, on her own                   :   1:11-cv-1279 (ALC) (AJP)
behalf.                                          :
                                                 :   **ORDER**
                              Plaintiffs,        :
                                                 :
           -against-                             :
                                                 :
PUBLICIS GROUP SA and MSLGROUP,                  :
                                                 :
                              Defendants.        :
-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs Monique da Silva Moore and other class representatives brought this action against Defendants Publicis Group SA and MSLGroup alleging gender discrimination. Along with its motion for class certification, Plaintiffs moved to a file a third amended complaint. In their proposed submission, Plaintiffs sought to add individual Title VII and class FMLA claims. This Court referred the matter to Magistrate Judge Andrew J. Peck for a Report and Recommendation ("R&R"). Magistrate Judge Peck issued an R&R recommending that Plaintiff's motion be denied. Plaintiffs filed timely objections challenging the R&R's findings and conclusions.

The Court may accept, reject, or modify, in whole or in part, the findings and recommendations set forth within the R&R. 28 U.S.C. § 636(b)(1). When there are objections to the R&R, the Court must make a de novo determination of those portions of the R&R to which objections are made. Id.; see also Rivera v. Barnhart, 432 F. Supp. 2d 271, 273 (S.D.N.Y. 2006).

The district judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(c). It is not required, however, that the Court conduct a hearing on the matter. See United States v. Raddatz, 447 U.S. 667, 676 (1980). Rather, it is sufficient that the Court "arrive at its own, independent conclusions" regarding those portions to which objections were made. Nelson v. Smith, 618 F. Supp. 1186, 1189-90 (S.D.N.Y. 1985).

In their objections, Plaintiffs argue that Magistrate Judge's R&R "focuses on semantics and labels over substance." However, this Court has considered all of Plaintiffs' objections and finds them to be without merit. For the reasons articulated in Magistrate Judge Peck's R&R, Plaintiffs' objections are overruled, and the R&R is adopted in its entirety. Plaintiffs' Motion for Leave to File Third Amended Complaint (Docket No. 435) is DENIED.

**SO ORDERED.**

Dated:   October 30, 2013
        New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**