UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MONIQUE DA SILVA MOORE,
MARYELLEN O'DONOHUE, LAURIE
MAYERS, HEATHER PIERCE, and
KATHERINE WILKINSON, on behalf of
themselves and all others similarly situated,
and ZANETA HUBBARD, on her own            :   1:11-cv-1279 (ALC) (AJP)
behalf.                                   :
                                          :   ORDER
              Plaintiffs,                 :
                                          :
       -against-                          :
                                          :
PUBLICIS GROUP SA and MSLGROUP,           :
                                          :
              Defendants.                 :
------------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

As stated at the August 14, 2015 telephone status conference, Plaintiffs' motions for reconsideration (ECF No. 546), for equitable tolling (ECF No. 569), to add individual pay claims (ECF NO. 571), and to certify class (ECF No. 573) are hereby DENIED without prejudice, in light of the parties' impending settlement.

In addition, the parties must file their motion for preliminary approval of a class action settlement by **Friday, September 11, 2015**.

Dated:  August 14, 2015
        New York, New York

                                          HON. ANDREW L. CARTER, JR.
                                          United States District Judge