UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MONIQUE DA SILVA MOORE,
MARYELLEN O'DONOHUE, LAURIE
MAYERS, HEATHER PIERCE, and
KATHERINE WILKINSON, on behalf of
themselves and all others similarly situated,
and ZANETA HUBBARD, on her own
behalf.

                  Plaintiffs,

-against-

PUBLICIS GROUP SA and MSLGROUP,

                  Defendants.

------------------------------------------------------------x

1:11-cv-1279 (ALC) (AJP)

**ORDER GRANTING PARTIES EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL AND PLAINTIFFS LEAVE TO FILE MOTION TO ENFORCE SETTLEMENT AGREEMENT**

**ANDREW L. CARTER, JR., United States District Judge:**

In a September 11, 2015 telephone conference call with counsel for both Plaintiffs and Defendants, the parties jointly requested an extension of time to file their motion for preliminary approval of class action settlement ("Motion for Preliminary Approval"). The parties' application is GRANTED. The Motion for Preliminary Approval previously due **Friday, September 11, 2015** is now due by or on **Monday, September 28, 2015**.

Alternatively, if the parties cannot timely submit the Motion for Preliminary Approval by Monday, September 28, 2015, Plaintiffs requested leave to file a motion to enforce settlement. Plaintiffs' application is GRANTED. If the parties are unable to jointly file the Motion for Preliminary Approval by September 28, 2015, Plaintiffs may instead file a motion to enforce settlement by or on **Monday, October 5, 2015**.

Any further requests by the parties for additional time to file the Motion for Preliminary

Approval should be made in writing and submitted in accordance with the Court's Individual Practices.

Dated:   September 16, 2015
         New York, New York

                                        _____
                                        HON. ANDREW L. CARTER, JR.
                                        United States District Judge

2