UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON on behalf of themselves and all others similarly situated, and ZANETA HUBBARD, on her own behalf<br><br>PLAINTIFFS,<br><br>v.<br><br>PUBLICIS GROUPE SA and MSLGROUP,<br><br>DEFENDANTS. | Civ No. 11-CV-1279 (ALC) (AJP)<br><br><br><br>NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT |

**PLEASE TAKE NOTICE** that Plaintiffs hereby move for an order granting their Motion for Preliminary Approval of the Class and Collective Action Settlement. Submitted in support of the motion are Plaintiffs' Memorandum of Law, the Declaration of Class Counsel, and a [proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of the Settlement.

Dated: October 13, 2015

SANFORD HEISLER KIMPEL, LLP

*/s/ Thomas J. Henderson*

Thomas J. Henderson, Esq.
David Sanford, Esq.
Andrew Melzer, Esq.
*Attorneys for the Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2015, a true and correct copy of the foregoing document was served upon all counsel of record via ECF.

*/s/ Danny Libicki*

Danny Libicki