UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MONIQUE DA SILVA MOORE, MARYELLEN O'DONOHUE, LAURIE MAYERS, HEATHER PIERCE, and KATHERINE WILKINSON on behalf of themselves and all others similarly situated, and ZANETA HUBBARD, on her own behalf | ) ) ) ) ) ) ) ) | |
| PLAINTIFFS, | ) ) | Civ No. 11-CV-1279 (ALC) (AJP) |
| v. | ) ) ) | NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT |
| PUBLICIS GROUPE SA and MSLGROUP, | ) ) ) ) | |
| DEFENDANTS. | ) ) | |

**PLEASE TAKE NOTICE** that Plaintiffs hereby move for an order granting their Motion for Final Approval of the Class and Collective Action Settlement. Submitted in support of the motion are Plaintiffs' Memorandum of Law, the Declaration of Class Counsel, the Declaration of the Settlement Administrator and a [proposed] Order Granting Plaintiffs' Motion for Final Approval of the Settlement.

Dated: May 6, 2016

SANFORD HEISLER KIMPEL, LLP

*/s/ Thomas Henderson*

Thomas J. Henderson, Esq.
David Sanford, Esq.
Andrew Melzer, Esq.
*Attorneys for the Plaintiffs and the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2016, a true and a correct copy of the foregoing document was served upon all counsel of record via ECF.

*/s/ Ryan Miller*

Ryan Miller